**22NTCHRG**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| In re: | Case No. 24-00187-ELG |
|---|---|
| **4010 9TH ST SE LLC** <br> Debtor(s). | Chapter 11 |

**NOTICE OF HEARING**

NOTICE IS HEREBY GIVEN that a status hearing will be held:

on 7/10/2024 at 10:00 AM

at Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001. The parties may attend in person or via Zoom (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information)

before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia.

                                                For the Court:
                                                Angela D. Caesar
                                                BY: AM
                                                Dated: 6/5/2024

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; parties as appropriate.