Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| 1416 EASTERN AVE NE LLC | ) | Case No. 24-180-ELG |
| 945 LONGFELLOW ST NW LLC | ) | Case No. 24-181-ELG |
| 2501 NAYLOR RD SE LLC | ) | Case No. 24-182-ELG |
| 4303-13 WHEELER RD SE LLC | ) | Case No. 24-183-ELG |
| 4263 6TH ST SE APARTMENTS LLC | ) | Case No. 24-184-ELG |
| 4935 NHB AVE NE LLC | ) | Case No. 24-185-ELG |
| 3968 MLK LLC | ) | Case No. 24-186-ELG |
| 4010 9TH ST SE LLC | ) | Case No. 24-187-ELG |
| 2440 S ST SE LLC | ) | Case No. 24-188-ELG |
| 4400 HUNT PL NE LLC | ) | Case No. 24-189-ELG |
| | ) | |
| Debtors. | ) | (Chapter 11) |
| | ) | (*Not* Jointly Administered) |

**MOTION TO WITHDRAW AS COUNSEL**

Come now Maurice B. VerStandig and The VerStandig Law Firm, LLC d/b/a The Belmont Firm (collectively, "Counsel"), pursuant to Local Rule 2091-1, and move to withdraw as counsel for 1416 Eastern Ave NE LLC; 945 Longfellow St NW LLC; 2501 Naylor Rd SE LLC; 4303-4313 Wheeler Rd SE LLC; 4263 6th St SE Apartments, LLC; 4935 NHB Ave NE, LLC; 3968 MLK LLC; 4010 9th Street SE LLC; 2440 S St SE, LLC; and 4400 Hunt Pl NE, LLC (collectively, the "Debtors," and each a "Debtor"), and in support thereof states as follows:

Counsel is no longer able to proceed in representing certain (but not all) of the Debtors for reasons mandated by the District of Columbia Rules of Professional Conduct and believes it contrary to the other Debtors' legal interests for Counsel to continue in representation of the

1

entities for which withdrawal is not mandated. Counsel is not permitted to otherwise extrapolate in this motion but, to the extent this Honorable Court deems such necessary, is prepared to extrapolate *in camera*.

Counsel does not seek to withdraw for any reason correlative to the payment of fees or the lack thereof and this motion is not financially motivated.

On Tuesday, June 4, 2024, Ali Razjooyan, the designee of each Debtor, was notified, via e-mail, that a motion to withdraw would be filed not sooner than June 11, 2024, though a copy of this motion was not transmitted at such time. Pursuant to Local Rule 2091-1(a), a copy of this motion is being served on each Debtor, alongside notice hereof, with an additional seven day response period.

WHEREFORE, Counsel respectfully pray this Honorable Court (i) permit the withdrawal of Counsel in each of the above-captioned cases, with said withdrawal being accomplished through the docketing of an order granting this motion and without any subsequent ministerial formality; and (ii) afford such other and further relief as may be just and proper.

                                                Respectfully submitted,

Dated: June 11, 2024        By:    /s/ Maurice B. VerStandig
                                                    Maurice B. VerStandig, Esq.
                                                    Bar No. MD18071
                                                    The VerStandig Law Firm, LLC
                                                    9812 Falls Road, #114-160
                                                    Potomac, Maryland 20854
                                                    Phone: (301) 444-4600
                                                    mac@mbvesq.com

*[Certificate of Service on Following Page]*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of June, 2024, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein including, *inter alia*, counsel for the United States Trustee and, further, sent via e-mail to Ali Razjooyan, the designee of all ten Debtors, at sam.razjooyan@gmail.com, and, further, sent via US Mail, postage prepaid, to:

| | |
|---|---|
| 1416 EASTERN AVE NE LLC<br>700 51st Street NE<br>#102B<br>Washington, DC 20019 | 4935 NHB AVE NE LLC<br>4935 Nannie Helen Burroughs Ave, NE<br>#103<br>Washington, DC 20019 |
| 945 LONGFELLOW ST NW LLC<br>945 Longfellow Street NW #103<br>Washington, DC 20011 | 3968 MLK LLC<br>1613 17th PL SE<br>#103<br>Washington, DC 20020 |
| 2501 NAYLOR RD SE LLC<br>2501 Naylor Road, SE<br>#103<br>Washington, DC 20020 | 4010 9TH ST SE LLC<br>4010 9th St SE #B3<br>Washington, DC 20032 |
| 4303-13 WHEELER RD SE LLC<br>4313 Wheeler Road SE #103<br>Washington, DC 20032 | 2440 S ST SE LLC<br>2440 S Street SE #B1<br>Washington, DC 20020 |
| 4263 6TH ST SE APARTMENTS LLC<br>4263 6th St SE<br>#103<br>Washington, DC 20032 | 4400 HUNT PL NE LLC<br>4400 Hunt PL NE #B1<br>Washington, DC 20019 |

/s/ Maurice B. VerStandig
Maurice B. VerStandig