Label Matrix for local noticing
0090-1
Case 24-00180-ELG
United States Bankruptcy Court for the Distri
Washington, D.C.
Sun Jun 23 20:55:33 EDT 2024

1416 EASTERN AVE NE LLC
700 51st Street NE#102B
Washington, DC 20019-5549

(p)CHILD SUPPORT SERVICES DIVISION
ATTN LEGAL SERVICES SECTION
400 SIXTH ST NW
SUITE 8300
WASHINGTON DC 20001-0189

TD Bank, N.A.
c/o Michael D. Nord
Gebhardt & Smith LLP
One South Street
Suite 2200
Baltimore, MD 21202-3343

Washington, D.C.
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001-2802

DC Office of Tax and Revenue
1101 4th St., SW #270
Washington, DC 20024-4457

District of Columbia Water and Sewer Aut
1385 Canal Street, SE
Washington, DC 20003-5015

Donnell Ray
1416 Eastern Avenue, NE Unit 102
Washington, DC 20019-8136

Fontavia Griffin
1416 Eastern Avenue, NE Unit B2
Washington, DC 20019-8136

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Lena Carter
1416 Eastern Ave., NE Unit B1
Washington, DC 20019-8136

Massey Property Investors LLC
12320 Quilt Patch Ln.
Bowie, MD 20720-4359

Michael D. Nord, Esq.
Gebhardt & Smith LLP
One South Street Suite 2200
Baltimore, MD 21202-3343

Michelle Christian
1416 Eastern Avenue, NE Unit 201
Washington, DC 20019-8136

Pepco
P.O. Box 13608
Philadelphia, PA 19101-3608

Pro Painting & Remodeling Inc.
15105 Jennings Ln.
Bowie, MD 20721-7208

TD Bank, N.A.
5900 N. Andrews Ave. Suite 200
Fort Lauderdale, FL 33309-2371

Tyesha Goode
1416 Eastern Avenue, NE Unit 101
Washington, DC 20019-8136

U. S. Trustee for Region Four
U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

US Realty LLC
2300 N ST NW STE 300-RLK
Washington, DC 20037-1122

Washington Gas and Light Company
1000 Maine Ave SW 7th Floor
Washington, DC 20024-3496

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Office of the Attorney General for the Distr
400 6th Street, N.W.
Washington, DC 20001

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix

Mailable recipients    20
Bypassed recipients     1
Total                  21

Label Matrix for local noticing
0090-1
Case 24-00181-ELG
United States Bankruptcy Court for the Distri
Washington, D.C.
Sun Jun 23 20:56:07 EDT 2024

945 LONGFELLOW ST NW LLC
945 LONGFELLOW ST NW #103
Washington, DC 20011-8218

TD Bank, N.A.
c/o Michael D. Nord
Gebhardt & Smith LLP
One South Street
Suite 2200
Baltimore, MD 21202-3343

Washington, D.C.
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001-2802

Anthon Thomas
945 Longfellow St., NW Unit 10
Washington, DC 20011-8240

Ayesha Upshur
945 Longfellow St., NW
Washington, DC 20011-8218

Brenda Thompson
945 Longfellow St., NW Unit 12
Washington, DC 20011-8240

DC GOV'T OFFICE OF TAX AND REVENUE
PO BOX 37559
WASHINGTON DC 20013-7559

DC GOV'T OFFICE OF TAX AND REVENUE
PO BOX 75520
WASHINGTON DC 20013-0520

DC Office of Tax and Revenue
1101 4th St., SW #270
Washington, DC 20024-4457

Department of Buildings
1100 4th Street, SW
Washington, DC 20024-4451

Ericka Williams
945 Longfellow St., NW Unit 11
Washington, DC 20011-8240

Fatima Glasco
945 Longfellow St., NW Unit 6
Washington, DC 20011-8240

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Kalkidan Kumilachew
945 Longfellow St., NW Unit 4
Washington, DC 20011-8240

Kevin Gilchrist
945 Longfellow St., NW Unit 13
Washington, DC 20011-8240

MARINA QUINTANILLA-DOE
945 Longfellow St., NW Unit 5
Washington, DC 20011-8240

Maria Hernandez
945 Longfellow St., NW Unit 9
Washington, DC 20011-8240

Markita Jordan
945 Longfellow St., NW Unit 7
Washington, DC 20011-8240

Michael D. Nord, Esq.
Gebhardt & Smith LLP
One South Street Suite 2200
Baltimore, MD 21202-3343

