The order below is hereby signed.

Signed: June 21 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge



# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

**In re:**

| | |
|---|---|
| 1416 EASTERN AVE NE LLC | Case No. 24-180-ELG |
| 945 LONGFELLOW ST NW LLC | Case No. 24-181-ELG |
| 2501 NAYLOR RD SE LLC | Case No. 24-182-ELG |
| 4303-13 WHEELER RD SE LLC | Case No. 24-183-ELG |
| 4263 6TH ST SE APARTMENTS LLC | Case No. 24-184-ELG |
| 4935 NHB AVE NE LLC | Case No. 24-185-ELG |
| 3968 MLK LLC | Case No. 24-186-ELG |
| 4010 9TH ST SE LLC | Case No. 24-187-ELG |
| 2440 S ST SE LLC | Case No. 24-188-ELG |
| 4400 HUNT PL NE LLC | Case No. 24-189-ELG |
| **Debtors.** | Chapter 11 |
| | (*Not* Jointly Administered) |

**ORDER GRANTING (i) APPLICATIONS TO APPROVE
EMPLOYMENT OF MAURICE B. VERSTANDIG, ESQ.
AND THE VERSTANDIG LAW FIRM AS GENERAL
REORGANIZATION COUNSEL TO TEN AFFILIATED DEBTORS;
AND (ii) MOTIONS TO WITHDRAW AS COUNSEL**

Upon consideration of the applications to employ Maurice B. VerStandig and The VerStandig Law Firm, LLC ("Counsel") as general reorganization counsel (the "Employment Applications," as found at ECF No. 5 in the 4400 Hunt PL NE LLC, 2440 S ST SE LLC, 4010 9th St SE LLC, 3698 MLK LLC, 2501 Naylor RD SE LLC, 945 Longfellow ST NW LLC, and 1416

1

Eastern AVE NE LLC cases, and as found at ECF No. 4 in the 4935 NHB AVE NE LLC, 4263 6th ST SE Apartments LLC, and 4303-13 Wheeler RD SE LLC cases), as well as Counsel's motions to withdraw (the "Motions to Withdraw," as found at ECF No. 11 in the 4400 Hunt PL NE LLC, 2440 S ST SE LLC, 4010 9th St SE LLC, and 3698 MLK LLC cases; as found at ECF No. 12 in the 2501 Naylor RD SE LLC, 4935 NHB AVE NE LLC, 4263 6th ST SE Apartments LLC, and 4303-13 Wheeler RD SE LLC cases; as found at ECF No. 25 in the 945 Longfellow ST NW LLC case; and as found at ECF No. 27 in the 1416 Eastern AVE NE LLC case), the lack of opposition thereto, governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Columbia, hereby finds that: (i) Maurice VerStandig, Esq. ("Mr. VerStandig") is an attorney duly authorized to practice in the United States Bankruptcy Court for the District of Columbia; and (ii) Mr. VerStandig and The VerStandig Law Firm ("The Firm") do not hold any interest adverse to the above-named debtors (the "Debtors," and each a "Debtor") or their estates; and (iii) Mr. VerStandig and The Firm are disinterested persons within the meaning set forth in § 101(14) of Title 11 of the United States Code.

The Court further finds that cause exists to approve Mr. VerStandig and the Firm's withdrawal from representation in this matter effective June 20, 2024. It is well-established that corporate entities such as the Debtors must be represented by and appear through counsel and a case filed without counsel must be dismissed. Local Bankruptcy Rule 9011-2(a). Absent the retention and appearance of counsel, the Debtors cannot proceed in these chapter 11 cases.

Therefore, it is **ADJUDGED**, **ORDERED**, and **DECREED** that:

1) The Employment Applications are GRANTED.

2) The Debtors are hereby authorized to employ under general retainer Mr. VerStandig and The Firm as general reorganization counsel to the Debtor, effective as of May 29,

2

2024.

3) Any compensation paid to Mr. VerStandig and The Firm is subject to the review of this Court in conformity with governing law.

4) The Motions to Withdraw are GRANTED effective June 20, 2024.

5) Notwithstanding the Employment Applications being granted, the services of counsel thereunder shall be deemed to have commenced on May 29, 2024 and deemed to have terminated on June 20, 2024, with the appearance of Counsel in each of the Debtors' cases being deemed withdrawn by operation of this Order and without the necessity of any further action on the part of Counsel.

6) The Debtors shall have until June 27, 2024 to retain replacement counsel for replacement counsel to note an appearance. If the Debtors fail to retain replacement counsel by June 27, 2024, then these cases shall be converted to Chapter 7 of the Bankruptcy Code on June 28, 2024.

[End of Order]

Signed and dated above.

Service: recipients of electronic notice; and

Ali Razjooyan
115 Bytham Ridge Lane
Potomac, MD 20854

United States Bankruptcy Court
District of Columbia

In re:   Case No. 24-00187-ELG
4010 9TH ST SE LLC   Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 1
Date Rcvd: Jun 21, 2024      Form ID: pdf001      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2024:**

**Recip ID    Recipient Name and Address**
+      Ali Razjooyan, 115 Bytham Ridge Lane, Potomac, MD 20854-4033

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2024 at the address(es) listed below:

**Name    Email Address**

Kristen S. Eustis
    on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov

Maurice Belmont VerStandig
    on behalf of Attorney Maurice VerStandig mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Debtor In Possession 4010 9TH ST SE LLC mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael D. Nord
    on behalf of Creditor TD Bank  N.A. mnord@gebsmith.com

U. S. Trustee for Region Four
    USTPRegion04.DC.ECF@USDOJ.GOV

TOTAL: 5