| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 24-00187-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Thu Jun 27 21:05:08 EDT 2024 | 4010 9TH ST SE LLC<br>4010 9th St SE #B3<br>Washington, DC 20032-6052 | TD Bank, N.A.<br>c/o Michael D. Nord<br>Gebhardt & Smith LLP<br>One South Street<br>Suite 2200<br>Baltimore, MD 21202-3343 |
| Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | Aunette Banks<br>4010 9th Street, SE Unit 201<br>Washington, DC 20032-6052 | DC Department of Health<br>899 North Capitol Street, NE 1st Floor<br>Washington, DC 20002-5686 |
| DC GOV'T OFFICE OF TAX AND REVENUE<br>PO BOX 37559<br>WASHINGTON DC 20013-7559 | DC GOV'T OFFICE OF TAX AND REVENUE<br>PO BOX 75520<br>WASHINGTON DC 20013-0520 | DC Office of Tax and Revenue<br>1101 4th St., SW #270<br>Washington, DC 20024-4457 |
| Delonya Boyd<br>4010 9th Street, SE Unit 101<br>Washington, DC 20032-6052 | Department of Buildings<br>1100 4th Street, SW<br>Washington, DC 20024-4451 | District of Columbia Water and Sewer Aut<br>1385 Canal Street, SE<br>Washington, DC 20003-5015 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | John Amanor<br>4010 9th Street, SE Unit 203<br>Washington, DC 20032-6052 | LAVIA CLARK<br>4010 9th Street, SE Unit 301<br>Washington, DC 20032-6052 |
| Lyrics Watkins<br>4010 9th Street, SE Unit 304<br>Washington, DC 20032-6052 | Massey Property Investors LLC<br>12320 Quilt Patch Ln.<br>Bowie, MD 20720-4359 | Michael D. Nord, Esq.<br>Gebhardt & Smith LLP<br>One South Street Suite 2200<br>Baltimore, MD 21202-3343 |
| Natasha Sprattley<br>4010 9th Street, SE Unit 104<br>Washington, DC 20032-6052 | Pepco<br>P.O. Box 13608<br>Philadelphia, PA 19101-3608 | Pro Painting & Remodeling Inc.<br>15105 Jennings Ln.<br>Bowie, MD 20721-7208 |
| Ronnell Dawson<br>4010 9th Street, SE Unit 102<br>Washington, DC 20032-6052 | Sharon Risper<br>4010 9th Street, SE Unit 202<br>Washington, DC 20032-6052 | TAKITA JOHNSON<br>4010 9th Street, SE Unit 203<br>Washington, DC 20032-6052 |
| TD Bank, N.A.<br>5900 N. Andrews Ave. Suite 200<br>Fort Lauderdale, FL 33309-2371 | Tracy Davis<br>4010 9th Street, SE Unit 303<br>Washington, DC 20032-6052 | U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 |
| US Realty LLC<br>2300 N ST NW STE 300-RLK<br>Washington, DC 20037-1122 | Washington Gas and Light Company<br>1000 Maine Ave SW 7th Floor<br>Washington, DC 20024-3496 | William Reed<br>4010 9th Street, SE Unit 204<br>Washington, DC 20032-6052 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    29
Bypassed recipients     1
Total                  30