```
Label Matrix for local noticing          4010 9TH ST SE LLC                       TD Bank, N.A.
0090-1                                   4010 9th St SE #B3                       c/o Michael D. Nord
Case 24-00187-ELG                        Washington, DC 20032-6052                Gebhardt & Smith LLP
United States Bankruptcy Court for the Distri                                     One South Street
Washington, D.C.                                                                  Suite 2200
Thu Jun 27 21:05:08 EDT 2024                                                      Baltimore, MD 21202-3343

Washington, D.C.                         Aunette Banks                            DC Department of Health
E. Barrett Prettyman U. S. Courthouse    4010 9th Street, SE Unit 201             899 North Capitol Street, NE 1st Floor
333 Constitution Ave, NW #1225           Washington, DC 20032-6052                Washington, DC 20002-5686
Washington, DC 20001-2802


DC GOV'T OFFICE OF TAX AND REVENUE       DC GOV'T OFFICE OF TAX AND REVENUE       DC Office of Tax and Revenue
PO BOX 37559                             PO BOX 75520                             1101 4th St., SW #270
WASHINGTON DC 20013-7559                 WASHINGTON DC 20013-0520                 Washington, DC 20024-4457



Delonya Boyd                             Department of Buildings                  District of Columbia Water and Sewer Aut
4010 9th Street, SE Unit 101             1100 4th Street, SW                      1385 Canal Street, SE
Washington, DC 20032-6052                Washington, DC 20024-4451                Washington, DC 20003-5015



Internal Revenue Service                 John Amanor                              LAVIA CLARK
PO Box 7346                              4010 9th Street, SE Unit 203             4010 9th Street, SE Unit 301
Philadelphia, PA 19101-7346              Washington, DC 20032-6052                Washington, DC 20032-6052



Lyrics Watkins                           Massey Property Investors LLC            Michael D. Nord, Esq.
4010 9th Street, SE Unit 304             12320 Quilt Patch Ln.                    Gebhardt & Smith LLP
Washington, DC 20032-6052                Bowie, MD 20720-4359                     One South Street Suite 2200
                                                                                  Baltimore, MD 21202-3343


Natasha Sprattley                        Pepco                                    Pro Painting & Remodeling Inc.
4010 9th Street, SE Unit 104             P.O. Box 13608                           15105 Jennings Ln.
Washington, DC 20032-6052                Philadelphia, PA 19101-3608              Bowie, MD 20721-7208



Ronnell Dawson                           Sharon Risper                            TAKITA JOHNSON
4010 9th Street, SE Unit 102             4010 9th Street, SE Unit 202             4010 9th Street, SE Unit 203
Washington, DC 20032-6052                Washington, DC 20032-6052                Washington, DC 20032-6052



TD Bank, N.A.                            Tracy Davis                              U. S. Trustee for Region Four
5900 N. Andrews Ave. Suite 200           4010 9th Street, SE Unit 303             U. S. Trustee's Office
Fort Lauderdale, FL 33309-2371           Washington, DC 20032-6052                1725 Duke Street
                                                                                  Suite 650
                                                                                  Alexandria, VA 22314-3489

US Realty LLC                            Washington Gas and Light Company         William Reed
2300 N ST NW STE 300-RLK                 1000 Maine Ave SW 7th Floor              4010 9th Street, SE Unit 204
Washington, DC 20037-1122                Washington, DC 20024-3496                Washington, DC 20032-6052
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    29
Bypassed recipients     1
Total                  30