# Business Checking
PNC Bank

**PNC BANK**

For the Period 05/01/2024 to 05/31/2024

Primary Account Number:
Page 1 of 2
Number of enclosures: 0

4010 9TH STREET SE LLC #24-00180
DEBTOR IN POSSESSION
STE 400
16701 MELFORD BLVD
BOWIE MD 20715-4411

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
PNC accepts Telecommunications Relay Service (TRS) calls.
Para servicio en espanol, 1-877-BUS-BNKG

Moving?  Please contact your local branch

Write to:  Customer Service
PO Box 609
Pittsburgh, PA  15230-9738

Visit us at PNC.com/smallbusiness

## Business Checking Summary

Account number:

4010 9TH Street SE Llc #24-00180
Debtor In Possession

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 16,381.45 | 13,388.00 | 14,030.00 | 15,739.45 |

| | | Average ledger balance | Average collected balance |
|---|---|---|---|
| | | 20,539.96 | 20,539.96 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| ACH Additions | 2 | 13,388.00 |
| Total | 2 | 13,388.00 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Service Charges and Fees | 1 | 30.00 |
| Other Deductions | 2 | 14,000.00 |
| Total | 3 | 14,030.00 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 05/01 | 16,351.45 | 05/03 | 16,137.45 | 05/22 | 15,739.45 |
| 05/02 | 12,351.45 | 05/07 | 25,739.45 | | |

## Activity Detail

### Deposits and Other Additions

#### ACH Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/03 | 3,786.00 | Corporate ACH Rental Pay Greater Washingt V0007256 | 00024123012118454 |
| 05/07 | 9,602.00 | Corporate ACH Rental Pay Greater Washingt V0007256 | 00024127016817857 |

# Business Checking



For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 05/01/2024 to 05/31/2024
4010 9TH Street SE Llc #24-00180
Primary Account Number:

| Business Checking Account Number: | - continued | Page 2 of 2 |
|---|---|---|

## Checks and Other Deductions

### Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/01 | 30.00 | Service Charge Period Ending 04/30/2024 | |

### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/02 | 4,000.00 | Withdrawal | 046803630 |
| 05/22 | 10,000.00 | Withdrawal | 048919879 |

### Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 06/03/2024 and will appear on your next statement as a single line item entitled Service Charge Period Ending 05/31/2024.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | 2 | .00 | Included in Account |
|   ACH Credits | 2 | .00 | |
| Cashier Checks | 1 | 15.00 | |
| Total For Services Used This Period | | 15.00 | |
| Total Service Charge | | 15.00 | |

Member FDIC                              Equal Housing Lender