# Business Checking

PNC Bank

**PNC BANK**

For the Period 06/01/2024 to 06/28/2024

Primary Account Number:
Page 1 of 2
Number of enclosures: 0

4010 9TH STREET SE LLC #24-00180
DEBTOR IN POSSESSION
STE 400
16701 MELFORD BLVD
BOWIE MD 20715-4411

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
PNC accepts Telecommunications Relay Service (TRS) calls.
Para servicio en espanol, 1-877-BUS-BNKG

Moving?  Please contact your local branch

Write to:  Customer Service
PO Box 609
Pittsburgh, PA  15230-9738

Visit us at PNC.com/smallbusiness

## Business Checking Summary

Account number:

4010 9TH Street SE Llc #24-00180
Debtor In Possession

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

## Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 15,739.45 | 11,495.00 | 15.00 | 27,219.45 |
| | | | Average ledger balance | Average collected balance |
| | | | 25,578.37 | 25,578.37 |

| Deposits and Other Additions | | | Checks and Other Deductions | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| ACH Additions | 1 | 11,495.00 | Service Charges and Fees | 1 | 15.00 |
| Total | 1 | 11,495.00 | Total | 1 | 15.00 |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 06/01 | 15,739.45 | 06/03 | 15,724.45 | 06/05 | 27,219.45 |

## Activity Detail

### Deposits and Other Additions

#### ACH Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/05 | 11,495.00 | Corporate ACH Rental Pay Greater Washingt V0007256 | 00024156011542364 |

### Checks and Other Deductions

#### Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/03 | 15.00 | Service Charge Period Ending 05/31/2024 | |

# Business Checking

For 24-hour account information, sign-on to pnc.com/mybusiness/

For the Period 06/01/2024 to 06/28/2024
4010 9TH Street SE Llc #24-00180
Primary Account Number:

Business Checking Account Number:  - continued

Page 2 of 2

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 07/01/2024 and will appear on your next statement as a single line item entitled Service Charge Period Ending 06/28/2024.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | 1 | .00 | Included in Account |
| ACH Credits | 1 | .00 | |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

Member FDIC        Equal Housing Lender