US Trustee Form 11 - Monthly Operating Report
4010 9th St LLC
Case No. 24-00187
Lead Case No. 24-00180

Period ending 8/31/2024

Explanations:

Parts 2 & 4– With the exception of the insurance payment described below, the report is based solely on information abstracted from the monthly bank statement. Financial information for the entity, including anticipated income & expenses, is still being obtained. Due to the lack of information at the time of this report, a financial statement is not included.

Part 1 - The Trustee obtained liability insurance for the property and made an initial down payment of $875.00, which is 35% of the annual premium.  The payment was made from retainer funds for the jointly-administered cases in the total amount of $23,907.50 that were turned over to the Trustee by Debtors' counsel.  This disbursement is reflected in Part 1.c and Part 1.f.  The Trustee is holding the retainer funds in a trustee account at Axos bank.  A Form 2 report showing the receipt of the retainer and the payment of the insurance down payments is attached the report filed in main case No. 24-00180, *In re 1416 Eastern Ave. NE, LLC*.

Additionally, the Trustee has reached out to Citizens Bank in regards to the DIP Account established for the Debtor. According to Citizens Bank, the account is in good standing with a balance of $7.00. A statement of account has not yet been received and therefore is not reflected in the August 2024 Monthly Operating Report.

Information on the above items will be reflected in a future reporting periods as information is obtained.

# Business Checking
PNC Bank

For the period 08/01/2024 to 08/30/2024

Primary account number: XX-XXXX-4651
Page 1 of 2
Number of enclosures: 0

4010 9TH STREET SE LLC #24-00180
DEBTOR IN POSSESSION
STE 400
16701 MELFORD BLVD
BOWIE MD 20715-4411

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
PNC accepts Telecommunications Relay Service (TRS) calls.

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.
Write to: CUSTOMER SERVICE
PO Box 609
Pittsburgh, PA 15230-9738

Visit us at PNC.com/smallbusiness

## IMPORTANT ACCOUNT NOTIFICATION

PNC Online Banking is an easy and convenient way to manage your cash flow. **Enroll in PNC Online Banking by visiting PNC.com/Enroll.** To enroll, you will need your business employer identification number (EIN) or Social Security Number (SSN), Online Access PIN and PNC Account Number. Your Online Access PIN is a 4-digit number that you may have set when you opened your account or received in the mail after opening your account.

## Business Checking Summary
Account number: XX-XXXX-4651
Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

4010 9TH STREET SE LLC #24-00180
DEBTOR IN POSSESSION

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 27,219.45 | 16,248.00 | 0.00 | 43,467.45 |
| | | | Average ledger balance | Average collected balance |
| | | | 31,457.75 | 29,382.68 |

### Deposits and Other Additions

| | | |
|---|---|---|
| Deposits | 2 | 16,248.00 |
| Total | 2 | 16,248.00 |

### Checks and Other Deductions

| | | |
|---|---|---|
| Total | | 0 | 0.00 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 08/01 | 27,219.45 | 08/23 | 42,522.45 | 08/26 | 43,467.45 |

# Business Checking

For 24-hour account information, sign on to pnc.com/mybusiness/

Business Checking Account number: XX-XXXX-4651 - continued

For the period    08/01/2024 to 08/30/2024
4010 9TH STREET SE LLC #24-00180
Primary account number: XX-XXXX-4651
Page 2 of 2

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/23 | 15,303.00 | Deposit | 052338809 |
| 08/26 | 945.00 | Deposit | 047269706 |

### Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 09/03/2024 and will appear on your next statement as a single line item entitled Service Charge Period Ending 08/30/2024.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Monthly Account Maintenance Fee | | .00 | Requirements Met |
| Monthly Combined Transactions | 5 | .00 | Included in Account |
|    Deposited Item - Consolidated | 3 | .00 | |
|    Deposit Tickets Processed | 2 | .00 | |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

*Special Pricing - 11 Cycles Remaining