US Trustee Form 11 - Monthly Operating Report
4010 9th St SE LLC
Case No. 24-00187
Lead Case No. 24-00180

Period ending 11/30/2024

Explanations:

Part 2.b. Due to lack of prior financial records, the aged receivables are being tracked/calculated as of 9/1/2024.

Part 4.e. Expenses include payments made from the Trustee-held bank account for property operations.

# 4010 9th ST SE LLC
## MONTHLY OPERATIONAL SUMMARY REPORT

### NOVEMBER 2024

**Prepared for:**

Mark Albert
Chapter 11 Trustee
1416 Eastern Avenue NE LLC
Washington, DC

**Prepared by:**
Noble Realty Advisors
11000 Broken Land Parkway
Suite 410
Columbia, Maryland 21044

OFFICE - (240) 426-6548 FAX - (240) 427-4699







# Mark Albert Chapter 11 Trustee
## 4010 9th ST SE LLC
### November 2024 Monthly Operational Summary

---

Below is a summary of the property management activity during the month of November 2024.

**Income:** During the month $7,572.00 was collected by management and deposited into the operating bank account.

**Delinquent – Rent Income Fee: - $56,787.00.**
See attached aged Delinquency Report for the month of November 2024.

**Vacancies – 2 Units**

**Expenses:**
Expenses that were incurred or booked during the month totaled $4,440.04 (See attached general ledger for detail by expense category and line item).

**Account Payable:**

As of November 30, 2024, the outstanding payables totaled $6,922.50. The age of the outstanding payables is as follows (see attached summary for vendor listing).

**Disbursement:**

Total disbursement from the operating account totaled $4,440.04 (see attached check summary).

**Banking:**

1. Operating Account (PNC Bank) – As of November 30, 2024, the account statement balance was $71,996.45. The available and reconciled cash balance as of November 30, 2024, was $71,996.45.

# 4010 9th ST SE LLC
## Deposit Register
**Deposit Date = 11/01/2024 - 11/30/2024**

| Name | Property | Unit | Tenant | Period | Deposit Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| **(40109) - 4  11/05/2024** | | | | | | | |
| GWUL FRSP | 4010 | | | 11-2024 | 11/5/2024 | 7,572.00 | ACH 110524 |
| **Total (40109) - 4  11/05/2024** | | | | | | **7,572.00** | |
| **Grand Total** | | | | | | **7,572.00** | |

**4010 9th ST SE LLC**
**Income and Expense Statement**
**Books = Cash**
**For the period ending November 30, 2024**

| | Account Description | MTD Actual | YTD Actual |
|---|---|---:|---:|
| | **Rental Income** | | |
| 5120 | Rent Income | - | 1,890.00 |
| | **Total Rental Income** | - | 1,890.00 |
| | **Miscellaneous Income** | | |
| 5990 | Miscellaneous Income | 7,572.00 | 26,639.00 |
| | **Total Miscellaneous Income** | 7,572.00 | 26,639.00 |
| | **TOTAL INCOME** | $ 7,572.00 | $ 28,529.00 |
| | **EXPENSES** | | |
| | **Administrative Expenses** | | |
| | Total Administrative Expenses | - | - |
| | **Utilities** | | |
| | Total Utilities | - | - |
| | **Operating & Maintenance Expense** | | |
| | Total Operating & Maintenance Expense | - | - |
| | **Insurance & Taxes** | | |
| | Total Insurance & Taxes | - | - |
| | **TOTAL OPERATING EXPENSE** | $ - | $ - |
| | **NET OPERATING INCOME/(LOSS)** | $ 7,572.00 | $ 28,529.00 |
| | **Financial Expenses** | | |
| | Total Financial Expenses | - | - |
| | **NET INCOME (LOSS)** | $ 7,572.00 | $ 28,529.00 |
| | **Replacement Reserve Item Expense** | | |
| 7071 | Window Replacement | 4,440.04 | 4,440.04 |
| | Total Replacement Reserve Item Expense | 4,440.04 | 4,440.04 |
| | **Other Cash Flow Items** | | |
| | Total Other Cash Flow Items | - | - |
| | **TOTAL CASH FLOW** | $ 3,131.96 | $ 24,088.96 |

