US Trustee Form 11 - Monthly Operating Report

4010 9th St SE LLC

Case No. 24-00187

Lead Case No. 24-00180

Period ending 01/31/2025

Explanations:

Part 2.b. Due to lack of prior financial records, the aged receivables are being tracked/calculated as of 9/1/2024.

Part 4.e. Expenses include payments made from the Trustee-held bank account for property operations.

# 4010 9th ST SE LLC
## MONTHLY OPERATIONAL SUMMARY REPORT

### JANUARY 2025

### Prepared for:

Marc Albert
Chapter 11 Trustee
1416 Eastern Avenue NE LLC
Washington, DC

### Prepared by:
Noble Realty Advisors
11000 Broken Land Parkway
Suite 410
Columbia, Maryland 21044

OFFICE - (240) 426-6548 FAX - (240) 427-4699







**Marc Albert Chapter 11 Trustee**
**4010 9th ST SE LLC**
**January 2025 Monthly Operational Summary**

Below is a summary of the property management activity during the month of January 2025.

**Income:**  During the month $5,679.00 was collected by management and deposited into the operating bank account.

**Delinquent – Rent Income Fee: - $90,960.00.**
See attached aged Delinquency Report for the month of January 2025.

**Vacancies – 2 Units**

**Expenses:**
Expenses that were incurred or booked during the month totaled $2,445.00 (See attached general ledger for detail by expense category and line item).

**Account Payable:**

As of January 31, 2025, the outstanding payables totaled $21,254.21. The age of the outstanding payables is as follows (see attached summary for vendor listing).

**Disbursement:**

Total disbursement from the operating account totaled $2,445.00 (see attached check summary).

**Banking:**

1. Operating Account (PNC Bank) – As of January 31, 2025, the account statement balance was $1,000.00. The available and reconciled cash balance as of January 31, 2025, was $1,000.00.

2. Disbursement Account (Axos Bank) – As of January 31, 2025, the account statement balance was $17,415.35. The available and reconciled cash balance as of January 31, 2025, was $9,888.85.

3. Owner's Account (Axos Bank) – As of January 31, 2025, the account statement balance was $62,304.45. The available and reconciled cash balance as of January 31, 2025, was $62,304.45.

**4010 9th ST SE LLC**
**Deposit Register**
**Deposit Date = 01/01/2025 - 01/31/2025**

| Name | Property | Unit | Tenant | Period | Deposit Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| **(40109) - 6  01/06/2025** | | | | | | | |
| GWUL FRSP | 4010 | | | 01-2025 | 1/6/2025 | 5,679.00 | 010625 |
| **Total (40109) - 6  01/06/2025** | | | | | | **5,679.00** | |
| **Grand Total** | | | | | | **5,679.00** | |

**4010 9th ST SE LLC**
**Income and Expense Statement**
**Books = Cash**
**For the period ending January 31, 2025**

| | Account Description | MTD Actual | YTD Actual |
|---|---|---:|---:|
| | **Rental Income** | | |
| | Total Rental Income | - | - |
| | **Miscellaneous Income** | | |
| 5990 | Miscellaneous Income | 5,679.00 | 5,679.00 |
| | **Total Miscellaneous Income** | 5,679.00 | 5,679.00 |
| | **TOTAL INCOME** | $ 5,679.00 | $ 5,679.00 |
| | **EXPENSES** | | |
| | **Administrative Expenses** | | |
| | Total Administrative Expenses | - | - |
| | **Utilities** | | |
| | Total Utilities | - | - |
| | **Operating & Maintenance Expense** | | |
| 6523 | Landscape Maintenance | 2,200.00 | 2,200.00 |
| | **Total Operating & Maintenance Expense** | 2,200.00 | 2,200.00 |
| | **Insurance & Taxes** | | |
| 6790 | Misc Taxes, Lic, Permits | 245.00 | 245.00 |
| | **Total Insurance & Taxes** | 245.00 | 245.00 |
| | **TOTAL OPERATING EXPENSE** | $ 2,445.00 | $ 2,445.00 |
| | **NET OPERATING INCOME/(LOSS)** | $ 3,234.00 | $ 3,234.00 |
| | **Financial Expenses** | | |
| | Total Financial Expenses | - | - |
| | **NET INCOME (LOSS)** | $ 3,234.00 | $ 3,234.00 |
| | **Replacement Reserve Item Expense** | | |
| | Total Replacement Reserve Item Expense | - | - |
| | **Other Cash Flow Items** | | |
| | Total Other Cash Flow Items | - | - |
| | **TOTAL CASH FLOW** | $ 3,234.00 | $ 3,234.00 |

