US Trustee Form 11 - Monthly Operating Report
4010 9th St SE LLC
Case No. 24-00187
Lead Case No. 24-00180


Period ending 02/28/2025


Explanations:

Part 2.b. Due to lack of prior financial records, the aged receivables are being tracked/calculated as of 9/1/2024.

Part 4.e. Expenses include payments made from the Trustee-held bank account for property operations.

# 4010 9th ST SE LLC
## MONTHLY OPERATIONAL SUMMARY REPORT

### FEBRUARY 2025

### Prepared for:

Mark Albert
Chapter 11 Trustee
1416 Eastern Avenue NE LLC
Washington, DC

### Prepared by:
Noble Realty Advisors
11000 Broken Land Parkway
Suite 410
Columbia, Maryland 21044

OFFICE - (240) 426-6548 FAX - (240) 427-4699







**Mark Albert Chapter 11 Trustee**
**4010 9th ST SE LLC**
**February 2025 Monthly Operational Summary**

Below is a summary of the property management activity during the month of February 2025.

**Income:**  During the month $7,619.00 was collected by management and deposited into the operating bank account.

**Delinquent – Rent Income Fee: - $114,519.00.**
See attached aged Delinquency Report for the month of February 2025.

**Vacancies – 2 Units**

**Expenses:**
Expenses that were incurred or booked during the month totaled $10,552.82 (See attached general ledger for detail by expense category and line item).

**Account Payable:**

As of February 28, 2025, the outstanding payables totaled $16,439.51. The age of the outstanding payables is as follows (see attached summary for vendor listing).

**Disbursement:**

Total disbursement from the operating account totaled $10,552.82 (see attached check summary).

**Banking:**

1. Operating Account (PNC Bank) – As of February 28, 2025, the account statement balance was $1,000.00. The available and reconciled cash balance as of February 28, 2025, was $1,000.00.

2. Disbursement Account (Axos Bank) – As of February 28, 2025, the account statement balance was $271.00. The available and reconciled cash balance as of February 28, 2025, was $6,512.03.

3. Owner's Account (Axos Bank) – As of February 28, 2025, the account statement balance was $62,748.45. The available and reconciled cash balance as of February 28, 2025, was $62,748.45.

**4010 9th ST SE LLC**
**Deposit Register**
**Deposit Date = 02/01/2025 - 02/28/2025**

| Name | Property | Unit | Tenant | Period | Deposit Date | Amount | Check # |
|------|----------|------|--------|--------|--------------|--------|---------|
| **(40109) - 7  02/03/2025** | | | | | | | |
| GWUL FRSP | 4010 | | | 02-2025 | 2/3/2025 | 1,459.90 | 203251 |
| **Total (40109) - 7  02/03/2025** | | | | | | **1,459.90** | |
| | | | | | | | |
| **(40109) - 8  02/03/2025** | | | | | | | |
| GRUL FRSP | 4010 | | | 02-2025 | 2/3/2025 | 480.10 | 203252 |
| **Total (40109) - 8  02/03/2025** | | | | | | **480.10** | |
| | | | | | | | |
| **(40109) - 9  02/05/2025** | | | | | | | |
| GWUL FRSP | 4010 | | | 02-2025 | 2/5/2025 | 5,679.00 | 20525 |
| **Total (40109) - 9  02/05/2025** | | | | | | **5,679.00** | |
| **Grand Total** | | | | | | **7,619.00** | |

