US Trustee Form 11 - Monthly Operating Report
4010 9TH ST SE LLC
Case No. 24-00187
Lead Case No. 24-00180

Period ending 03/31/2025

Explanations:

Part 2.b. Due to lack of prior financial records, the aged receivables are being tracked/calculated as of 9/1/2024.

Part 4.e. Expenses include payments made from the Trustee-held bank account for property operations.

In connection with the jointly administered bankruptcy cases, with the lead case being 1416 Eastern Ave NE LLC (Case No. 24-00180), the Trustee established a Professional Reserve Account at Axos Bank (account ending in 0687). On March 5, 2025, 4010 9th St SE LLC transferred $17,500 into the Professional Reserve Account, in accordance with the cash collateral budget. This transfer is reflected in the Form 2 as a disbursement from the owner's account.

# 4010 9th ST SE LLC
## MONTHLY OPERATIONAL SUMMARY REPORT

### MARCH 2025

### Prepared for:

Marc Albert
Chapter 11 Trustee
1416 Eastern Avenue NE LLC
Washington, DC

### Prepared by:
Noble Realty Advisors
11000 Broken Land Parkway
Suite 410
Columbia, Maryland 21044

OFFICE - (240) 426-6548 FAX - (240) 427-4699







**Marc Albert Chapter 11 Trustee**
**4010 9th ST SE LLC**
**March 2025 Monthly Operational Summary**

Below is a summary of the property management activity during the month of March 2025.

**Income:**  During the month $1,893.00 was collected by management and deposited into the operating bank account.

**Delinquent – Rent Income Fee: - $74,053.00.**
See attached aged Delinquency Report for the month of March 2025.

**Vacancies – 5 Units**

**Expenses:**
Expenses that were incurred or booked during the month totaled $10,250.88 (See attached general ledger for detail by expense category and line item).

**Account Payable:**

As of March 31, 2025, the outstanding payables totaled $24,688.25. The age of the outstanding payables is as follows (see attached summary for vendor listing).

**Disbursement:**

Total disbursement from the operating account totaled $10,250.88 (see attached check summary).

**Banking:**

1. Operating Account (PNC Bank) – As of March 31, 2025, the account statement balance was $2,893.00. The available and reconciled cash balance as of March 31, 2025, was $2,893.00.

2. Disbursement Account (Axos Bank) – As of March 31, 2025, the account statement balance was $3,046.00. The available and reconciled cash balance as of March 31, 2025, was $29.03.

3. Owner's Account (Axos Bank) – As of March 31, 2025, the account statement balance was $41,480.57. The available and reconciled cash balance as of March 31, 2025, was $41,480.57. Note on March 05, 2025 $17,500.00 was transferred to a Reserve Account.

**4010 9th ST SE LLC**
**Deposit Register**
**Deposit Date = 03/01/2025 - 03/31/2025**

| Name | Property | Unit | Tenant | Period | Deposit Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| **(40109) - 10  03/06/2025** | | | | | | | |
| Clark,Lavia | 4010 | 301 | t0008231 | 03-2025 | 3/6/2025 | 1,893.00 | 4012501 |
| **Total (40109) - 10  03/06/2025** | | | | | | **1,893.00** | |
| **Grand Total** | | | | | | **1,893.00** | |