Shantel Bolks
945 Longfellow St., NW Unit 1
Washington, DC 20011-8239

TD Bank, N.A.
5900 N. Andrews Ave. Suite 200
Fort Lauderdale, FL 33309-2371

U. S. Trustee for Region Four
U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

US Realty LLC
2300 N ST NW STE 300-RLK
Washington, DC 20037-1122

Washington Gas and Light Company
1000 Maine Ave SW 7th Floor
Washington, DC 20024-3496

District of Columbia Office of Att General
400 6th Street, N.W.
Washington, DC 20001-0189

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    25
Bypassed recipients     1
Total                  26

Label Matrix for local noticing
0090-1
Case 24-00182-ELG
United States Bankruptcy Court for the Distri
Washington, D.C.
Sun Jun 23 20:56:20 EDT 2024

2501 NAYLOR RD, SE LLC
2501 Naylor Road, SE#103
Washington, DC 20020-4026

TD Bank, N.A.
c/o Michael D. Nord
Gebhardt & Smith LLP
One South Street
Suite 2200
Baltimore, MD 21202-3343

Washington, D.C.
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001-2802

DC GOV'T OFFICE OF TAX AND REVENUE
P.O. BOX 37559
WASHINGTON DC 20013-7559

DC Office of Tax and Revenue
1101 4th St., SW #270
Washington, DC 20024-4457

Department of Buildings
1100 4th Street, SW
Washington, DC 20024-4451

Diamond Stewart
2501 Naylor Road, SE Unit 3
Washington, DC 20020-4026

District of Columbia Water and Sewer Aut
1385 Canal Street, SE
Washington, DC 20003-5015

Dominique Jones
2501 Naylor Road, SE Unit 5
Washington, DC 20020-4026

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jessica Phillips
2501 Naylor Road, SE Unit B1
Washington, DC 20020-4026

Layetta Howard
2501 Naylor Road, SE Unit B2
Washington, DC 20020-4026

Massey Property Investors LLC
12320 Quilt Patch Ln.
Bowie, MD 20720-4359

Pepco
P.O. Box 13608
Philadelphia, PA 19101-3608

Pro Painting & Remodeling Inc.
15105 Jennings Ln.
Bowie, MD 20721-7208

TD Bank, N.A.
5900 N. Andrews Ave. Suite 200
Fort Lauderdale, FL 33309-2371

Tiffany Epps
2501 Naylor Road, SE Unit 2
Washington, DC 20020-4026

U. S. Trustee for Region Four
U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

US Realty LLC
2300 N ST NW STE 300-RLK
Washington, DC 20037-1122

Washington Gas and Light Company
1000 Maine Ave SW 7th Floor
Washington, DC 20024-3496

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    20
Bypassed recipients     1
Total                  21

Label Matrix for local noticing
0090-1
Case 24-00183-ELG
United States Bankruptcy Court for the Distri
Washington, D.C.
Sun Jun 23 20:56:34 EDT 2024

4803-13 WHEELER RD SE LLC
4313 WHEELER RD SE #103
Washington, DC 20032-6041

TD Bank, N.A.
c/o Michael D. Nord
Gebhardt & Smith LLP
One South Street
Suite 2200
Baltimore, MD 21202-3343

Washington, D.C.
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001-2802

Antuan Bookens
4309 Wheeler Road, SE Unit 202
Washington, DC 20032-6040

Avaye Armstrong
4313 Wheeler Road, SE Unit 101
Washington, DC 20032-6041

Brittany Hunt
4301 Wheeler Road, SE Unit 203
Washington, DC 20032-6037

Charlene Lindsey
4305 Wheeler Road, SE Unit 103
Washington, DC 20032-6039

DC Office of Tax and Revenue
1101 4th St., SW #270
Washington, DC 20024-4457

Daeshana Anderson
4305 Wheeler Road, SE Unit 202
Washington, DC 20032-6039

Dasiah Gordon
4301 Wheeler Road, SE Unit 103
Washington, DC 20032-6037

Department of Buildings
1100 4th Street, SW
Washington, DC 20024-4451

Diana Gottschalk Miller
4301 Wheeler Road, SE Unit 104
Washington, DC 20032-6037

District of Columbia Water and Sewer Aut
1385 Canal Street, SE
Washington, DC 20003-5015

Ebonie Smith
4313 Wheeler Road, SE Unit 301
Washington, DC 20032-6025

Finiya Johnson
4309 Wheeler Road, SE Unit 203
Washington, DC 20032-6040

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jacia Garris
4301 Wheeler Road, SE Unit 202
Washington, DC 20032-6037