**4010 9th ST SE LLC**
**General Ledger (Cash)**
Month = Nov 2024

| Property | Date | Period | Description | Control | Reference | Debit | Credit | Balance | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| **7071** | | | **Window Replacement** | | | | | 0.00 | = Beginning Balance = |
| 4010 | 11/27/2024 | 11-2024 | Noble Realty Advisors LLC (noble) | K-153836 | 101 | 1,725.54 | 0.00 | 1,725.54 | Window replacement |
| 4010 | 11/27/2024 | 11-2024 | Noble Realty Advisors LLC (noble) | K-153836 | 101 | 2,714.50 | 0.00 | 4,440.04 | Window replacement |
| | | | **Net Change=4,440.04** | | | 4,440.04 | 0.00 | 4,440.04 | = Ending Balance = |
| | | Grand Total | | | | 4,440.04 | 0.00 | | |

**4010 9th ST SE LLC**
**Trial Balance (Cash)**
**Month = Nov 2024**

| Account Number | Account Title | Forward Balance | Debit | Credit | Ending Balance |
|---|---|---:|---:|---:|---:|
| 1010 | Operating Cash | 64,424.45 | 7,572.00 | 0.00 | 71,996.45 |
| 1038 | Operating Account - 2 | 0.00 | 0.00 | 4,440.04 | (4,440.04) |
| 2090 | Other Current Liabilities | (43,467.45) | 0.00 | 0.00 | (43,467.45) |
| 3800 | Retained Earnings | 0.00 | 0.00 | 0.00 | 0.00 |
| 5120 | Rent Income | (1,890.00) | 0.00 | 0.00 | (1,890.00) |
| 5990 | Miscellaneous Income | (19,067.00) | 0.00 | 7,572.00 | (26,639.00) |
| 7071 | Window Replacement | 0.00 | 4,440.04 | 0.00 | 4,440.04 |
| | **Grand Total** | **0.00** | **12,012.04** | **12,012.04** | **0.00** |

**4010 9th ST SE LLC**
**Balance Sheet**
**Books = Cash**
**For the Period Nov 2024**

| Account | Nov 2024 |
|---|---:|
| **ASSETS** | |
| **CURRENT CASH** | |
| Operating Cash | 71,996.45 |
| Operating Account - 2 | (4,440.04) |
| **TOTAL CASH** | $ 67,556.41 |
| **CURRENT ASSETS** | |
| **TOTAL CURRENT ASSETS** | $ - |
| **FIXED ASSETS** | |
| **Total Fixed Assets** | $ - |
| **TOTAL ASSETS** | **$ 67,556.41** |
| **LIABILITIES & EQUITY** | |
| **CURRENT LIABILITIES** | |
| Other Current Liabilities | 43,467.45 |
| **TOTAL CURRENT LIABILITIES** | $ 43,467.45 |
| **LONG TERM LIABILITIES** | |
| **TOTAL LIABILITIES** | $ - |
| **OWNER'S EQUITY** | |
| Retained Earnings | 24,088.96 |
| **TOTAL OWNER'S EQUITY** | $ 24,088.96 |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | **$ 67,556.41** |