**4010 9th ST SE LLC**
**General Ledger (Cash)**
**Month = Jan 2025**

| Property | Date | Period | Description | Control | Reference | Debit | Credit | Balance | Remarks |
|----------|------|--------|-------------|---------|-----------|-------|--------|---------|---------|
| **6523** | | | **Landscape Maintenance** | | | | | **0.00** | = Beginning Balance = |
| 4010 | 1/18/2025 | 01-2025 | Raymond Smith DBA: (raysmith) | K-155235 | 106 | 2,200.00 | 0.00 | 2,200.00 | Lawn Care Maintenance |
| | | | **Net Change=2,200.00** | | | **2,200.00** | **0.00** | **2,200.00** | = Ending Balance = |
| | | | | | | | | | |
| **6790** | | | **Misc Taxes, Lic, Permits** | | | | | **0.00** | = Beginning Balance = |
| 4010 | 1/28/2025 | 01-2025 | International Sureties, Ltd. (intsur) | K-155877 | 2004 | 245.00 | 0.00 | 245.00 | Bond #612419723 Case No. 24-00187 Chapter 11 |
| | | | **Net Change=245.00** | | | **245.00** | **0.00** | **245.00** | = Ending Balance = |
| | | | **Grand Total** | | | **2,445.00** | **0.00** | | |

**4010 9th ST SE LLC**
**Trial Balance (Cash)**
**Month = Jan 2025**

| Account Number | Account Title | Forward Balance | Debit | Credit | Ending Balance |
|---|---|---|---|---|---|
| 1010 | Operating Cash | 815.39 | 184.61 | 0.00 | 1,000.00 |
| 1016 | Owner's Account | 68,067.95 | 0.00 | 5,763.50 | 62,304.45 |
| 1038 | Operating Account - 2 | 1,075.96 | 8,812.89 | 0.00 | 9,888.85 |
| 2090 | Other Current Liabilities | (43,467.45) | 0.00 | 0.00 | (43,467.45) |
| 3800 | Retained Earnings | (26,491.85) | 0.00 | 0.00 | (26,491.85) |
| 5990 | Miscellaneous Income | 0.00 | 0.00 | 5,679.00 | (5,679.00) |
| 5991 | Owner Advance | 0.00 | 0.00 | 0.00 | 0.00 |
| 6523 | Landscape Maintenance | 0.00 | 2,200.00 | 0.00 | 2,200.00 |
| 6790 | Misc Taxes, Lic, Permits | 0.00 | 245.00 | 0.00 | 245.00 |
| | **Grand Total** | **0.00** | **11,442.50** | **11,442.50** | **0.00** |

**4010 9th ST SE LLC**
**Balance Sheet**
**Books = Cash**
**For the Period Jan 2025**

| Account | Jan 2025 |
|---|---|
| **ASSETS** | |
| **CURRENT CASH** | |
| Operating Cash | 1,000.00 |
| Owner's Account | 62,304.45 |
| Operating Account - 2 | 9,888.85 |
| **TOTAL CASH** | $ 73,193.30 |
| **CURRENT ASSETS** | |
| **TOTAL CURRENT ASSETS** | $ - |
| **FIXED ASSETS** | |
| **Total Fixed Assets** | $ - |
| **TOTAL ASSETS** | **$ 73,193.30** |
| **LIABILITIES & EQUITY** | |
| **CURRENT LIABILITIES** | |
| Other Current Liabilities | 43,467.45 |
| **TOTAL CURRENT LIABILITIES** | $ 43,467.45 |
| **LONG TERM LIABILITIES** | |
| TOTAL LIABILITIES | $ - |
| **OWNER'S EQUITY** | |
| Retained Earnings | 29,725.85 |
| **TOTAL OWNER'S EQUITY** | $ 29,725.85 |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | **$ 73,193.30** |