**4010 9th ST SE LLC**
**Income and Expense Statement**
**Books = Cash**
**For the period ending February 28, 2025**

| | Account Description | MTD Actual | YTD Actual |
|---|---|---:|---:|
| | **Rental Income** | | |
| | **Total Rental Income** | - | - |
| | **Miscellaneous Income** | | |
| 5990 | Miscellaneous Income | 7,619.00 | 13,298.00 |
| | **Total Miscellaneous Income** | 7,619.00 | 13,298.00 |
| | **TOTAL INCOME** | $ 7,619.00 | $ 13,298.00 |
| | **EXPENSES** | | |
| | **Administrative Expenses** | | |
| 6320 | Management Fee | 4,666.00 | 4,666.00 |
| 6390 | Misc/Admin Expense | 250.00 | 250.00 |
| | **Total Administrative Expenses** | 4,916.00 | 4,916.00 |
| | **Utilities** | | |
| | **Total Utilities** | - | - |
| | **Operating & Maintenance Expense** | | |
| 6521 | Janitor & Cleaning Contract | 2,916.00 | 2,916.00 |
| 6523 | Landscape Maintenance | - | 2,200.00 |
| 6525 | Garbage and Trash Removal | 2,719.82 | 2,719.82 |
| | **Total Operating & Maintenance Expense** | 5,635.82 | 7,835.82 |
| | **Insurance & Taxes** | | |
| 6720 | Property & Liability Ins | - | 158.19 |
| 6790 | Misc Taxes, Lic, Permits | - | 245.00 |
| | **Total Insurance & Taxes** | - | 403.19 |
| | **TOTAL OPERATING EXPENSE** | $ 10,551.82 | $ 13,155.01 |
| | **NET OPERATING INCOME/(LOSS)** | $ (2,932.82) | $ 142.99 |
| | **Financial Expenses** | | |
| | **Total Financial Expenses** | - | - |
| | **NET INCOME (LOSS)** | $ (2,932.82) | $ 142.99 |
| | **Replacement Reserve Item Expense** | | |
| | **Total Replacement Reserve Item Expense** | - | - |

**4010 9th ST SE LLC**
**Income and Expense Statement**
**Books = Cash**
**For the period ending February 28, 2025**

| Account Description | MTD Actual | YTD Actual |
|---|---|---|
| **Other Cash Flow Items** | | |
| **Total Other Cash Flow Items** | - | - |
| **TOTAL CASH FLOW** | $ (2,932.82) | $ 142.99 |

**4010 9th ST SE LLC**
**General Ledger (Cash)**
**Month = Feb 2025**

| Property | Date | Period | Description | Control | Reference | Debit | Credit | Balance | Remarks |
|----------|------|--------|-------------|---------|-----------|-------|--------|---------|---------|
| **6320** | | | **Management Fee** | | | | | **0.00 = Beginning Balance =** | |
| 4010 | 2/6/2025 | 02-2025 | Noble Realty Advisors LLC (noble) | K-155744 | 107 | 2,333.00 | 0.00 | 2,333.00 | Monthly Mgt Fee |
| 4010 | 2/6/2025 | 02-2025 | Noble Realty Advisors LLC (noble) | K-155744 | 107 | 2,333.00 | 0.00 | 4,666.00 | Monthly Mgt Fee |
| | | | Net Change=4,666.00 | | | | | **4,666.00 = Ending Balance =** | |
| | | | | | | | | | |
| **6390** | | | **Misc/Admin Expense** | | | | | **0.00 = Beginning Balance =** | |
| 4010 | 2/6/2025 | 02-2025 | Office of US Trustee (ustrust) | K-156897 | 2005 | 250.00 | 0.00 | 250.00 | Q1 2025 UST Fees |
| | | | Net Change=250.00 | | | | | **250.00 = Ending Balance =** | |
| | | | | | | | | | |
| **6521** | | | **Janitor & Cleaning Contract** | | | | | **0.00 = Beginning Balance =** | |
| 4010 | 2/6/2025 | 02-2025 | White Glove Commercial Cleaning (whiteglove) | K-155746 | 109 | 972.00 | 0.00 | 972.00 | Monthly contract cleaning |
| 4010 | 2/6/2025 | 02-2025 | White Glove Commercial Cleaning (whiteglove) | K-155746 | 109 | 972.00 | 0.00 | 1,944.00 | Monthly cleaning contract for property |
| 4010 | 2/6/2025 | 02-2025 | White Glove Commercial Cleaning (whiteglove) | K-155746 | 109 | 972.00 | 0.00 | 2,916.00 | Janitorial Contract |
| | | | Net Change=2,916.00 | | | | | **2,916.00 = Ending Balance =** | |
| | | | | | | | | | |
| **6523** | | | **Landscape Maintenance** | | | | | **2,200.00 = Beginning Balance =** | |
| | | | Net Change=0.00 | | | | | **2,200.00 = Ending Balance =** | |
| | | | | | | | | | |
| **6525** | | | **Garbage and Trash Removal** | | | | | **0.00 = Beginning Balance =** | |
| 4010 | 2/6/2025 | 02-2025 | WB Waste Solutions  (wbwaste) | K-155745 | 108 | 668.91 | 0.00 | 668.91 | Trash removal 2x/week |
| 4010 | 2/6/2025 | 02-2025 | WB Waste Solutions  (wbwaste) | K-155745 | 108 | 683.97 | 0.00 | 1,352.88 | Trash removal 2x/week |
| 4010 | 2/6/2025 | 02-2025 | WB Waste Solutions  (wbwaste) | K-155745 | 108 | 683.97 | 0.00 | 2,036.85 | Trash removal 2x/week |
| 4010 | 2/11/2025 | 02-2025 | WB Waste Solutions | J-73351 | 108 | 0.00 | 1.00 | 2,035.85 | Payment Adjustment |
| 4010 | 2/27/2025 | 02-2025 | WB Waste Solutions  (wbwaste) | K-156459 | 227251 | 683.97 | 0.00 | 2,719.82 | Tash removal 02.2025 |
| | | | Net Change=2,719.82 | | | | | **2,719.82 = Ending Balance =** | |
| | | | | | | | | | |
| **6720** | | | **Property & Liability Ins** | | | | | **158.19 = Beginning Balance =** | |
| | | | Net Change=0.00 | | | | | **158.19 = Ending Balance =** | |
| | | | | | | | | | |
| **6790** | | | **Misc Taxes, Lic, Permits** | | | | | **245.00 = Beginning Balance =** | |
| | | | Net Change=0.00 | | | | | **245.00 = Ending Balance =** | |
| | **Grand Total** | | | | | **10,552.82** | **1.00** | | |