**4010 9th ST SE LLC**
**Income and Expense Statement**
**Books = Cash**
**For the period ending March 31, 2025**

| | Account Description | MTD Actual | YTD Actual |
|---|---|---|---|
| | **Rental Income** | | |
| 5120 | Rent Income | 1,893.00 | 1,893.00 |
| | **Total Rental Income** | 1,893.00 | 1,893.00 |
| | **Miscellaneous Income** | | |
| 5990 | Miscellaneous Income | - | 13,298.00 |
| | **Total Miscellaneous Income** | - | 13,298.00 |
| | **TOTAL INCOME** | $ 1,893.00 | $ 15,191.00 |
| | **EXPENSES** | | |
| | **Administrative Expenses** | | |
| 6320 | Management Fee | 2,333.00 | 6,999.00 |
| 6390 | Misc/Admin Expense | - | 250.00 |
| | **Total Administrative Expenses** | 2,333.00 | 7,249.00 |
| | **Utilities** | | |
| | **Total Utilities** | - | - |
| | **Operating & Maintenance Expense** | | |
| 6521 | Janitor & Cleaning Contract | - | 2,916.00 |
| 6523 | Landscape Maintenance | - | 2,200.00 |
| 6525 | Garbage and Trash Removal | 1,500.00 | 4,219.82 |
| 6565 | Painting & Decorating - Occupied | 2,650.00 | 2,650.00 |
| | **Total Operating & Maintenance Expense** | 4,150.00 | 11,985.82 |
| | **Insurance & Taxes** | | |
| 6710 | Real Estate Taxes | 3,767.88 | 3,767.88 |
| 6720 | Property & Liability Ins | - | 158.19 |
| 6790 | Misc Taxes, Lic, Permits | - | 245.00 |
| | **Total Insurance & Taxes** | 3,767.88 | 4,171.07 |
| | **TOTAL OPERATING EXPENSE** | $ 10,250.88 | $ 23,405.89 |
| | **NET OPERATING INCOME/(LOSS)** | $ (8,357.88) | $ (8,214.89) |
| | **Financial Expenses** | | |
| | **Total Financial Expenses** | - | - |
| | **NET INCOME (LOSS)** | $ (8,357.88) | $ (8,214.89) |

**4010 9th ST SE LLC**
**Income and Expense Statement**
**Books = Cash**
**For the period ending March 31, 2025**

| Account Description | MTD Actual | YTD Actual |
|---|---|---|
| **Replacement Reserve Item Expense** | | |
| **Total Replacement Reserve Item Expense** | - | - |
| **Other Cash Flow Items** | | |
| **Total Other Cash Flow Items** | - | - |
| **TOTAL CASH FLOW** | $ (8,357.88) | $ (8,214.89) |

**4010 9th ST SE LLC**
**General Ledger (Cash)**
**Month = Mar 2025**

| Property | Date | Period | Description | Control | Reference | Debit | Credit | Balance | Remarks |
|----------|------|--------|-------------|---------|-----------|-------|--------|---------|---------|
| **6320** | | | **Management Fee** | | | | | **4,666.00** = Beginning Balance = | |
| 4010 | 3/27/2025 | 03-2025 | Noble Realty Advisors LLC (noble) | K-157101 | 112 | 2,333.00 | 0.00 | 6,999.00 | Monthly Mgt Fee |
| | | | Net Change=2,333.00 | | | | | **6,999.00** = Ending Balance = | |
| **6390** | | | **Misc/Admin Expense** | | | | | **250.00** = Beginning Balance = | |
| | | | Net Change=0.00 | | | | | **250.00** = Ending Balance = | |
| **6521** | | | **Janitor & Cleaning Contract** | | | | | **2,916.00** = Beginning Balance = | |
| | | | Net Change=0.00 | | | | | **2,916.00** = Ending Balance = | |
| **6523** | | | **Landscape Maintenance** | | | | | **2,200.00** = Beginning Balance = | |
| | | | Net Change=0.00 | | | | | **2,200.00** = Ending Balance = | |
| **6525** | | | **Garbage and Trash Removal** | | | | | **2,719.82** = Beginning Balance = | |
| 4010 | 3/6/2025 | 03-2025 | D&K Trash Removal (dktrash) | K-156536 | 111 | 1,500.00 | 0.00 | 4,219.82 | Bulk trash removal |
| | | | Net Change=1,500.00 | | | | | **4,219.82** = Ending Balance = | |
| **6565** | | | **Painting & Decorating - Occupied** | | | | | **0.00** = Beginning Balance = | |
| 4010 | 3/6/2025 | 03-2025 | Bernardo Estiven (bernes) | K-156535 | 110 | 2,650.00 | 0.00 | 2,650.00 | #102 Repair drywall and paint, bathroom, hall, be |
| | | | Net Change=2,650.00 | | | | | **2,650.00** = Ending Balance = | |
| **6710** | | | **Real Estate Taxes** | | | | | **0.00** = Beginning Balance = | |
| 4010 | 3/26/2025 | 03-2025 | Office of Tax and Revenue DC Real Prop Tax (otr-rpt) | K-157543 | 2008 | 3,767.88 | 0.00 | 3,767.88 | Real Property Tax re 4010 9TH |
| | | | Net Change=3,767.88 | | | | | **3,767.88** = Ending Balance = | |
| **6720** | | | **Property & Liability Ins** | | | | | **158.19** = Beginning Balance = | |
| | | | Net Change=0.00 | | | | | **158.19** = Ending Balance = | |
| **6790** | | | **Misc Taxes, Lic, Permits** | | | | | **245.00** = Beginning Balance = | |
| | | | Net Change=0.00 | | | | | **245.00** = Ending Balance = | |
| | | | **Grand Total** | | | **10,250.88** | **0.00** | | |