Jasmine Sockwell
4305 Wheeler Road, SE Unit 203
Washington, DC 20032-6039

John Oldham
4305 Wheeler Road, SE Unit 102
Washington, DC 20032-6039

Kendria Sidbury
4313 Wheeler Road, SE Unit 204
Washington, DC 20032-6025

Kierra Bell
4301 Wheeler Road, SE Unit 201
Washington, DC 20032-6037

Kysha Rosario
4313 Wheeler Road, SE Unit 102
Washington, DC 20032-6041

Massey Property Investors LLC
12320 Quilt Patch Ln.
Bowie, MD 20720-4359

Michael D. Nord, Esq.
Gebhardt & Smith LLP
One South Street Suite 2200
Baltimore, MD 21202-3343

Nattonnia Ross
4309 Wheeler Road, SE Unit 204
Washington, DC 20032-6040

Paris Reese
4313 Wheeler Road, SE Unit 303
Washington, DC 20032-6025

Pepco
P.O. Box 13608
Philadelphia, PA 19101-3608

Pro Painting & Remodeling Inc.
15105 Jennings Ln.
Bowie, MD 20721-7208

Ranita Jordan
4301 Wheeler Rd., SE Unit 102
Washington, DC 20032-6037

Regina February
4313 Wheeler Road, SE Unit 104
Washington, DC 20032-6041

Roshelle Pearson
4313 Wheeler Road, SE Unit 103
Washington, DC 20032-6041

Rodecia Mason
4309 Wheeler Road, SE Unit 104
Washington, DC 20032-6040

Ronesha Jones
4313 Wheeler Road, SE Unit 302
Washington, DC 20032-6025

Shakira Bell
4313 Wheeler Road, SE Unit 201
Washington, DC 20032-6041

Shamona Anderson
4301 Wheeler Rd., SE Unit 101
Washington, DC 20032-6037

Shanique Swan
4301 Wheeler Road, SE Unit 204
Washington, DC 20032-6037

Sherod Harvery
4305 Wheeler Road, SE Unit 302
Washington, DC 20032-6039

TD Bank, N.A.
5900 N. Andrews Ave. Suite 200
Fort Lauderdale, FL 33309-2371

Talanda Garrett
4305 Wheeler Road, SE Unit 204
Washington, DC 20032-6039

Tevin Jackson
4313 Wheeler Road, SE Unit 203
Washington, DC 20032-6041

Tiffany Hunt-Davis
4313 Wheeler Road, SE Unit 202
Washington, DC 20032-6041

U. S. Trustee for Region Four
U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

US Realty LLC
2300 N ST NW STE 300-RLK
Washington, DC 20037-1122

Vernon Jones
4305 Wheeler Road, SE Unit 201
Washington, DC 20032-6039

Washington Gas and Light Company
1000 Maine Ave SW 7th Floor
Washington, DC 20024-3496

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients     45
Bypassed recipients      1
Total                   46

Label Matrix for local noticing
0090-1
Case 24-00184-ELG
United States Bankruptcy Court for the Distri
Washington, D.C.
Sun Jun 23 20:56:48 EDT 2024

4263 6TH ST SE APARTMENTS LLC
4263 6th St SE#103
Washington, DC 20032-3626

TD Bank, N.A.
c/o Michael D. Nord
Gebhardt & Smith LLP
One South Street
Suite 2200
Baltimore, MD 21202-3343

Washington, D.C.
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001-2802

Chanel Jackson
4263 6th Street, SE Unit 1
Washington, DC 20032-3626

DC Office of Tax and Revenue
1101 4th St., SW #270
Washington, DC 20024-4457

District of Columbia Water and Sewer Aut
1385 Canal Street, SE
Washington, DC 20003-5015

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jennifer Patrick
4265 6th Street, SE Unit 2
Washington, DC 20032-3613

Kris Kieh
4263 6th Street, SE Unit 2
Washington, DC 20032-3626

Massey Property Investors LLC
12320 Quilt Patch Ln.
Bowie, MD 20720-4359

Michael D. Nord, Esq.
Gebhardt & Smith LLP
One South Street Suite 2200
Baltimore, MD 21202-3343