## 4010 9th ST SE LLC
### Residential Rent Roll
**As of Date 11/30/2024**

| Unit | Unit type | Unit Sq Ft | Resident | Name | Market Rent | Amount | Resident Deposit | Other Deposit | Move In | Lease Exp | Move-Out | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current/Notice Residents** | | | | | | | | | | | | |
| 101 | 2 | 0 | t0008223 | Delonya Boyd | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 9/1/2024 | | | 5,859.00 |
| 102 | 2 | 0 | t0008224 | Ronnell Dawson | 1,279.00 | 1,279.00 | 0.00 | 0.00 | 9/1/2024 | | | 3,837.00 |
| 103 | 2 | 0 | t0008225 | Charles Stroud | 948.00 | 948.00 | 0.00 | 0.00 | 9/1/2024 | | | 2,844.00 |
| 104 | 2 | 0 | t0008226 | Natasha Sprattley | 1,893.00 | 1,893.00 | 0.00 | 0.00 | 9/1/2024 | | | 5,679.00 |
| 201 | 2 | 0 | t0008227 | Aunette Banks | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 9/1/2024 | | | 5,859.00 |
| 202 | 2 | 0 | t0008228 | Sharon Risper | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 9/1/2024 | | | 5,859.00 |
| 203 | 2 | 0 | t0008229 | Takita Johnson | 1,893.00 | 1,893.00 | 0.00 | 0.00 | 9/1/2024 | | | 5,679.00 |
| 204 | 2 | 0 | t0008230 | William Reed | 945.00 | 945.00 | 0.00 | 0.00 | 9/1/2024 | | | 945.00 |
| 301 | 2 | 0 | t0008231 | Lavia Clark | 1,893.00 | 1,893.00 | 0.00 | 0.00 | 9/1/2024 | | | 5,679.00 |
| 302 | 2 | 0 | t0008232 | John Amanor | 866.00 | 866.00 | 0.00 | 0.00 | 9/1/2024 | | | 2,598.00 |
| 303 | 2 | 0 | t0008233 | Tracy Davis | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 9/1/2024 | | | 5,859.00 |
| 304 | 2 | 0 | t0008234 | Lyrics Watkins | 2,030.00 | 2,030.00 | 0.00 | 0.00 | 9/1/2024 | | | 6,090.00 |
| B01 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| B02 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |

| | Square Footage | Market Rent | Lease Charges | Security Deposit | Other Deposit | # of Units | Occupancy | Balance |
|---|---|---|---|---|---|---|---|---|
| Current/Notice Res. | | | 19,559.00 | 0.00 | 0.00 | | | 56,787.00 |
| Future Residents/Applicants | | | 0.00 | 0.00 | 0.00 | | | 0.00 |
| Occupied Units | 0 | 19,559.00 | | | | 12 | 85.71% | |
| Vacant Units | 0 | 0.00 | | | | 2 | 14.29% | |
| Totals: | 0 | 19,559.00 | 19,559.00 | 0.00 | 0 | 14 | 100.00% | 56,787.00 |