**4010 9th St SE LLC**
**Residential Rent Roll**
**As of Date 01/31/2025**

| Unit | Unit type | Unit Sq Ft | Resident | Name | Market Rent | Amount | Resident Deposit | Other Deposit | Move In | Lease Exp | Move-Out | Balance |
|------|-----------|-----------|----------|------|-------------|--------|------------------|---------------|---------|-----------|----------|---------|
| **Current/Notice Residents** | | | | | | | | | | | | |
| 101 | 2 | 0 | t0008223 | Delonya Boyd | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 9/1/2024 | | | 9,765.00 |
| 102 | 2 | 0 | t0008224 | Ronnell Dawson | 1,279.00 | 1,279.00 | 0.00 | 0.00 | 9/1/2024 | | | 6,395.00 |
| 103 | 2 | 0 | t0008225 | Charles Stroud | 948.00 | 948.00 | 0.00 | 0.00 | 9/1/2024 | | | 4,740.00 |
| 104 | 2 | 0 | t0008226 | Natasha Sprattley | 1,893.00 | 1,893.00 | 0.00 | 0.00 | 9/1/2024 | | | 9,465.00 |
| 201 | 2 | 0 | t0008227 | Aunette Banks | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 9/1/2024 | | | 9,765.00 |
| 202 | 2 | 0 | t0008228 | Sharon Risper | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 9/1/2024 | | | 9,765.00 |
| 203 | 2 | 0 | t0008229 | Takita Johnson | 1,893.00 | 1,893.00 | 0.00 | 0.00 | 9/1/2024 | | | 9,465.00 |
| 204 | 2 | 0 | t0008230 | William Reed | 945.00 | 945.00 | 0.00 | 0.00 | 9/1/2024 | | | 1,890.00 |
| 301 | 2 | 0 | t0008231 | Lavia Clark | 1,893.00 | 1,893.00 | 0.00 | 0.00 | 9/1/2024 | | | 9,465.00 |
| 302 | 2 | 0 | t0008232 | John Amanor | 866.00 | 866.00 | 0.00 | 0.00 | 9/1/2024 | | | 4,330.00 |
| 303 | 2 | 0 | t0008233 | Tracy Davis | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 9/1/2024 | | | 9,765.00 |
| 304 | 2 | 0 | t0008234 | Lyrics Watkins | 2,030.00 | 2,030.00 | 0.00 | 0.00 | 9/1/2024 | | | 10,150.00 |
| B01 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| B02 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |

| | Square Footage | Market Rent | Lease Charges | Security Deposit | Other Deposit | # of Units | Occupancy | Balance |
|---|----------------|-------------|---------------|------------------|---------------|-----------|-----------|---------|
| Current/Notice Res. | | | 19,559.00 | 0.00 | 0.00 | | | 94,960.00 |
| Future Residents/Applicants | | | 0.00 | 0.00 | 0.00 | | | 0.00 |
| Occupied Units | 0 | 19,559.00 | | | | 12 | 85.71% | |
| Vacant Units | 0 | 0.00 | | | | 2 | 14.29% | |
| Totals: | 0 | 19,559.00 | 19,559.00 | 0.00 | 0.00 | 14 | 100.00% | 94,960.00 |

# Aged Receivables Report

Detail by Resident
Property:  4010 9th ST SE LLC (4010)
Trans through :1/2025

| Unit | Resident | Charge Code | Total Unpaid Charges | 0 - 30 days | 31 - 60 days | 61 - 90 days | Over 90 days | Prepayments | Balance |
|------|----------|-------------|---------------------|-------------|--------------|--------------|--------------|-------------|---------|
| **4010** | **- 4010 9th ST SE LLC** | | | | | | | | |
| 101 | t0008223 | Delonya Boyd | 9,765.00 | 1,953.00 | 0.00 | 1,953.00 | 5,859.00 | 0.00 | 9,765.00 |
| 102 | t0008224 | Ronnell Dawson | 6,395.00 | 1,279.00 | 0.00 | 1,279.00 | 3,837.00 | 0.00 | 6,395.00 |
| 103 | t0008225 | Charles Stroud | 4,740.00 | 948.00 | 0.00 | 948.00 | 2,844.00 | 0.00 | 4,740.00 |
| 104 | t0008226 | Natasha Sprattley | 9,465.00 | 1,893.00 | 0.00 | 1,893.00 | 5,679.00 | 0.00 | 9,465.00 |
| 201 | t0008227 | Aunette Banks | 9,765.00 | 1,953.00 | 0.00 | 1,953.00 | 5,859.00 | 0.00 | 9,765.00 |
| 202 | t0008228 | Sharon Risper | 9,765.00 | 1,953.00 | 0.00 | 1,953.00 | 5,859.00 | 0.00 | 9,765.00 |
| 203 | t0008229 | Takita Johnson | 9,465.00 | 1,893.00 | 0.00 | 1,893.00 | 5,679.00 | 0.00 | 9,465.00 |
| 204 | t0008230 | William Reed | 1,890.00 | 945.00 | 0.00 | 945.00 | 0.00 | 0.00 | 1,890.00 |
| 301 | t0008231 | Lavia Clark | 9,465.00 | 1,893.00 | 0.00 | 1,893.00 | 5,679.00 | 0.00 | 9,465.00 |
| 302 | t0008232 | John Amanor | 4,330.00 | 866.00 | 0.00 | 866.00 | 2,598.00 | 0.00 | 4,330.00 |
| 303 | t0008233 | Tracy Davis | 9,765.00 | 1,953.00 | 0.00 | 1,953.00 | 5,859.00 | 0.00 | 9,765.00 |
| 304 | t0008234 | Lyrics Watkins | 10,150.00 | 2,030.00 | 0.00 | 2,030.00 | 6,090.00 | 0.00 | 10,150.00 |
| **Total 4010** | | | **94,960.00** | **19,559.00** | **0.00** | **19,559.00** | **55,842.00** | **0.00** | **94,960.00** |
| **Total** | | | **94,960.00** | **19,559.00** | **0.00** | **19,559.00** | **55,842.00** | **0.00** | **94,960.00** |