**4010 9th ST SE LLC**
**Trial Balance (Cash)**
**Month = Feb 2025**

| Account Number | Account Title | Forward Balance | Debit | Credit | Ending Balance |
|---|---|---|---|---|---|
| 1010 | Operating Cash | 1,000.00 | 0.00 | 0.00 | 1,000.00 |
| 1016 | Owner's Account | 62,304.45 | 444.00 | 0.00 | 62,748.45 |
| 1020 | Cash-Surplus | 96.00 | 0.00 | 0.00 | 96.00 |
| 1038 | Operating Account - 2 | 9,888.85 | 0.00 | 3,376.82 | 6,512.03 |
| 2090 | Other Current Liabilities | -43,467.45 | 0.00 | 0.00 | -43,467.45 |
| 3800 | Retained Earnings | -26,746.04 | 0.00 | 0.00 | -26,746.04 |
| 5990 | Miscellaneous Income | -5,679.00 | 0.00 | 7,619.00 | -13,298.00 |
| 6320 | Management Fee | 0.00 | 4,666.00 | 0.00 | 4,666.00 |
| 6390 | Misc/Admin Expense | 0.00 | 250.00 | 0.00 | 250.00 |
| 6521 | Janitor & Cleaning Contract | 0.00 | 2,916.00 | 0.00 | 2,916.00 |
| 6523 | Landscape Maintenance | 2,200.00 | 0.00 | 0.00 | 2,200.00 |
| 6525 | Garbage and Trash Removal | 0.00 | 2,719.82 | 0.00 | 2,719.82 |
| 6720 | Property & Liability Ins | 158.19 | 0.00 | 0.00 | 158.19 |
| 6790 | Misc Taxes, Lic, Permits | 245.00 | 0.00 | 0.00 | 245.00 |
| | **Grand Total** | **0.00** | **10,995.82** | **10,995.82** | **0.00** |

**4010 9th ST SE LLC**
**Balance Sheet**
**Books = Cash**
**For the Period Feb 2025**

| Account | Feb 2025 |
|---|---|
| **ASSETS** | |
| **CURRENT CASH** | |
| Operating Cash | 1,000.00 |
| Owner's Account | 62,748.45 |
| Cash-Surplus | 96.00 |
| Operating Account - 2 | 6,512.03 |
| **TOTAL CASH** | $    70,356.48 |
| **CURRENT ASSETS** | |
| **TOTAL CURRENT ASSETS** | $    - |
| **FIXED ASSETS** | |
| **Total Fixed Assets** | $    - |
| **TOTAL ASSETS** | $    **70,356.48** |
| **LIABILITIES & EQUITY** | |
| **CURRENT LIABILITIES** | |
| Other Current Liabilities | 43,467.45 |
| **TOTAL CURRENT LIABILITIES** | $    43,467.45 |
| **LONG TERM LIABILITIES** | |
| **TOTAL LIABILITIES** | $    - |
| **OWNER'S EQUITY** | |
| Retained Earnings | 26,889.03 |
| **TOTAL OWNER'S EQUITY** | $    26,889.03 |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | $    **70,356.48** |