**4010 9th ST SE LLC**
**Trial Balance (Cash)**
Month = Mar 2025

| Account Number | Account Title | Forward Balance | Debit | Credit | Ending Balance |
|---|---|---|---|---|---|
| 1010 | Operating Cash | 1,000.00 | 1,893.00 | 0.00 | 2,893.00 |
| 1016 | Owner's Account | 62,748.45 | 0.00 | 21,267.88 | 41,480.57 |
| 1020 | Cash-Surplus | 96.00 | 0.00 | 0.00 | 96.00 |
| 1021 | Operating Reserve | 0.00 | 17,500.00 | 0.00 | 17,500.00 |
| 1038 | Operating Account - 2 | 6,512.03 | 0.00 | 6,483.00 | 29.03 |
| 2090 | Other Current Liabilities | (43,467.45) | 0.00 | 0.00 | (43,467.45) |
| 3800 | Retained Earnings | (26,746.04) | 0.00 | 0.00 | (26,746.04) |
| 5120 | Rent Income | 0.00 | 0.00 | 1,893.00 | (1,893.00) |
| 5990 | Miscellaneous Income | (13,298.00) | 0.00 | 0.00 | (13,298.00) |
| 5991 | Owner Advance | 0.00 | 0.00 | 0.00 | 0.00 |
| 6320 | Management Fee | 4,666.00 | 2,333.00 | 0.00 | 6,999.00 |
| 6390 | Misc/Admin Expense | 250.00 | 0.00 | 0.00 | 250.00 |
| 6521 | Janitor & Cleaning Contract | 2,916.00 | 0.00 | 0.00 | 2,916.00 |
| 6523 | Landscape Maintenance | 2,200.00 | 0.00 | 0.00 | 2,200.00 |
| 6525 | Garbage and Trash Removal | 2,719.82 | 1,500.00 | 0.00 | 4,219.82 |
| 6565 | Painting & Decorating - Occupied | 0.00 | 2,650.00 | 0.00 | 2,650.00 |
| 6710 | Real Estate Taxes | 0.00 | 3,767.88 | 0.00 | 3,767.88 |
| 6720 | Property & Liability Ins | 158.19 | 0.00 | 0.00 | 158.19 |
| 6790 | Misc Taxes, Lic, Permits | 245.00 | 0.00 | 0.00 | 245.00 |
| | **Grand Total** | **0.00** | **29,643.88** | **29,643.88** | **0.00** |

**4010 9th ST SE LLC**
**Balance Sheet**
**Books = Cash**
**For the Period Mar 2025**

| Account | Mar 2025 |
|---|---|
| **ASSETS** | |
| **CURRENT CASH** | |
| Operating Cash | 2,893.00 |
| Owner's Account | 41,480.57 |
| Cash-Surplus | 96.00 |
| Operating Reserve | 17,500.00 |
| Operating Account - 2 | 29.03 |
| **TOTAL CASH** | $ 61,998.60 |
| **CURRENT ASSETS** | |
| **TOTAL CURRENT ASSETS** | $ - |
| **FIXED ASSETS** | |
| **Total Fixed Assets** | $ - |
| **TOTAL ASSETS** | **$ 61,998.60** |
| **LIABILITIES & EQUITY** | |
| **CURRENT LIABILITIES** | |
| Other Current Liabilities | 43,467.45 |
| **TOTAL CURRENT LIABILITIES** | $ 43,467.45 |
| **LONG TERM LIABILITIES** | |
| TOTAL LIABILITIES | $ - |
| **OWNER'S EQUITY** | |
| Retained Earnings | 18,531.15 |
| **TOTAL OWNER'S EQUITY** | $ 18,531.15 |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | **$ 61,998.60** |