Patrice Taylor
4265 6th Street, SE Unit 1
Washington, DC 20032-3613

Pepco
P.O. Box 13608
Philadelphia, PA 19101-3608

Pro Painting & Remodeling Inc.
15105 Jennings Ln.
Bowie, MD 20721-7208

TD Bank, N.A.
5900 N. Andrews Ave. Suite 200
Fort Lauderdale, FL 33309-2371

U. S. Trustee for Region Four
U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

US Realty LLC
2300 N ST NW STE 300-RLK
Washington, DC 20037-1122

Washington Gas and Light Company
1000 Maine Ave SW 7th Floor
Washington, DC 20024-3496

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients     18
Bypassed recipients      1
Total                   19

Label Matrix for local noticing
0090-1
Case 24-00185-ELG
United States Bankruptcy Court for the Distri
Washington, D.C.
Sun Jun 23 20:57:02 EDT 2024

4935 NHB AVE NE LLC
4935 Nannie Helen Burroughs Ave, NE#
Washington, DC 20019-5400

TD Bank, N.A.
c/o Michael D. Nord
Gebhardt & Smith LLP
One South Street
Suite 2200
Baltimore, MD 21202-3343

Washington, D.C.
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001-2802

Alicia Hurst
4935 Nannie Helen Burroughs Ave, NE
Unit 2
Washington, DC 20019-3676

Allen Reeves
4935 Nannie Helen Burroughs Ave, NE
Unit 6
Washington, DC 20019-5400

Ashleigh Palmer
4935 Nannie Helen Burroughs Ave, NE
Unit 3
Washington, DC 20019-3677

DC Office of Tax and Revenue
1101 4th St., SW #270
Washington, DC 20024-4457

Department of Buildings
1100 4th Street, SW
Washington, DC 20024-4451

Department of Consumer and Regulatory Af
1100 4th St SW
Washington, DC 20024-4451

Dijonia Hines
4935 Nannie Helen Burroughs Ave, NE
Unit 4
Washington, DC 20019-3678

District of Columbia Water and Sewer Aut
1385 Canal Street, SE
Washington, DC 20003-5015

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Latoia Harris
4935 Nannie Helen Burroughs Ave, NE
Unit 1
Washington, DC 20019-3679

Massey Property Investors LLC
12320 Quilt Patch Ln.
Bowie, MD 20720-4359

Pepco
P.O. Box 13608
Philadelphia, PA 19101-3608

Pro Painting & Remodeling Inc.
15105 Jennings Ln.
Bowie, MD 20721-7208

Rodger Otey
4935 Nannie Helen Burroughs Ave, NE
Unit 5
Washington, DC 20019-3676

TD Bank, N.A.
5900 N. Andrews Ave. Suite 200
Fort Lauderdale, FL 33309-2371

U. S. Trustee for Region Four
U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

US Realty LLC
2300 N ST NW STE 300-RLK
Washington, DC 20037-1122

Washington Gas and Light Company
1000 Maine Ave SW 7th Floor
Washington, DC 20024-3496

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    21
Bypassed recipients     1
Total                  22

Label Matrix for local noticing
0090-1
Case 24-00186-ELG
United States Bankruptcy Court for the Distri
Washington, D.C.
Sun Jun 23 20:57:30 EDT 2024

3968 MLK LLC
1613 17th PL SE#103
Washington, DC 20020-5514

TD Bank, N.A.
c/o Michael D. Nord
Gebhardt & Smith LLP
One South Street
Suite 2200
Baltimore, MD 21202-3343

Washington, D.C.
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001-2802

Brittany Daniel
3968 Martin Luther King Jr. Avenue, SW
Unit 2
Washington, DC 20032-1435

DC Department of Health
899 North Capitol Street, NE 1st Floor
Washington, DC 20002-5686

DC Office of Tax and Revenue
1101 4th St., SW #270
Washington, DC 20024-4457

Department of Buildings
1100 4th Street, SW
Washington, DC 20024-4451

District of Columbia Water and Sewer Aut
1385 Canal Street, SE
Washington, DC 20003-5015

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JASMINE TAMAKLO
3968 Martin Luther King Jr. Ave, SW
Unit 4
Washington, DC 20032-1435

Massey Property Investors LLC
12320 Quilt Patch Ln.
Bowie, MD 20720-4359

Michael D. Nord, Esq.
Gebhardt & Smith LLP
One South Street Suite 2200
Baltimore, MD 21202-3343

Pepco
P.O. Box 13608
Philadelphia, PA 19101-3608

Precious Moore
3968 Martin Luther King Jr. Avenue, SW
Unit 3
Washington, DC 20032-1435