**Aging Summary**

4010 9th ST SE LLC (4010)
Trans through: 11/24
Age As of: 11/30/2024

Page 7

| Unit | Resident Code/Status | Name | Total Unpaid Charges | 0 - 30 days | 31 - 60 days | 61 - 90 days | Over 90 days | Less Prepayments | Balance |
|---|---|---|---:|---:|---:|---:|---:|---:|---:|
| **4010 - 4010 9th ST SE LLC** | | | | | | | | | |
| 101 | t0008223 Current | Delonya Boyd | 5,859.00 | 1,953.00 | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 5,859.00 |
| 102 | t0008224 Current | Ronnell Dawson | 3,837.00 | 1,279.00 | 1,279.00 | 1,279.00 | 0.00 | 0.00 | 3,837.00 |
| 103 | t0008225 Current | Charles Stroud | 2,844.00 | 948.00 | 948.00 | 948.00 | 0.00 | 0.00 | 2,844.00 |
| 104 | t0008226 Current | Natasha Sprattley | 5,679.00 | 1,893.00 | 1,893.00 | 1,893.00 | 0.00 | 0.00 | 5,679.00 |
| 201 | t0008227 Current | Aunette Banks | 5,859.00 | 1,953.00 | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 5,859.00 |
| 202 | t0008228 Current | Sharon Risper | 5,859.00 | 1,953.00 | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 5,859.00 |
| 203 | t0008229 Current | Takita Johnson | 5,679.00 | 1,893.00 | 1,893.00 | 1,893.00 | 0.00 | 0.00 | 5,679.00 |
| 204 | t0008230 Current | William Reed | 945.00 | 945.00 | 0.00 | 0.00 | 0.00 | 0.00 | 945.00 |
| 301 | t0008231 Current | Lavia Clark | 5,679.00 | 1,893.00 | 1,893.00 | 1,893.00 | 0.00 | 0.00 | 5,679.00 |
| 302 | t0008232 Current | John Amanor | 2,598.00 | 866.00 | 866.00 | 866.00 | 0.00 | 0.00 | 2,598.00 |
| 303 | t0008233 Current | Tracy Davis | 5,859.00 | 1,953.00 | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 5,859.00 |
| 304 | t0008234 Current | Lyrics Watkins | 6,090.00 | 2,030.00 | 2,030.00 | 2,030.00 | 0.00 | 0.00 | 6,090.00 |
| **Total 4010 - 4010 9th ST SE LLC** | | | **56,787.00** | **19,559.00** | **18,614.00** | **18,614.00** | **0.00** | **0.00** | **56,787.00** |
| **Grand Total** | | | **56,787.00** | **19,559.00** | **18,614.00** | **18,614.00** | **0.00** | **0.00** | **56,787.00** |

## 4010 9th ST SE LLC
## Payable - Aging Summary
### Age as of =11/30/2024

| Property Code - Name<br>Vendor Code - Name | Current<br>Owed | 0 - 30<br>Owed | 31 - 60<br>Owed | 61 - 90<br>Owed | Over 90<br>Owed |
|---|---:|---:|---:|---:|---:|
| **4010 9th ST SE LLC  - 4010** | | | | | |
| dktrash - D&K Trash Removal | 250.00 | 250.00 | 0.00 | 0.00 | 0.00 |
| jmartinez - Jack Martinez | 350.00 | 0.00 | 0.00 | 350.00 | 0.00 |
| noble - Noble Realty Advisors LLC | 6,322.50 | 2,823.00 | 0.00 | 2,333.00 | 1,166.50 |
| **Total 4010 9th ST SE LLC** | **6,922.50** | **3,073.00** | **0.00** | **2,683.00** | **1,166.50** |
| **Grand Total** | **6,922.50** | **3,073.00** | **0.00** | **2,683.00** | **1,166.50** |

# 4010 9th ST SE LLC
## Payment Summary
### Payment Date = 11/01/2024 - 11/30/2024

| Bank | Check# | Vendor | Check Date | Post Month | Total Amount | Date Reconciled |
|---|---|---|---|---|---|---|
| 401092 - 4010 9th Cash Disbursements | 101 | noble - Noble Realty Advisors LLC | 11/27/2024 | 11-2024 | 4,440.04 | |
| **Grand Total** | | | | | **4,440.04** | |

## 4010 9th Cash Receipts

### Bank Reconciliation Report
### 11/30/2024

**▇▇▇▇4651**

| | |
|---|---:|
| **Balance Per Bank Statement as of 11/30/2024** | 71,996.45 |
| **Reconciled Bank Balance** | **71,996.45** |
| | |
| **Balance per GL as of 11/30/2024** | 71,996.45 |
| **Reconciled Balance Per G/L** | **71,996.45** |
| | |
| **Difference**   (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |

# Business Checking

For 24-hour account information, sign on to pnc.com/mybusiness/

For the period   11/01/2024 to 11/29/2024
4010 9TH STREET SE LLC #24-00180
Primary account number: XX-XXXX-4651
Page 2 of 2

records.

Effective October 14, 2024, the $3.00 fee for Debit Card Cash Advances completed in PNC Bank Branches has been eliminated.