**4010 9th ST SE LLC**
**Payable - Aging Summary**
**Age as of =01/31/2025**

| Property Code - Name<br>Vendor Code - Name | Current<br>Owed | 0 - 30<br>Owed | 31 - 60<br>Owed | 61 - 90<br>Owed | Over 90<br>Owed |
|---|---|---|---|---|---|
| **4010 9th ST SE LLC  - 4010** | | | | | |
| bernes - Bernardo Estiven | 3,575.00 | 0.00 | 3,575.00 | 0.00 | 0.00 |
| jmartinez - Jack Martinez | 2,800.00 | 2,800.00 | 0.00 | 0.00 | 0.00 |
| joma - JOMA Lawn Care & Tree Experts | 820.00 | 820.00 | 0.00 | 0.00 | 0.00 |
| noble - Noble Realty Advisors LLC | 9,106.36 | 2,107.36 | 2,333.00 | 2,333.00 | 2,333.00 |
| wbwaste- WB Waste Solutions | 2,036.85 | 0.00 | 683.97 | 683.97 | 668.91 |
| whiteglove - White Glove Commercial Cleaning | 2,916.00 | 0.00 | 972.00 | 972.00 | 972.00 |
| **Total 4010 9th ST SE LLC** | **21,254.21** | **5,727.36** | **7,563.97** | **3,988.97** | **3,973.91** |
| **Grand Total** | **21,254.21** | **5,727.36** | **7,563.97** | **3,988.97** | **3,973.91** |

**4010 9th ST SE LLC**

**Payment Summary**

**Payment Date = 01/01/2025 - 01/31/2025**

| Bank | Check# | Vendor | Check Date | Post Month | Total Amount | Date Reconciled |
|---|---|---|---|---|---|---|
| 401092 - 4010 9th Cash Disbursements | 106 | raysmith - Raymond Smith DBA: | 1/18/2025 | 01-2025 | 2,200.00 | |
| 401093 - Marc Albert Trustee A | 2004 | intsur - International Sureties, Ltd. | 1/28/2025 | 01-2025 | 245.00 | 1/31/2025 |
| **Grand Total** | | | | | **2,445.00** | |

**4010 9th Cash Receipts**

**Bank Reconciliation Report**

**1/31/2025**

████4651

| | |
|---|---|
| **Balance Per Bank Statement as of 1/31/2025** | **1,000.00** |
| **Reconciled Bank Balance** | **1,000.00** |
| **Balance per GL as of 1/31/2025** | **1,000.00** |
| **Reconciled Balance Per G/L** | **1,000.00** |
| **Difference**    (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |

# Business Checking
PNC Bank

**For the period 01/01/2025 to 01/31/2025**

Primary account number: XX-XXXX-4651

Page 1 of 2

Number of enclosures: 0

4010 9TH STREET SE LLC #24-00180
MARC ALBERT, CH 11 TRUSTEE
STE 800
1775 PENNSYLVANIA AVE NW
WASHINGTON DC 20006-4760

PNC Online Banking is an easy and convenient way to manage your cash flow 24 hours a day, 7 days a week. Enroll in Online Banking by visiting PNC.com/Enroll.

☎ For customer service call 1-877-BUS-BNKG
(1-877-287-2654)
PNC accepts Telecommunications Relay Service (TRS) calls.