**4010 9th St SE LLC**

**Residential Rent Roll**

**As of Date 02/28/2025**

| Unit | Unit type | Unit Sq Ft | Resident | Name | Market Rent | Amount | Resident Deposit | Other Deposit | Move In | Lease Exp | Move-Out | Balance |
|------|-----------|-----------|----------|------|-------------|--------|------------------|---------------|---------|-----------|----------|---------|
| **Current/Notice Residents** | | | | | | | | | | | | |
| 101 | 2 | 0 | t0008223 | Delonya Boyd | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 9/1/2024 | | | 11,718.00 |
| 102 | 2 | 0 | t0008224 | Ronnell Dawson | 1,279.00 | 1,279.00 | 0.00 | 0.00 | 9/1/2024 | | | 7,674.00 |
| 103 | 2 | 0 | t0008225 | Charles Stroud | 948.00 | 948.00 | 0.00 | 0.00 | 9/1/2024 | | | 5,688.00 |
| 104 | 2 | 0 | t0008226 | Natasha Sprattley | 1,893.00 | 1,893.00 | 0.00 | 0.00 | 9/1/2024 | | | 11,358.00 |
| 201 | 2 | 0 | t0008227 | Aunette Banks | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 9/1/2024 | | | 11,718.00 |
| 202 | 2 | 0 | t0008228 | Sharon Risper | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 9/1/2024 | | | 11,718.00 |
| 203 | 2 | 0 | t0008229 | Takita Johnson | 1,893.00 | 1,893.00 | 0.00 | 0.00 | 9/1/2024 | | | 11,358.00 |
| 204 | 2 | 0 | t0008230 | William Reed | 945.00 | 945.00 | 0.00 | 0.00 | 9/1/2024 | | | 2,835.00 |
| 301 | 2 | 0 | t0008231 | Lavia Clark | 1,893.00 | 1,893.00 | 0.00 | 0.00 | 9/1/2024 | | | 11,358.00 |
| 302 | 2 | 0 | t0008232 | John Amanor | 866.00 | 866.00 | 0.00 | 0.00 | 9/1/2024 | | | 5,196.00 |
| 303 | 2 | 0 | t0008233 | Tracy Davis | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 9/1/2024 | | | 11,718.00 |
| 304 | 2 | 0 | t0008234 | Lyrics Watkins | 2,030.00 | 2,030.00 | 0.00 | 0.00 | 9/1/2024 | | | 12,180.00 |
| B01 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| B02 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |

| | Square Footage | Market Rent | Lease Charges | Security Deposit | Other Deposit | # of Units | Occupancy | Balance |
|--|----------------|-------------|---------------|------------------|---------------|-----------|-----------|---------|
| Current/Notice Res. | | | 19,559.00 | 0.00 | 0.00 | | | 114,519.00 |
| Future Residents/Applicants | | | 0.00 | 0.00 | 0.00 | | | 0.00 |
| Occupied Units | 0 | 19,559.00 | | | | 12 | 85.71% | |
| Vacant Units | 0 | 0.00 | | | | 2 | 14.29% | |
| Totals: | 0 | 19,559.00 | 19,559.00 | 0.00 | 0 | 14 | 100.00% | 114,519.00 |