4010 9th St SE LLC
**Residential Rent Roll**
**As of Date 03/31/2025**

| Unit | Unit type | Unit Sq Ft | Resident | Name | Market Rent | Amount | Resident Deposit | Other Deposit | Move In | Lease Exp | Move-Out | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current/Notice Residents** | | | | | | | | | | | | |
| 101 | 2 | 0 | t0008223 | Delonya Boyd | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 9/1/2024 | | | 13,671.00 |
| 102 | 2 | 0 | t0008224 | Ronnell Dawson | 1,279.00 | 1,279.00 | 0.00 | 0.00 | 9/1/2024 | | | 8,953.00 |
| 103 | 2 | 0 | t0008225 | Charles Stroud | 948.00 | 948.00 | 0.00 | 0.00 | 9/1/2024 | | | 6,636.00 |
| 104 | 2 | 0 | VACANT | VACANT | 1,893.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 201 | 2 | 0 | t0008227 | Aunette Banks | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 9/1/2024 | | | 13,671.00 |
| 202 | 2 | 0 | t0008228 | Sharon Risper | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 9/1/2024 | | | 13,671.00 |
| 203 | 2 | 0 | VACANT | VACANT | 1,893.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 204 | 2 | 0 | t0008230 | William Reed | 945.00 | 945.00 | 0.00 | 0.00 | 9/1/2024 | | | 3,780.00 |
| 301 | 2 | 0 | VACANT | VACANT | 1,893.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 302 | 2 | 0 | VACANT | VACANT | 866.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 303 | 2 | 0 | t0008233 | Tracy Davis | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 9/1/2024 | | | 13,671.00 |
| 304 | 2 | 0 | VACANT | VACANT | 2,030.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |

| | Square Footage | Market Rent | Lease Charges | Security Deposit | Other Deposit | # of Units | Occupancy | Balance |
|---|---|---|---|---|---|---|---|---|
| Current/Notice Res. | | | 10,984.00 | 0.00 | 0.00 | | | 74,053.00 |
| Future Residents/Applicants | | | 0.00 | 0.00 | 0.00 | | | 0.00 |
| Occupied Units | 0 | 10,984.00 | | | | 7 | 58.33% | |
| Vacant Units | 0 | 8,575.00 | | | | 5 | 41.67% | |
| Totals: | 0 | 19,559.00 | 10,984.00 | 0.00 | 0 | 12 | 100.00% | 74,053.00 |

**Aged Receivables Report**

Detail by Resident
Property:  4010 9th ST SE LLC (4010)
Trans through :3/2025

| Unit | Resident | Charge Code | Total Unpaid Charges | 0 - 30 days | 31 - 60 days | 61 - 90 days | Over 90 days | Prepayments | Balance |
|------|----------|-------------|---------------------:|------------:|-------------:|-------------:|-------------:|------------:|--------:|
| **4010** | **- 4010 9th ST SE LLC** | | | | | | | | |
| 101 | t0008223 | Delonya Boyd | 13,671.00 | 1,953.00 | 1,953.00 | 1,953.00 | 7,812.00 | 0.00 | 13,671.00 |
| 102 | t0008224 | Ronnell Dawson | 8,953.00 | 1,279.00 | 1,279.00 | 1,279.00 | 5,116.00 | 0.00 | 8,953.00 |
| 103 | t0008225 | Charles Stroud | 6,636.00 | 948.00 | 948.00 | 948.00 | 3,792.00 | 0.00 | 6,636.00 |
| 201 | t0008227 | Aunette Banks | 13,671.00 | 1,953.00 | 1,953.00 | 1,953.00 | 7,812.00 | 0.00 | 13,671.00 |
| 202 | t0008228 | Sharon Risper | 13,671.00 | 1,953.00 | 1,953.00 | 1,953.00 | 7,812.00 | 0.00 | 13,671.00 |
| 204 | t0008230 | William Reed | 3,780.00 | 945.00 | 945.00 | 945.00 | 945.00 | 0.00 | 3,780.00 |
| 303 | t0008233 | Tracy Davis | 13,671.00 | 1,953.00 | 1,953.00 | 1,953.00 | 7,812.00 | 0.00 | 13,671.00 |
| **Total 4010** | | | **74,053.00** | **10,984.00** | **10,984.00** | **10,984.00** | **41,101.00** | **0.00** | **74,053.00** |
| **Total** | | | **74,053.00** | **10,984.00** | **10,984.00** | **10,984.00** | **41,101.00** | **0.00** | **74,053.00** |