Pro Painting & Remodeling Inc.
15105 Jennings Ln.
Bowie, MD 20721-7208

TD Bank, N.A.
5900 N. Andrews Ave. Suite 200
Fort Lauderdale, FL 33309-2371

Towanda Chew
3968 Martin Luther King Jr. Ave., SW
Unit B2
Washington, DC 20032-1435

U. S. Trustee for Region Four
U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

US Realty LLC
2300 N ST NW STE 300-RLK
Washington, DC 20037-1122

Washington Gas and Light Company
1000 Maine Ave SW 7th Floor
Washington, DC 20024-3496

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    20
Bypassed recipients     1
Total                  21

Label Matrix for local noticing
0090-1
Case 24-00187-ELG
United States Bankruptcy Court for the Distri
Washington, D.C.
Sun Jun 23 20:57:43 EDT 2024

4010 9TH ST SE LLC
4010 9th St SE #B3
Washington, DC 20032-6052

TD Bank, N.A.
c/o Michael D. Nord
Gebhardt & Smith LLP
One South Street
Suite 2200
Baltimore, MD 21202-3343

Washington, D.C.
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001-2802

Aunette Banks
4010 9th Street, SE Unit 201
Washington, DC 20032-6052

DC Department of Health
899 North Capitol Street, NE 1st Floor
Washington, DC 20002-5686

DC GOV'T OFFICE OF TAX AND REVENUE
PO BOX 37559
WASHINGTON DC 20013-7559

DC GOV'T OFFICE OF TAX AND REVENUE
PO BOX 75520
WASHINGTON DC 20013-0520

DC Office of Tax and Revenue
1101 4th St., SW #270
Washington, DC 20024-4457

Delonya Boyd
4010 9th Street, SE Unit 101
Washington, DC 20032-6052

Department of Buildings
1100 4th Street, SW
Washington, DC 20024-4451

District of Columbia Water and Sewer Aut
1385 Canal Street, SE
Washington, DC 20003-5015

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

John Amanor
4010 9th Street, SE Unit 203
Washington, DC 20032-6052

LAVIA CLARK
4010 9th Street, SE Unit 301
Washington, DC 20032-6052

Lyrics Watkins
4010 9th Street, SE Unit 304
Washington, DC 20032-6052

Massey Property Investors LLC
12320 Quilt Patch Ln.
Bowie, MD 20720-4359

Michael D. Nord, Esq.
Gebhardt & Smith LLP
One South Street Suite 2200
Baltimore, MD 21202-3343

Natasha Sprattley
4010 9th Street, SE Unit 104
Washington, DC 20032-6052

Pepco
P.O. Box 13608
Philadelphia, PA 19101-3608

Pro Painting & Remodeling Inc.
15105 Jennings Ln.
Bowie, MD 20721-7208

Ronnell Dawson
4010 9th Street, SE Unit 102
Washington, DC 20032-6052

Sharon Risper
4010 9th Street, SE Unit 202
Washington, DC 20032-6052

TAKITA JOHNSON
4010 9th Street, SE Unit 203
Washington, DC 20032-6052

TD Bank, N.A.
5900 N. Andrews Ave. Suite 200
Fort Lauderdale, FL 33309-2371

Tracy Davis
4010 9th Street, SE Unit 303
Washington, DC 20032-6052

U. S. Trustee for Region Four
U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

US Realty LLC
2300 N ST NW STE 300-RLK
Washington, DC 20037-1122

Washington Gas and Light Company
1000 Maine Ave SW 7th Floor
Washington, DC 20024-3496

William Reed
4010 9th Street, SE Unit 204
Washington, DC 20032-6052

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    29
Bypassed recipients     1
Total                  30

Label Matrix for local noticing
0090-1
Case 24-00188-ELG
United States Bankruptcy Court for the Distri
Washington, D.C.
Sun Jun 23 20:57:56 EDT 2024

2440 S ST SE LLC.
2440 S ST SE #B1
Washington, DC 20020-4554

TD Bank, N.A.
c/o Michael D. Nord
Gebhardt & Smith LLP
One South Street
Suite 2200
Baltimore, MD 21202-3343

Washington, D.C.
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001-2802

Charmayne Mcnair
2440 S St., SE Unit 7
Washington, DC 20020-4587

DC Department of Health
899 North Capitol Street, NE 1st Floor
Washington, DC 20002-5686

DC Office of Tax and Revenue
1101 4th St., SW #270
Washington, DC 20024-4457

Demyria Myles
2440 S St., SE Unit 9
Washington, DC 20020-4586

Department of Buildings
1100 4th Street, SW
Washington, DC 20024-4451

District of Columbia Water and Sewer Aut
1385 Canal Street, SE
Washington, DC 20003-5015