## Business Checking Summary

Account number: XX-XXXX-4651
Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

4010 9TH STREET SE LLC #24-00180
MARC ALBERT, CH 11 TRUSTEE

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 64,424.45 | 7,572.00 | 0.00 | 71,996.45 |
|  | | Average ledger balance | Average collected balance |
|  | | 70,952.03 | 70,952.03 |

### Deposits and Other Additions

| | | | Checks and Other Deductions | | |
|---|---|---|---|---|---|
| ACH Additions | 1 | 7,572.00 | | | |
| Total | 1 | 7,572.00 | Total | 0 | 0.00 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|
| 11/01 | 64,424.45 | 11/05 | 71,996.45 |

## Activity Detail

### Deposits and Other Additions

#### ACH Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 11/05 | 7,572.00 | Corporate ACH Frsp Renta Greater Washingt V0007256 | 00024309016854030 |

### Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 12/02/2024 and will appear on your next statement as a single line item entitled Service Charge Period Ending 11/29/2024.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Monthly Account Maintenance Fee | | .00 | Requirements Met |
| Monthly Combined Transactions | 1 | .00 | Included in Account |
| ACH Credits | 1 | .00 | |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

# Business Checking
PNC Bank

For the period 11/01/2024 to 11/29/2024

RETRN MAIL   614
4010 9TH STREET SE LLC #24-00180
MARC ALBERT, CH 11 TRUSTEE
1775 PENNSYLVANIA AVE NW
WASHINGTON DC 20006-4605

Primary account number: XX-XXXX-4651
Page 1 of 2
Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
PNC accepts Telecommunications Relay Service (TRS) calls.

Para servicio en español, 1-877-BUS-BNKG

Moving?   Please contact your local branch.
Write to: CUSTOMER SERVICE
PO Box 609
Pittsburgh, PA 15230-9738

Visit us at PNC.com/smallbusiness

## IMPORTANT ACCOUNT NOTIFICATION

PNC Online Banking is an easy and convenient way to manage your cash flow. **Enroll in PNC Online Banking by visiting PNC.com/Enroll.** To enroll, you will need your business employer identification number (EIN) or Social Security Number (SSN), Online Access PIN and PNC Account Number. Your Online Access PIN is a 4-digit number that you may have set when you opened your account or received in the mail after opening your account.

## IMPORTANT ACCOUNT INFORMATION

**Effective January 1, 2025,** charges for certain Treasury Management services will change. The impact of these changes on your business will depend on the mix of services you use at PNC and your transaction volume. If applicable, the fees for some of the services may be reduced or offset by the Earnings Credit for your account.

Treasury Management services, which may be subject to change, include but are not limited to Automated Clearing House (ACH), Cash Logistics, Cash Flow Insight, Account Reconcilement, Direct to Debit, Electronic Data Interchange (EDI), ePayments, Integrated Payables, Integrated Receivables, Invoice Automation, PINACLE, PayerExpress, Print Mail, Purchase Card, Real Time Payments, Remote Deposit, Wire Transfer services.

**Among the changes that become effective January 1, 2025, the following Wire Fees will be impacted for Business Banking clients, including but not limited to the following:**

The fee for INCOMING BOOK TRANSFERS will be $5.50 each.
The fee for INCOMING INTERNATIONAL WIRE TRANSFERS will be $21 each.

The fee for WIRE TRANSFER MANUAL REPAIR will be $18 each.
The fee for WIRE COPIES will be $21 each.

We would be happy to review with you the changes that are applicable to your account and discuss other services or options that may address the evolving needs of your business. Current Treasury Management charges are listed on your monthly statement, if applicable.

If you are interested in a review, please contact Treasury Management Client Care (TMCC) at 1-800-669-1518.

## IMPORTANT ACCOUNT INFORMATION

The information below amends certain information in our Business Schedules of Service Charges and Fees and our Features and Fees ("Schedules"). All other information in our Schedules continues to apply to your account. Please read this information and retain it with your