Para servicio en español, 1-877-BUS-BNKG
(1-877-287-2654)

**Moving?** Please contact your local branch.

✉ Write to: CUSTOMER SERVICE
PO Box 609
Pittsburgh , PA 15230-9738

Visit us at PNC.com/smallbusiness

---

## Business Checking Summary

Account number: XX-XXXX-4651

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

4010 9TH STREET SE LLC #24-00180
MARC ALBERT, CH 11 TRUSTEE

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 815.39 | 5,679.00 | 5,494.39 | 1,000.00 |
| | | Average ledger balance | Average collected balance |
| | | 2,919.84 | 2,919.84 |

| Deposits and Other Additions | | | Checks and Other Deductions | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| ACH Additions | 1 | 5,679.00 | Checks | 1 | 5,494.39 |
| Total | 1 | 5,679.00 | Total | 1 | 5,494.39 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 01/01 | 815.39 | 01/06 | 6,494.39 | 01/17 | 1,000.00 |

## Activity Detail

### Deposits and Other Additions

# Business Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

For the period    **01/01/2025 to 01/31/2025**
4010 9TH STREET SE LLC #24-00180
Primary account number: XX-XXXX-4651

Business Checking Account number: XX-XXXX-4651 - continued

Page 2 of 2

## ACH Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/06 | 5,679.00 | Corporate ACH Frsp Renta Greater Washingt V0007256 | 00025006008601479 |

## Checks and Other Deductions

### Checks and Substitute Checks    * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 01/17 | 1001 | 5,494.39 | 016239667 | | | | |

## Detail of Services Used During Current Period

Note:  The total charge for the following services will be posted to your account on 02/03/2025 and will appear on your next statement as a single line item entitled Service Charge Period Ending 01/31/2025.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Monthly Account Maintenance Fee | | .00 | Requirements Met |
| Monthly Combined Transactions | 2 | .00 | Included in Account |
| ACH Credits | 1 | .00 | |
| Checks Paid | 1 | .00 | |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

### 4010 9th Cash Disbursements

### Bank Reconciliation Report
### 1/31/2025

████████2836

**Balance Per Bank Statement as of 1/31/2025**                          17,415.35

**Outstanding Checks**

| Check Date | Check Number | Payee | Amount |
|---|---|---|---|
| 12/19/2024 | 104 | noble - Noble Realty Advisors LLC | 4,864.50 |
| 12/19/2024 | 105 | vision - Vision Realty Management, LLC | 462.00 |
| 1/18/2025 | 106 | raysmith - Raymond Smith DBA: | 2,200.00 |
| **Less:** | **Outstanding Checks** | | **7,526.50** |
| | **Reconciled Bank Balance** | | **9,888.85** |

**Balance per GL as of 1/31/2025**                          9,888.85

**Reconciled Balance Per G/L**                          **9,888.85**

**Difference**   (Reconciled Bank Balance And Reconciled Balance Per G/L)                          **0.00**



Date  1/31/25         Page      1
Primary Account    ████2836

4010 9TH ST SE LLC
4010 9th St SE LLC, Debtor Case
No. 24-00187-ELG Chapter 11
11000 BROKEN LAND PARKWAY STE. 410
COLUMBIA MD 21044

Account Title:          4010 9TH ST SE LLC
                        4010 9th St SE LLC, Debtor Case
                        No. 24-00187-ELG Chapter 11

| Commercial Checking | | Number of Enclosures | 1 |
|---|---|---|---|
| Account Number | ████2836 | Statement Dates  1/01/25 thru  2/02/25 | |
| Previous Balance | 6,322.50 | Days in the statement period | 33 |
| 2 Deposits/Credits | 15,532.89 | Avg Daily Ledger | 10,084.74 |
| 1 Checks/Debits | 4,440.04 | Avg Daily Collected | 10,084.74 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 17,415.35 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 1/22 | MyDeposit | 11,012.89 |
| 1/23 | From DDA *2760,To DDA *2836 | 4,520.00 |

## CHECKS IN SERIAL NUMBER ORDER

| Date | Check No | Amount |
|---|---|---|
| 1/21 | 100101 | 4,440.04 |

* Indicates Skip In Check Number Sequence



Date   1/31/25          Page    2
Primary Account   2836

Commercial Checking                890000182836   (Continued)

**DAILY BALANCE INFORMATION**

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| 1/01 | 6,322.50 | 1/22 | 12,895.35 |
| 1/21 | 1,882.46 | 1/23 | 17,415.35 |