## Aged Receivables Report

Detail by Resident
Property:  4010 9th ST SE LLC (4010)
Trans through :2/2025

| Unit | Resident | Charge Code | Total Unpaid Charges | 0 - 30 days | 31 - 60 days | 61 - 90 days | Over 90 days | Prepayments | Balance |
|------|----------|-------------|---------------------:|------------:|-------------:|-------------:|-------------:|------------:|--------:|
| **4010** | **- 4010 9th ST SE LLC** | | | | | | | | |
| 101 | t0008223 | Delonya Boyd | 11,718.00 | 1,953.00 | 1,953.00 | 1,953.00 | 5,859.00 | 0.00 | 11,718.00 |
| 102 | t0008224 | Ronnell Dawson | 7,674.00 | 1,279.00 | 1,279.00 | 1,279.00 | 3,837.00 | 0.00 | 7,674.00 |
| 103 | t0008225 | Charles Stroud | 5,688.00 | 948.00 | 948.00 | 948.00 | 2,844.00 | 0.00 | 5,688.00 |
| 104 | t0008226 | Natasha Sprattley | 11,358.00 | 1,893.00 | 1,893.00 | 1,893.00 | 5,679.00 | 0.00 | 11,358.00 |
| 201 | t0008227 | Aunette Banks | 11,718.00 | 1,953.00 | 1,953.00 | 1,953.00 | 5,859.00 | 0.00 | 11,718.00 |
| 202 | t0008228 | Sharon Risper | 11,718.00 | 1,953.00 | 1,953.00 | 1,953.00 | 5,859.00 | 0.00 | 11,718.00 |
| 203 | t0008229 | Takita Johnson | 11,358.00 | 1,893.00 | 1,893.00 | 1,893.00 | 5,679.00 | 0.00 | 11,358.00 |
| 204 | t0008230 | William Reed | 2,835.00 | 945.00 | 945.00 | 945.00 | 0.00 | 0.00 | 2,835.00 |
| 301 | t0008231 | Lavia Clark | 11,358.00 | 1,893.00 | 1,893.00 | 1,893.00 | 5,679.00 | 0.00 | 11,358.00 |
| 302 | t0008232 | John Amanor | 5,196.00 | 866.00 | 866.00 | 866.00 | 2,598.00 | 0.00 | 5,196.00 |
| 303 | t0008233 | Tracy Davis | 11,718.00 | 1,953.00 | 1,953.00 | 1,953.00 | 5,859.00 | 0.00 | 11,718.00 |
| 304 | t0008234 | Lyrics Watkins | 12,180.00 | 2,030.00 | 2,030.00 | 2,030.00 | 6,090.00 | 0.00 | 12,180.00 |
| **Total 4010** | | | **114,519.00** | **19,559.00** | **19,559.00** | **19,559.00** | **55,842.00** | **0.00** | **114,519.00** |
| **Total** | | | **114,519.00** | **19,559.00** | **19,559.00** | **19,559.00** | **55,842.00** | **0.00** | **114,519.00** |

**4010 9th ST SE LLC**
**Payable - Aging Summary**
**Age as of = 02/28/2025**

| Property Code - Name<br>Vendor Code - Name | Current<br>Owed | 0 - 30<br>Owed | 31 - 60<br>Owed | 61 - 90<br>Owed | Over 90<br>Owed |
|---|---|---|---|---|---|
| **4010 9th ST SE LLC  - 4010** | | | | | |
| bernes - Bernardo Estiven | 2,650.00 | 2,650.00 | 0.00 | 0.00 | 0.00 |
| dktrash - D&K Trash Removal | 1,500.00 | 0.00 | 1,500.00 | 0.00 | 0.00 |
| jmartinez - Jack Martinez | 2,800.00 | 0.00 | 2,800.00 | 0.00 | 0.00 |
| joma - JOMA Lawn Care & Tree Experts | 1,435.00 | 615.00 | 820.00 | 0.00 | 0.00 |
| noble - Noble Realty Advisors LLC | 8,054.51 | 5,721.51 | 2,333.00 | 0.00 | 0.00 |
| **Total 4010 9th ST SE LLC** | **16,439.51** | **8,986.51** | **7,453.00** | **0.00** | **0.00** |
| **Grand Total** | **16,439.51** | **8,986.51** | **7,453.00** | **0.00** | **0.00** |

**4010 9th ST SE LLC**
**Payment Summary**
**Payment Date = 02/01/2025 - 02/28/2025**

| Bank | Check# | Vendor | Check Date | Post Month | Total Amount | Date Reconciled |
|---|---|---|---|---|---|---|
| 401092 - 4010 9th Cash Disbursements | 107 | noble - Noble Realty Advisors LLC | 2/6/2025 | 02-2025 | 4,666.00 | 2/28/2025 |
| 401092 - 4010 9th Cash Disbursements | 108 | wbwaste - WB Waste Solutions | 2/6/2025 | 02-2025 | 2,036.85 | 2/28/2025 |
| 401092 - 4010 9th Cash Disbursements | 109 | whiteglove - White Glove Commercial Cleaning | 2/6/2025 | 02-2025 | 2,916.00 | 2/28/2025 |
| 401092 - 4010 9th Cash Disbursements | 227251 | wbwaste - WB Waste Solutions | 2/27/2025 | 02-2025 | 683.97 | |
| 401093 - Marc Albert Trustee A | 2005 | ustrust - Office of US Trustee | 2/6/2025 | 02-2025 | 250.00 | 2/28/2025 |