**4010 9th ST SE LLC**
**Payable - Aging Summary**
**Age as of = 03/31/2025**

| Property Code - Name<br>Vendor Code - Name | Current<br>Owed | 0 - 30<br>Owed | 31 - 60<br>Owed | 61 - 90<br>Owed | Over 90<br>Owed |
|---|---|---|---|---|---|
| **4010 9th ST SE LLC  - 4010** | | | | | |
| 4400 - 4400 Hunt Place NE LLC | 316.38 | 158.19 | 158.19 | 0.00 | 0.00 |
| dc - DC Water and Sewer Authority | 10,192.96 | 4,081.98 | 0.00 | 3,272.06 | 2,838.92 |
| dktrash - D&K Trash Removal | 1,850.00 | 950.00 | 900.00 | 0.00 | 0.00 |
| jmartinez - Jack Martinez | 2,800.00 | 0.00 | 0.00 | 2,800.00 | 0.00 |
| joma - JOMA Lawn Care & Tree Experts | 1,435.00 | 0.00 | 615.00 | 820.00 | 0.00 |
| jwright - JW Right Electric | 294.00 | 294.00 | 0.00 | 0.00 | 0.00 |
| noble - Noble Realty Advisors LLC | 5,855.91 | 0.00 | 5,119.81 | 736.10 | 0.00 |
| whiteglove - White Glove Commercial Cleaning | 1,944.00 | 0.00 | 1,944.00 | 0.00 | 0.00 |
| **Total 4010 9th ST SE LLC** | **24,688.25** | **5,484.17** | **8,737.00** | **7,628.16** | **2,838.92** |
| **Grand Total** | **24,688.25** | **5,484.17** | **8,737.00** | **7,628.16** | **2,838.92** |

**4010 9th ST SE LLC**
**Payment Summary**
**Payment Date = 03/01/2025 - 03/31/2025**

| Bank | Check# | Vendor | Check Date | Post Month | Total Amount | Date Reconciled |
|------|--------|--------|------------|------------|--------------|-----------------|
| 401092 - 4010 9th Cash Disbursements | 110 | bernes - Bernardo Estiven | 3/6/2025 | 03-2025 | 2,650.00 | 3/31/2025 |
| 401092 - 4010 9th Cash Disbursements | 111 | dktrash - D&K Trash Removal | 3/6/2025 | 03-2025 | 1,500.00 | 3/31/2025 |
| 401092 - 4010 9th Cash Disbursements | 112 | noble - Noble Realty Advisors LLC | 3/27/2025 | 03-2025 | 2,333.00 | |
| 401093 - Marc Albert Trustee A | 2008 | otr-rpt - Office of Tax and Revenue DC Real Prop Tax | 3/26/2025 | 03-2025 | 3,767.88 | 3/31/2025 |
| **Grand Total** | | | | | **10,250.88** | |

**4010 9th Cash Receipts**

**Bank Reconciliation Report**

**3/31/2025**

████4651

| | | |
|---|---|---|
| **Balance Per Bank Statement as of 3/31/2025** | | **2,893.00** |
| **Reconciled Bank Balance** | | **2,893.00** |
| | | |
| **Balance per GL as of 3/31/2025** | | **2,893.00** |
| **Reconciled Balance Per G/L** | | **2,893.00** |
| | | |
| **Difference** | (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |

# Business Checking

PNC Bank

**PNC BANK**
PO Box 609
Pittsburgh, PA  15230-9738

**For the Period 03/01/2025 to 03/31/2025**

Primary Account Number: XX-XXXX-4651
Page 1 of 2
Number of enclosures: 0

4010 9TH STREET SE LLC #24-00180
MARC ALBERT, CH 11 TRUSTEE
STE 800
1775 PENNSYLVANIA AVE NW
WASHINGTON DC 20006-4760

☎ For 24-hour banking sign on to
🖥 PNC Bank Online Banking on pnc.com
   FREE Online Bill Pay

   For customer service call 1-877-BUS-BNKG

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

🖥 Visit us at PNC.com/smallbusiness

---

## IMPORTANT ACCOUNT INFORMATION

The information below amends certain information in our Business Checking Accounts and Related Charges, our Consumer Schedule of Service Charges and Fees, and our Virtual Wallet Features and Fees ("Schedules"). All other information in our Schedules continues to apply to your account. Please read this information and retain it with your records.

PNC Express Funds provides an option for immediate availability on approved checks deposited through Branch Banking, PNC ATM, or Mobile Banking, subject to cut off times. Effective June 22, 2025, the cost of utilizing PNC Express Funds will increase from 2.00% of the check amount over $100 to 2.50% of the check amount over $100. The cost of utilizing PNC Express Funds for each check amount between $25 and $100 will remain at $2.00.

If you have any questions, please feel free to visit your local PNC Branch or Solution Center or call the PNC Customer Care Center at 1-888-762-2265.

---

## Business Checking Summary

Account number:  XX-XXXX-4651

4010 9TH STREET SE LLC #24-00180
MARC ALBERT, CH 11 TRUSTEE

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

---

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 1,000.00 | 1,893.00 | .00 | 2,893.00 |

| | | | Average ledger balance | Average collected balance |
|---|---|---|---|---|
| | | | 2,587.67 | 2,587.67 |

---

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| ACH Additions | 1 | 1,893.00 |
| Total | 1 | 1,893.00 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Total | 0 | .00 |

---

### Daily Balance

| Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|
| 03/01 | 1,000.00 | 03/06 | 2,893.00 |

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 03/01/2025 to 03/31/2025**
4010 9TH STREET SE LLC #24-00180
Primary Account Number: XX-XXXX-4651

Business Checking Account Number: XX-XXXX-4651 - continued

Page 2 of 2

## Activity Detail

### Deposits and Other Additions

### ACH Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/06 | 1,893.00 | Corporate ACH Frsp Renta | 00025064015236355 |
| | | Greater Washingt V0007256 | |

### Detail of Services Used During Current Period

Note:  The total charge for the following services will be posted to your account on 04/01/2025 and will appear on your next statement as a single line item entitled Service Charge Period Ending 03/31/2025.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Monthly Account Maintenance Fee | | .00 | Requirements Met |
| Monthly Combined Transactions | 1 | .00 | Included in Account |
| ACH Credits | 1 | .00 | |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

Member FDIC

Equal Housing Lender

### 4010 9th Cash Disbursements

### Bank Reconciliation Report

### 3/31/2025

██████2836

**Balance Per Bank Statement as of 3/31/2025**                                                    **3,046.00**

**Outstanding Checks**

| Check Date | Check Number | Payee | Amount |
|---|---|---|---|
| 2/27/2025 | 227251 | wbwaste - WB Waste Solutions | 683.97 |
| 3/27/2025 | 112 | noble - Noble Realty Advisors LLC | 2,333.00 |
| **Less:** | **Outstanding Checks** | | **3,016.97** |
| | **Reconciled Bank Balance** | | **29.03** |