Emonie Thompson
2440 S St., SE Unit 3
Washington, DC 20020-4586

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Juanita Hall
2440 S St., SE Unit 11
Washington, DC 20020-4586

Kemesha Nelson
2440 S St., SE Unit 4
Washington, DC 20020-4587

Massey Property Investors LLC
12320 Quilt Patch Ln.
Bowie, MD 20720-4359

Michael D. Nord, Esq.
Gebhardt & Smith LLP
One South Street Suite 2200
Baltimore, MD 21202-3343

Pepco
P.O. Box 13608
Philadelphia, PA 19101-3608

Pro Painting & Remodeling Inc.
15105 Jennings Ln.
Bowie, MD 20721-7208

Ronetta Higgins
2440 S St., SE Unit 6
Washington, DC 20020-4587

Sarina Washington
2440 S St., SE
Washington, DC 20020-4554

Shanta A. Williams
2440 S St., SE Unit 2
Washington, DC 20020-4586

Shevonne Edmunds
2440 S St., SE Unit 5
Washington, DC 20020-4587

Summer Arrington
2440 S St., SE Unit 1
Washington, DC 20020-4586

TD Bank, N.A.
5900 N. Andrews Ave. Suite 200
Fort Lauderdale, FL 33309-2371

Tiara Moses
2440 S St., SE Unit 10
Washington, DC 20020-4586

U. S. Trustee for Region Four
U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

US Realty LLC
2300 N ST NW STE 300-RLK
Washington, DC 20037-1122

Washington Gas and Light Company
1000 Maine Ave SW 7th Floor
Washington, DC 20024-3496

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

| End of Label Matrix | |
|---|---|
| Mailable recipients | 27 |
| Bypassed recipients | 1 |
| Total | 28 |

Label Matrix for local noticing
0090-1
Case 24-00189-ELG
United States Bankruptcy Court for the Distri
Washington, D.C.
Sun Jun 23 20:58:10 EDT 2024

4400 HUNT PL NE LLC
4400 HUNT PL NE #B1
Washington, DC 20019-3663

TD Bank, N.A.
c/o Michael D. Nord
Gebhardt & Smith LLP
One South Street
Suite 2200
Baltimore, MD 21202-3343

Washington, D.C.
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001-2802

Alicea Boots
4400 Hunt Place, NE Unit 104
Washington, DC 20019-3603

Asia Taylor
4400 Hunt Place, NE Unit 200
Washington, DC 20019-3623

DC GOV'T OFFICE OF TAX AND REVENUE
P.O. BOX 37559
WASHINGTON DC 20013-7559

DC Office of Tax and Revenue
1101 4th St., SW #270
Washington, DC 20024-4457

Delonta Richardson
4400 Hunt Place, NE Unit 204
Washington, DC 20019-3629

District of Columbia Water and Sewer Aut
1385 Canal Street, SE
Washington, DC 20003-5015

Edward Taylor
4400 Hunt Pl, NE Unit 102
Washington, DC 20019-3603

Efrem Perkins
4400 Hunt Place, NE Unit 300
Washington, DC 20019-3632

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jamar Bush
4400 Hunt Place, NE Unit 203
Washington, DC 20019-3629

Janae Caesar
4400 Hunt Place, NE Unit 303
Washington, DC 20019-3632

Lisa Warren
4400 Hunt Place, NE Unit 301
Washington, DC 20019-3632

Massey Property Investors LLC
12320 Quilt Patch Ln.
Bowie, MD 20720-4359

Michael D. Nord, Esq.
Gebhardt & Smith LLP
One South Street Suite 2200
Baltimore, MD 21202-3343

Pro Painting & Remodeling Inc.
15105 Jennings Ln.
Bowie, MD 20721-7208

Richard Fulton
4400 Hunt Place, NE Unit 302
Washington, DC 20019-3632

Sebrina Riggins
400 Hunt Pl, NE Unit 101
Washington, DC 20019

TD Bank, N.A.
5900 N. Andrews Ave. Suite 200
Fort Lauderdale, FL 33309-2371

U. S. Trustee for Region Four
U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

US Realty LLC
2300 N ST NW STE 300-RLK
Washington, DC 20037-1122

Vanecia Walker
4400 Hunt Place, NE Unit 201
Washington, DC 20019-3623

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    24
Bypassed recipients     1
Total                  25