\*\*\* END OF STATEMENT \*\*\*



010 9th St SE LLC, Debtor
Case No. 24-00187-ELG
Chapter 11
1100 Broken Land Parkway Suite 410
Columbia, Maryland 21044

Axos Bank
4350 La Jolla Village Drive
Suite 140
San Diego, CA 92122
122287251

101

**** FOUR THOUSAND FOUR HUNDRED FORTY AND 04/100 DOLLARS

TO THE
ORDER OF

11/27/2024        $4,440.04***

Noble Realty Advisors LLC
11000 Broken Land Parkway
Suite 410
Baltimore, MD   21044        VOID AFTER 90 DAYS

#000101#  #122287251#         835#

Check: 100101   Date: 01/21   Amount: $4,440.04

**IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS**

### In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**For our 24-hour Automated Banking System, please call the number located on the front of the Statement.**
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES

We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)

FDIC   EQUAL HOUSING LENDER

**Marc Albert Trustee A**

**Bank Reconciliation Report**

**1/31/2025**

**xxxx**

| | |
|---|---:|
| **Balance Per Bank Statement as of 1/31/2025** | **62,304.45** |
| **Reconciled Bank Balance** | **62,304.45** |
| | |
| **Balance per GL as of 1/31/2025** | **62,304.45** |
| **Reconciled Balance Per G/L** | **62,304.45** |
| | |
| **Difference** (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 24-00187

Case Name: 4010 9TH ST SE LLC

Taxpayer ID No: XX-XXX4566

For Period Ending: 02/10/2025

Trustee Name: Marc E. Albert DC Ch 11

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0604

Checking

Blanket Bond (per case limit):

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/10/24 | | 4010 9th Street SE LLC<br>Marc Albert, Ch 11 Trustee<br>1775 Pennsylvania Ave NW, Ste. 800<br>Washington, DC 20006 | Account Sweep | 0000-00 | $78,565.45 | | $78,565.45 |
| 12/12/24 | 2001 | 4010 9TH ST SE LLC<br>c/o Noble Realty Advisors, LLC<br>11000 Broken Land Parkway, Ste 410<br>Columbia, MD 21044 | Funding to Property Management for Operational Costs | 0000-000 | | $5,977.50 | $72,587.95 |
| 12/13/24 | 2002 | 4010 9TH ST SE LLC<br>c/o Noble Realty Advisors, LLC<br>11000 Broken Land Parkway, Ste 410<br>Columbia, MD 21044 | Funding to Property Management for Operational Costs | 0000-000 | | $4,520.00 | $68,067.95 |
| 01/13/25 | 2003 | Noble Realty Advisors, LLC<br>11000 Broken Land Parkway<br>Suite #410<br>Columbia, MD 21044 | Funding to Property Management for Operational Costs | 0000-000 | | $11,012.89 | $57,055.06 |
| 01/14/25 | | 4010 9th Street SE LLC<br>c/o Marc Albert Trustree<br>1775 Pennsylvania Ave NW<br>Ste. 800<br>Washington, DC 20006 | Account Sweep | 0000-00 | $5,494.39 | | $62,549.45 |
| 01/28/25 | 2004 | International Sureties, LTD<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Bond #612419723<br>Case No. 24-00187<br>Chapter 11 Bond re 4010 9th St SE, LLC | 0000-000 | | $245.00 | $62,304.45 |
| 02/06/25 | 2005 | United States Trustee<br>United States Trustee Payment Center<br>P.O. Box 6200-19<br>Portland, OR 97228-6200 | Account No. 9002400187<br>Q4 US Trustee Fees re 4010 9th St SE LLC - 9002400187 | 0000-000 | | $250.00 | $62,054.45 |

COLUMN TOTALS                     $0.00        $0.00

Less: Bank Transfers/CD's        $0.00        $0.00

Page Subtotals:                  $84,059.84   $22,005.39

| | Subtotal | $0.00 | $0.00 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $0.00 | $0.00 |

| Page Subtotals: | $0.00 | $0.00 |

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0604 - Checking | $0.00 | $0.00 | $62,054.45 |
| | $0.00 | $0.00 | $62,054.45 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $0.00 |
| Total Gross Receipts: | $0.00 |

Trustee Signature:    /s/ Marc E. Albert DC Ch 11    Date: 02/10/2025

Marc E. Albert DC Ch 11
1775 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006
(202) 785-9100

Page Subtotals:                    $0.00        $0.00