| **Grand Total** | | | | | **10,552.82** | |

**4010 9th Cash Receipts**

**Bank Reconciliation Report**

**2/28/2025**

█████4651

| | |
|---|---|
| **Balance Per Bank Statement as of 2/28/2025** | **1,000.00** |
| **Reconciled Bank Balance** | **1,000.00** |
| | |
| **Balance per GL as of 2/28/2025** | **1,000.00** |
| **Reconciled Balance Per G/L** | **1,000.00** |
| | |
| **Difference**       (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |

# Business Checking

PNC Bank

**For the period 02/01/2025 to 02/28/2025**

Primary account number: XX-XXXX-4651

Page 1 of 2                53

Number of enclosures: 0

4010 9TH STREET SE LLC #24-00180
MARC ALBERT, CH 11 TRUSTEE
STE 800
1775 PENNSYLVANIA AVE NW
WASHINGTON DC 20006-4760

PNC Online Banking is an easy and convenient way to manage your cash flow 24 hours a day, 7 days a week.  Enroll in Online Banking by visiting PNC.com/Enroll.

☎ For customer service call 1-877-BUS-BNKG
(1-877-287-2654)
PNC accepts Telecommunications Relay Service (TRS) calls.

Para servicio en español, 1-877-BUS-BNKG
(1-877-287-2654)

**Moving?**  Please contact your local branch.
✉ Write to: CUSTOMER SERVICE
PO Box 609
Pittsburgh , PA 15230-9738

💻 Visit us at PNC.com/smallbusiness

*Balance as of 3/17/2025*
*$2,893*

---

## Business Checking Summary

Account number: XX-XXXX-4651

Overdraft Protection has not been established for this account.

Please contact us if you would like to set up this service.

4010 9TH STREET SE LLC #24-00180
MARC ALBERT, CH 11 TRUSTEE

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 1,000.00 | 7,619.00 | 7,619.00 | 1,000.00 |
| | | Average ledger balance | Average collected balance |
| | | 6,308.60 | 6,308.60 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| ACH Additions | 3 | 7,619.00 |
| Total | 3 | 7,619.00 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 1 | 7,619.00 |
| Total | 1 | 7,619.00 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|
| 02/01 | 1,000.00 | 02/05 | 8,619.00 |
| 02/03 | 2,940.00 | 02/24 | 1,000.00 |

## Activity Detail

### Deposits and Other Additions

# Business Checking

For 24-hour account information, sign on to pnc.com/mybusiness/

For the period **02/01/2025 to 02/28/2025**
4010 9TH STREET SE LLC #24-00180
Primary account number: XX-XXXX-4651

Business Checking Account number: XX-XXXX-4651 - continued

Page 2 of 2          53

## ACH Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/03 | 1,459.90 | Corporate ACH Frsp Renta Greater Washingt V0007256 | 00025031015592139 |
| 02/03 | 480.10 | Corporate ACH Frsp Renta Greater Washingt V0007256 | 00025031015592106 |
| 02/05 | 5,679.00 | Corporate ACH Frsp Renta Greater Washingt V0007256 | 00025035016202617 |

## Checks and Other Deductions

### Checks and Substitute Checks          * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 02/24 | 1002 | 7,619.00 | 014002067 | | | | |

## Detail of Services Used During Current Period

Note:  The total charge for the following services will be posted to your account on 03/03/2025 and will appear on your next statement as a single line item entitled Service Charge Period Ending 02/28/2025.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Monthly Account Maintenance Fee | | .00 | Requirements Met |
| Monthly Combined Transactions | 4 | .00 | Included in Account |
| ACH Credits | 3 | .00 | |
| Checks Paid | 1 | .00 | |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