**Balance per GL as of 3/31/2025**                                                    **29.03**

        **Reconciled Balance Per G/L**                                        **29.03**

**Difference**          (Reconciled Bank Balance And Reconciled Balance Per G/L)                **0.00**



Date   3/31/25          Page      1
Primary Account         ████2836

4010 9TH ST SE LLC
4010 9th St SE LLC, Debtor Case
No. 24-00187-ELG Chapter 11
11000 BROKEN LAND PARKWAY STE. 410
COLUMBIA MD 21044

Account Title:          4010 9TH ST SE LLC
                        4010 9th St SE LLC, Debtor Case
                        No. 24-00187-ELG Chapter 11

| Commercial Checking | | Number of Enclosures | 2 |
|---|---|---|---|
| Account Number | ████2836 | Statement Dates   3/03/25 thru  3/31/25 | |
| Previous Balance | 271.00 | Days in the statement period | 29 |
| 1 Deposits/Credits | 6,925.00 | Avg Daily Ledger | 3,570.13 |
| 2 Checks/Debits | 4,150.00 | Avg Daily Collected | 3,570.13 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 3,046.00 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 3/05 | MyDeposit | 6,925.00 |

## CHECKS IN SERIAL NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|
| 3/10 | 110 | 2,650.00 | 3/10 | 111 | 1,500.00 |

* Indicates Skip In Check Number Sequence

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 3/03 | 271.00 | 3/05 | 7,196.00 | 3/10 | 3,046.00 |



Date   3/31/25          Page        2
Primary Account        ██████2836

Commercial  Checking          ██████2836   (Continued)

*** END OF STATEMENT ***



**4010 9th St SE LLC, Debtor**
Case No. 24-00187-ELG
Chapter 11
1100 Broken Land Parkway Suite 410
Columbia, Maryland 21044

Axos Bank
4350 La Jolla Village Drive
Suite 140
San Diego, CA 92122
122287251

110

**** TWO THOUSAND SIX HUNDRED FIFTY AND 00/100 DOLLARS

03/06/2025    $2,650.00***

TO THE
ORDER OF

Bernardo Estiven
12313 Keel Turn
Bowie, MD  20715

VOID AFTER 90 DAYS

⑆000110⑆ ⑈122287251⑇ 2836⑆

Check  110   Date: 03/10   Amount: $2,650.00

---

**4010 9th St SE LLC, Debtor**
Case No. 24-00187-ELG
Chapter 11
1100 Broken Land Parkway Suite 410
Columbia, Maryland 21044

Axos Bank
4350 La Jolla Village Drive
Suite 140
San Diego, CA 92122
122287251

111

**** ONE THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

03/06/2025    $1,500.00***

TO THE
ORDER OF

D&K Trash Removal
7529 Zoe Lane
Laurel, MD  20723

VOID AFTER 90 DAYS

⑆000111⑆ ⑈122287251⑇ 2836⑆

Check  111   Date: 03/10   Amount: $1,500.00

# IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

### In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

### For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.
- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)

MEMBER FDIC    EQUAL HOUSING LENDER

**Marc Albert Trustee A**

**Bank Reconciliation Report**

**3/31/2025**

**xxxx**

| | |
|---|---:|
| **Balance Per Bank Statement as of 3/31/2025** | 41,480.57 |
| **Reconciled Bank Balance** | 41,480.57 |
| | |
| **Balance per GL as of 3/31/2025** | 41,480.57 |
| **Reconciled Balance Per G/L** | 41,480.57 |
| | |
| **Difference**    (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 24-00187
Case Name: 4010 9TH ST SE LLC

Trustee Name: Marc E. Albert DC Ch 11
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0604
Checking