### 4010 9th Cash Disbursements

### Bank Reconciliation Report
### 2/28/2025

2836

| | | | |
|---|---|---|---|
| **Balance Per Bank Statement as of 2/28/2025** | | | **271.00** |
| **Outstanding Checks** | | | |

| Check Date | Check Number | Payee | Amount |
|---|---|---|---|
| 2/27/2025 | 227251 | wbwaste - WB Waste Solutions | 683.97 |
| **Less:** | **Outstanding Checks** | | **683.97** |

**Other Items**

| Date | Notes | Amount |
|---|---|---|
| 2/19/2025 | Marc Albert Trustee | 6,925.00 |
| **Plus/Minus:** | **Other Items** | **6,925.00** |
| | **Reconciled Bank Balance** | **6,512.03** |

| | | |
|---|---|---|
| **Balance per GL as of 2/28/2025** | | **6,512.03** |
| | **Reconciled Balance Per G/L** | **6,512.03** |

| | | |
|---|---|---|
| **Difference** | (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |



Date  2/28/25          Page      1
Primary Account          ██████2836

4010 9TH ST SE LLC
4010 9th St SE LLC, Debtor Case
No. 24-00187-ELG Chapter 11
11000 BROKEN LAND PARKWAY STE. 410
COLUMBIA MD 21044

Account Title:          4010 9TH ST SE LLC
                        4010 9th St SE LLC, Debtor Case
                        No. 24-00187-ELG Chapter 11

| Commercial Checking | | Number of Enclosures | 5 |
|---|---|---|---|
| Account Number | ██████2836 | Statement Dates  2/03/25 thru  3/02/25 | |
| Previous Balance | 17,415.35 | Days in the statement period | 28 |
| 1 Deposits/Credits | 683.97 | Avg Daily Ledger | 2,732.85 |
| 7 Checks/Debits | 17,828.32 | Avg Daily Collected | 2,732.85 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 271.00 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 2/27 | Returned NSF Item Credit | 683.97 |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 2/11 | 2027146241 WBWASTESOLUTIONS<br>WEB 242071755976265<br>US REALTY SERVICES T/A<br>574413163 | 2,035.85- |
| 2/27 | 2027146241 WBWASTESOLUTIONS<br>WEB 242071750449160 | 683.97- |



Date   2/28/25          Page      2
Primary Account         ████2836

Commercial  Checking          ████2836   (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | US REALTY SERVICE SITE 578868081 | |

## CHECKS IN SERIAL NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 2/05 | 104 | 4,864.50 | 2/07 | 107* | 4,666.00 |
| 2/05 | 105 | 462.00 | 2/11 | 109* | 2,916.00 |
| 2/03 | 106 | 2,200.00 | | | |

* Indicates Skip In Check Number Sequence

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 2/03 | 15,215.35 | 2/07 | 5,222.85 | 2/27 | 271.00 |
| 2/05 | 9,888.85 | 2/11 | 271.00 | | |

*** END OF STATEMENT ***

**4010 9th St SE LLC, Debtor**
Case No. 24-00187-ELG
Chapter 11
1100 Broken Land Parkway Suite 410
Columbia, Maryland 21044

Axos Bank
4350 La Jolla Village Drive
Suite 140
San Diego, CA 92122
122287281

104

**** FOUR THOUSAND EIGHT HUNDRED SIXTY FOUR AND 50/100 DOLLARS

12/19/2024    $4,864.50***

TO THE ORDER OF

Noble Realty Advisors LLC
11000 Broken Land Parkway
Suite 410
Baltimore, MD    21044

VOID AFTER 90 DAYS

⑆000104⑆ ⑈122287251⑈        ⑆2836⑆

Check 104   Date: 02/05   Amount: $4,864.50

---

**4010 9th St SE LLC, Debtor**
Case No. 24-00187-ELG
Chapter 11
1100 Broken Land Parkway Suite 410
Columbia, Maryland 21044

Axos Bank
4350 La Jolla Village Drive
Suite 140
San Diego, CA 92122
122287281

105

**** FOUR HUNDRED SIXTY TWO AND 00/100 DOLLARS

12/19/2024    $462.00*****

TO THE ORDER OF

Vision Realty Management, LLC
11000 Broken Land Parkway
Suite 410
Columbia, MD    21044