Taxpayer ID No: XX-XXX4566
For Period Ending: 04/14/2025

Blanket Bond (per case limit):
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/10/24 | | 4010 9th Street SE LLC<br>Marc Albert, Ch 11 Trustee<br>1775 Pennsylvania Ave NW, Ste. 800<br>Washington, DC 20006 | Account Sweep | | $78,565.45 | | $78,565.45 |
| 12/12/24 | 2001 | 4010 9TH ST SE LLC<br>c/o Noble Realty Advisors, LLC<br>11000 Broken Land Parkway, Ste 410<br>Columbia, MD 21044 | Funding to Property Management for Operational Costs | 0000-000 | | $5,977.50 | $72,587.95 |
| 12/13/24 | 2002 | 4010 9TH ST SE LLC<br>c/o Noble Realty Advisors, LLC<br>11000 Broken Land Parkway, Ste 410<br>Columbia, MD 21044 | Funding to Property Management for Operational Costs | 0000-000 | | $4,520.00 | $68,067.95 |
| 01/13/25 | 2003 | Noble Realty Advisors, LLC<br>11000 Broken Land Parkway<br>Suite #410<br>Columbia, MD 21044 | Funding to Property Management for Operational Costs | 0000-000 | | $11,012.89 | $57,055.06 |
| 01/14/25 | | 4010 9th Street SE LLC<br>c/o Marc Albert Trustee<br>1775 Pennsylvania Ave NW<br>Ste. 800<br>Washington, DC 20006 | Account Sweep | | $5,494.39 | | $62,549.45 |
| 01/28/25 | 2004 | International Sureties, LTD<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Bond #612419723<br>Case No. 24-00187<br>Chapter 11 Bond re 4010 9th St SE, LLC | 0000-000 | | $245.00 | $62,304.45 |
| 02/06/25 | 2005 | United States Trustee<br>United States Trustee Payment Center<br>P.O. Box 6200-19<br>Portland, OR 97228-6200 | Account No. 9002400187<br>Q4 US Trustee Fees re 4010 9th St SE LLC - 9002400187 | 0000-000 | | $250.00 | $62,054.45 |
| 02/18/25 | | 4010 9th Street SE LLC #24-00180<br>c/o Marc Albert, Ch 11 Trustee<br>1775 Pennsylvania Ave NW, Ste. 800<br>Washington, DC 20006 | Trustee Account Sweep - Feb 2025 | | $7,619.00 | | $69,673.45 |

Page Subtotals:   $91,678.84   $22,005.39

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 24-00187    Trustee Name: Marc E. Albert DC Ch 11
Case Name: 4010 9TH ST SE LLC    Bank Name: Axos Bank
Account Number/CD#: XXXXXX0604
Checking

Taxpayer ID No: XX-XXX4566
For Period Ending: 04/14/2025    Blanket Bond (per case limit):
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/19/25 | 2006 | 4010 9th St SE LLC c/o Noble Realty Advisors, LLC 11000 Broken Land Parkway, Ste 410 Columbia, MD 21044 | Funding to Property Management for Operational Costs | 0000-000 | | $6,925.00 | $62,748.45 |
| 03/05/25 | 2007 | Marc E. Albert, Chapter 11 Trustee 1775 Pennsylvania Avenue, NW Suite 800 Washington, DC 20006 | Transfer to Reserve Account | 0000-000 | | $17,500.00 | $45,248.45 |
| 03/26/25 | 2008 | DC Treasurer Office of Tax and Revenue DC Government Real Property Taxes PO Box 718095 Philadelphia, PA 19171-8095 | SQL 5924-0090 Real Property Tax re 4010 9TH ST SE LLC | 0000-000 | | $3,767.88 | $41,480.57 |
| 04/01/25 | | 4010 9th Street LLC Marc Albert, Ch 11 Trustee 1775 Pennsylvania Ave NW Ste 800 Washington, DC 20006 | Account Sweep March 2025 account sweep from PNC Bank | | $1,893.00 | | $43,373.57 |
| 04/09/25 | 2009 | 4010 9th St SE LLC c/o Noble Realty Advisors, LLC 11000 Broken Land Parkway, Ste 410 Columbia, MD 21044 | Funding to Property Management for Operational Costs | 0000-000 | | $14,149.88 | $29,223.69 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals:    $1,893.00    $42,342.76

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0604 - Checking | $0.00 | $0.00 | $29,223.69 |
|  | $0.00 | $0.00 | $29,223.69 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $0.00 |
| Total Gross Receipts: | $0.00 |

Trustee Signature:     /s/ Marc E. Albert DC Ch 11     Date: 04/14/2025

Marc E. Albert DC Ch 11
1775 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006
(202) 785-9100

Page Subtotals:                                    $0.00           $0.00