VOID AFTER 90 DAYS

⑆000105⑆ ⑈122287251⑈        ⑆2836⑆

Check 105   Date: 02/05   Amount: $462.00

---



**4010 9th St SE LLC, Debtor**
Case No. 24-00187-ELG
Chapter 11
1100 Broken Land Parkway Suite 410
Columbia, Maryland 21044

Axos Bank
4350 La Jolla Village Drive
Suite 140
San Diego, CA 92122
122287281

106

**** TWO THOUSAND TWO HUNDRED AND 00/100 DOLLARS

01/18/2025    $2,200.00***

TO THE ORDER OF

Raimundos Landscaping & Hauling Services LLC  Raymond Smith DBA:
P.O Box 453
Upper Marlboro , MD   20772

VOID AFTER 90 DAYS

⑆000106⑆ ⑈122287251⑈        ⑆2836⑆

Check 106   Date: 02/03   Amount: $2,200.00

---

**4010 9th St SE LLC, Debtor**
Case No. 24-00187-ELG
Chapter 11
1100 Broken Land Parkway Suite 410
Columbia, Maryland 21044

Axos Bank
4350 La Jolla Village Drive
Suite 140
San Diego, CA 92122
122287281

107

**** FOUR THOUSAND SIX HUNDRED SIXTY AND 00/100 DOLLARS

02/06/2025    $4,666.00***

TO THE ORDER OF

Noble Realty Advisors LLC
11000 Broken Land Parkway
Suite 410
Baltimore, MD   21044

VOID AFTER 90 DAYS

⑆000107⑆ ⑈122287251⑈        ⑆2836⑆

Check 107   Date: 02/07   Amount: $4,666.00

---

**4010 9th St SE LLC, Debtor**
Case No. 24-00187-ELG
Chapter 11
1100 Broken Land Parkway Suite 410
Columbia, Maryland 21044

Axos Bank
4350 La Jolla Village Drive
Suite 140
San Diego, CA 92122
122287281

109

**** TWO THOUSAND NINE HUNDRED SIXTEEN AND 00/100 DOLLARS

02/06/2025    $2,916.00***

TO THE ORDER OF

White Glove Commercial Cleaning
13804 Pine Needle Ct
Upper Marlboro, MD   20774

VOID AFTER 90 DAYS

⑆000109⑆ ⑈122287251⑈        ⑆2836⑆

Check 109   Date: 02/11   Amount: $2,916.00



## IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

### In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

### For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.
- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)

MEMBER FDIC  EQUAL HOUSING LENDER

**Marc Albert Trustee A**

**Bank Reconciliation Report**

**2/28/2025**

**xxxx**

| | |
|---|---:|
| **Balance Per Bank Statement as of 2/28/2025** | **62,748.45** |
| **Reconciled Bank Balance** | **62,748.45** |
| | |
| **Balance per GL as of 2/28/2025** | **62,748.45** |
| **Reconciled Balance Per G/L** | **62,748.45** |
| | |
| **Difference**    (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 24-00187

Case Name: 4010 9TH ST SE LLC

Trustee Name: Marc E. Albert DC Ch 11

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0604

Checking

Taxpayer ID No: XX-XXX4566

For Period Ending: 02/28/2025

Blanket Bond (per case limit):

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $62,304.45 |
| 02/06/25 | 2005 | United States Trustee United States Trustee Payment Center P.O. Box 6200-19 Portland, OR 97228-6200 | Account No. 9002400187 Q4 US Trustee Fees re 4010 9th St SE LLC - 9002400187 | 0000-000 | | $250.00 | $62,054.45 |
| 02/18/25 | | 4010 9th Street SE LLC #24-00180 c/o Marc Albert, Ch 11 Trustee 1775 Pennsylvania Ave NW, Ste. 800 Washington, DC 20006 | Trustee Account Sweep - Feb 2025 | | $7,619.00 | | $69,673.45 |
| 02/19/25 | 2006 | 4010 9th St SE LLC c/o Noble Realty Advisors, LLC 11000 Broken Land Parkway, Ste 410 Columbia, MD 21044 | Funding to Property Management for Operational Costs | 0000-000 | | $6,925.00 | $62,748.45 |

| | Deposits ($) | Disbursements ($) |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals:    $7,619.00    $7,175.00

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0604 - Checking | $0.00 | $0.00 | $62,748.45 |
| | $0.00 | $0.00 | $62,748.45 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $0.00 |
| Total Gross Receipts: | $0.00 |