US Trustee Form 11 - Monthly Operating Report

4010 9th St SE LLC

Case No. 24-00187

Lead Case No. 24-00180

Period ending 04/30/2025

Explanations:

Part 2.b. Due to lack of prior financial records, the aged receivables are being tracked/calculated as of 9/1/2024.

Part 4.e. Expenses include payments made from the Trustee-held bank account for property operations.

# 4010 9th ST SE LLC
## MONTHLY OPERATIONAL SUMMARY REPORT

### APRIL 2025

### Prepared for:

Marc Albert
Chapter 11 Trustee
1416 Eastern Avenue NE LLC
Washington, DC

### Prepared by:
Noble Realty Advisors
11000 Broken Land Parkway
Suite 410
Columbia, Maryland 21044

OFFICE - (240) 426-6548 FAX - (240) 427-4699







**Marc Albert Chapter 11 Trustee**
**4010 9th ST SE LLC**
**April 2025 Monthly Operational Summary**

Below is a summary of the property management activity during the month of April 2025.

**Income: During** the month $19,574.00 was collected by management and deposited into the operating bank account.

**Delinquent – Rent Income Fee: - $79,358.00.**
See attached aged Delinquency Report for the month of April 2025.

**Vacancies – 5 Units**

**Expenses:**
Expenses that were incurred or booked during the month totaled $20,167.91 (See attached general ledger for detail by expense category and line item).

**Account Payable:**

As of April 30, 2025, the outstanding payables totaled $51,910.88. The age of the outstanding payables is as follows (see attached summary for vendor listing).

**Disbursement:**

Total disbursement from the operating account totaled $20,167.91 (see attached check summary).

**Banking:**

1. Operating Account (PNC Bank) – As of April 30, 2025, the account statement balance was $8,572.00. The available and reconciled cash balance as of April 30, 2025, was $8,572.00.

2. Disbursement Account (Axos Bank) – As of April 30, 2025, the account statement balance was $5,027.97. The available and reconciled cash balance as of April 30, 2025, was $00.00.

3. Owner's Account (Axos Bank) – As of April 30, 2025, the account statement balance was $35,248.60. The available and reconciled cash balance as of April 30, 2025, was $35,248.60.

**4010 9th ST SE LLC**
**Deposit Register**
**Deposit Date = 04/01/2025 - 04/30/2025**

| Name | Property | Unit | Tenant | Period | Deposit Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| **(40109) - 11  04/07/2025** | | | | | | | |
| Watkins,Lyrics | 4010 | 304 | t0008234 | 04-2025 | 4/7/2025 | 2,030.00 | 3312501 |
| Watkins,Lyrics | 4010 | 304 | t0008234 | 04-2025 | 4/7/2025 | 2,030.00 | 3312501 |
| Watkins,Lyrics | 4010 | 304 | t0008234 | 04-2025 | 4/7/2025 | 2,030.00 | 3312501 |
| Watkins,Lyrics | 4010 | 304 | t0008234 | 04-2025 | 4/7/2025 | 2,030.00 | 3312501 |
| **Total (40109) - 11  04/07/2025** | | | | | | **8,120.00** | |
| | | | | | | | |
| **(40109) - 12  04/07/2025** | | | | | | | |
| Clark,Lavia | 4010 | 301 | t0008231 | 04-2025 | 4/7/2025 | 1,893.00 | 4012501 |
| **Total (40109) - 12  04/07/2025** | | | | | | **1,893.00** | |
| | | | | | | | |
| **(40109) - 13  04/17/2025** | | | | | | | |
| Banks,Aunette | 4010 | 201 | t0008227 | 04-2025 | 4/17/2025 | 1,893.00 | ACH 041725 |
| Risper,Sharon | 4010 | 202 | t0008228 | 04-2025 | 4/17/2025 | 1,893.00 | ACH 041725 |
| Clark,Lavia | 4010 | 301 | t0008231 | 04-2025 | 4/17/2025 | 1,893.00 | ACH 041725 |
| Davis,Tracy | 4010 | 303 | t0008233 | 04-2025 | 4/17/2025 | 1,893.00 | ACH 041725 |
| **Total (40109) - 13  04/17/2025** | | | | | | **7,572.00** | |
| | | | | | | | |
| **(401092) - 8  04/30/2025** | | | | | | | |
| Wheeler Rd LLC | 4010 | | | 04-2025 | 4/30/2025 | 1,989.00 | TR 043025 |
| **Total (401092) - 8  04/30/2025** | | | | | | **1,989.00** | |
| **Grand Total** | | | | | | **19,574.00** | |

**4010 9th ST SE LLC**
**Actual vs Budget Comparison Statement**
**Books = Cash**
**For the period ending April 30, 2025**

| | Account Description | MTD Actual | MTD Budget | $ Variance | YTD Actual | YTD Budget | $ Variance | Annual Remaining | Annual Budget |
|---|---|---|---|---|---|---|---|---|---|
| | **Rental Income** | | | | | | | | |
| 5120 | Rent Income | 11,906.00 | 945.00 | 10,961.00 | 13,799.00 | 3,780.00 | 10,019.00 | (8,129.00) | 5,670.00 |
| 5121 | Housing Assist Payments | 5,679.00 | 7,575.00 | (1,896.00) | 5,679.00 | 30,300.00 | (24,621.00) | 39,771.00 | 45,450.00 |
| | **Total Rental Income** | 17,585.00 | 8,520.00 | 9,065.00 | 19,478.00 | 34,080.00 | (14,602.00) | 31,642.00 | 51,120.00 |
| | **Miscellaneous Income** | | | | | | | | |
| 5990 | Miscellaneous Income | 1,989.00 | - | 1,989.00 | 15,287.00 | - | 15,287.00 | (15,287.00) | - |
| | **Total Miscellaneous Income** | 1,989.00 | - | 1,989.00 | 15,287.00 | - | 15,287.00 | (15,287.00) | - |
| | **TOTAL INCOME** | $ 19,574.00 | $ 8,520.00 | $ 11,054.00 | $ 34,765.00 | $ 34,080.00 | $ 685.00 | $ 16,355.00 | $ 51,120.00 |
| | **EXPENSES** | | | | | | | | |
| | **Administrative Expenses** | | | | | | | | |
| 6102 | Bank Fees | - | 15.00 | (15.00) | - | 60.00 | (60.00) | 90.00 | 90.00 |
| 6301 | Legal Services | - | 5,028.00 | (5,028.00) | - | 16,711.00 | (16,711.00) | 26,492.00 | 26,492.00 |
| 6310 | Office Salaries | 265.90 | - | 265.90 | 265.90 | - | 265.90 | (265.90) | - |
| 6311 | Office/Telephone Expense | 50.00 | 15.00 | 35.00 | 50.00 | 60.00 | (10.00) | 40.00 | 90.00 |
| 6320 | Management Fee | 4,666.00 | 2,333.00 | 2,333.00 | 11,665.00 | 9,332.00 | 2,333.00 | 2,333.00 | 13,998.00 |
| 6330 | Manager Salary | 440.66 | 538.00 | (97.34) | 440.66 | 2,152.00 | (1,711.34) | 2,787.34 | 3,228.00 |
| 6351 | Accounting/Computer Fee | - | 500.00 | (500.00) | - | 2,000.00 | (2,000.00) | 3,000.00 | 3,000.00 |
| 6390 | Misc/Admin Expense | - | 84.00 | (84.00) | 250.00 | 336.00 | (86.00) | 254.00 | 504.00 |
| | **Total Administrative Expenses** | 5,422.56 | 8,513.00 | (3,090.44) | 12,671.56 | 30,651.00 | (17,979.44) | 34,730.44 | 47,402.00 |
| | **Utilities** | | | | | | | | |
| 6450 | Electricity | - | 80.00 | (80.00) | - | 320.00 | (320.00) | 480.00 | 480.00 |
| 6451 | Water/Sewer | 4,000.00 | 2,545.00 | 1,455.00 | 4,000.00 | 10,180.00 | (6,180.00) | 11,270.00 | 15,270.00 |
| 6452 | Gas | - | 350.00 | (350.00) | - | 1,400.00 | (1,400.00) | 2,100.00 | 2,100.00 |
| | **Total Utilities** | 4,000.00 | 2,975.00 | 1,025.00 | 4,000.00 | 11,900.00 | (7,900.00) | 13,850.00 | 17,850.00 |
| | **Operating & Maintenance Expense** | | | | | | | | |
| 6510 | Maintenance/Cleaning Payroll | 278.77 | 455.00 | (176.23) | 278.77 | 1,820.00 | (1,541.23) | 2,451.23 | 2,730.00 |
| 6520 | Maintenance Contracts | 2,800.00 | 1,445.00 | 1,355.00 | 2,800.00 | 5,780.00 | (2,980.00) | 5,870.00 | 8,670.00 |
| 6521 | Janitor & Cleaning Contract | 1,944.00 | 972.00 | 972.00 | 4,860.00 | 1,422.00 | 3,438.00 | (1,494.00) | 3,366.00 |
| 6522 | Pest Control Management | - | 175.00 | (175.00) | - | 400.00 | (400.00) | 750.00 | 750.00 |
| 6523 | Landscape Maintenance | - | 400.00 | (400.00) | 2,200.00 | 2,800.00 | (600.00) | 1,400.00 | 3,600.00 |
| 6525 | Garbage and Trash Removal | 1,850.00 | 685.00 | 1,165.00 | 6,069.82 | 1,510.00 | 4,559.82 | (3,189.82) | 2,880.00 |
| 6531 | Security Payroll/Contact | - | 10,800.00 | (10,800.00) | - | 10,800.00 | (10,800.00) | 29,400.00 | 29,400.00 |
| 6545 | Electrical Repairs | 294.00 | - | 294.00 | 294.00 | - | 294.00 | (294.00) | - |
| 6546 | HVAC Repairs and Maint | - | 250.00 | (250.00) | - | 500.00 | (500.00) | 500.00 | 500.00 |
| 6548 | Snow Removal | 1,435.00 | - | 1,435.00 | 1,435.00 | 960.00 | 475.00 | (475.00) | 960.00 |
| 6551 | Plumbing Repairs | - | 100.00 | (100.00) | - | 400.00 | (400.00) | 600.00 | 600.00 |
| 6565 | Painting & Decorating - Occupied | - | - | - | 2,650.00 | - | 2,650.00 | (2,650.00) | - |

**4010 9th ST SE LLC**
**Actual vs Budget Comparison Statement**
**Books = Cash**
**For the period ending April 30, 2025**

| | Account Description | MTD Actual | MTD Budget | $ Variance | YTD Actual | YTD Budget | $ Variance | Annual Remaining | Annual Budget |
|---|---|---|---|---|---|---|---|---|---|
| | **Total Operating & Maintenance Expense** | 8,601.77 | 15,282.00 | (6,680.23) | 20,587.59 | 26,392.00 | (5,804.41) | 32,868.41 | 53,456.00 |
| | **Insurance & Taxes** | | | | | | | | |
| 6710 | Real Estate Taxes | - | 783.00 | (783.00) | 3,767.88 | 3,132.00 | 635.88 | 930.12 | 4,698.00 |
| 6711 | Payroll Taxes | 113.70 | - | 113.70 | 113.70 | - | 113.70 | (113.70) | - |
| 6712 | Payroll Expenses (Properties) | 32.88 | - | 32.88 | 32.88 | - | 32.88 | (32.88) | - |
| 6720 | Property & Liability Ins | - | 250.00 | (250.00) | 158.19 | 1,000.00 | (841.81) | 1,341.81 | 1,500.00 |
| 6722 | Worker's Compensation | 19.98 | - | 19.98 | 19.98 | - | 19.98 | (19.98) | - |
| 6723 | Health Ins/Other Emp Bene | 38.02 | - | 38.02 | 38.02 | - | 38.02 | (38.02) | - |
| 6790 | Misc Taxes, Lic, Permits | - | - | - | 245.00 | - | 245.00 | (245.00) | - |
| | **Total Insurance & Taxes** | 204.58 | 1,033.00 | (828.42) | 4,375.65 | 4,132.00 | 243.65 | 1,822.35 | 6,198.00 |
| | **TOTAL OPERATING EXPENSE** | $ 18,228.91 | $ 27,803.00 | $ (9,574.09) | $ 41,634.80 | $ 73,075.00 | $ (31,440.20) | $ 83,271.20 | $ 124,906.00 |
| | **NET OPERATING INCOME/(LOSS)** | $ 1,345.09 | $ (19,283.00) | $ 20,628.09 | $ (6,869.80) | $ (38,995.00) | $ 32,125.20 | $ (66,916.20) | $ (73,786.00) |
| | **Financial Expenses** | | | | | | | | |
| | **Total Financial Expenses** | - | - | - | - | - | - | - | - |
| | **NET INCOME (LOSS)** | $ 1,345.09 | $ (19,283.00) | $ 20,628.09 | $ (6,869.80) | $ (38,995.00) | $ 32,125.20 | $ (66,916.20) | $ (73,786.00) |
| | **Replacement Reserve Item Expense** | | | | | | | | |
| 7010 | Appliance Replacements | - | - | - | - | 750.00 | (750.00) | 1,500.00 | 1,500.00 |
| 7016 | Exterior Doors | 1,939.00 | - | 1,939.00 | 1,939.00 | - | 1,939.00 | (1,939.00) | - |
| | **Total Replacement Reserve Item Expense** | 1,939.00 | - | 1,939.00 | 1,939.00 | 750.00 | 1,189.00 | (439.00) | 1,500.00 |
| | **Other Cash Flow Items** | | | | | | | | |
| 5490 | Interest Income - Other | 18.34 | - | 18.34 | 18.34 | - | 18.34 | (18.34) | - |
| | **Total Other Cash Flow Items** | 18.34 | - | 18.34 | 18.34 | - | 18.34 | (18.34) | - |
| | **TOTAL CASH FLOW** | $ (575.57) | $ (19,283.00) | $ 18,707.43 | $ (8,790.46) | $ (39,745.00) | $ 30,954.54 | $ (66,495.54) | $ (75,286.00) |

**4010 9th ST SE LLC**
**General Ledger (Cash)**
Month = Apr 2025

| Property | Date | Period | Description | Control | Reference | Debit | Credit | Balance | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| **6310** | | | **Office Salaries** | | | | | 0.00 = Beginning Balance = | |
| 4010 | 4/19/2025 | 04-2025 | Noble Realty Advisors LLC (noble) | K-157774 | 117 | 132.95 | 0.00 | 132.95 | PR 013125 4010 |
| 4010 | 4/19/2025 | 04-2025 | Noble Realty Advisors LLC (noble) | K-157774 | 117 | 132.95 | 0.00 | 265.90 | PR 021425 4010 |
| | | | Net Change=265.90 | | | | | 265.90 = Ending Balance = | |
| **6311** | | | **Office/Telephone Expense** | | | | | 0.00 = Beginning Balance = | |
| 4010 | 4/24/2025 | 04-2025 | Savion Rosales (savionr) | K-157955 | 120 | 50.00 | 0.00 | 50.00 | Hand deliver court notices |
| | | | Net Change=50.00 | | | | | 50.00 = Ending Balance = | |
| **6320** | | | **Management Fee** | | | | | 6,999.00 = Beginning Balance = | |
| 4010 | 4/19/2025 | 04-2025 | Noble Realty Advisors LLC (noble) | K-157774 | 117 | 2,333.00 | 0.00 | 9,332.00 | Monthly Mgt Fee |
| 4010 | 4/19/2025 | 04-2025 | Noble Realty Advisors LLC (noble) | K-157774 | 117 | 2,333.00 | 0.00 | 11,665.00 | Monthly Mgt Fee |
| | | | Net Change=4,666.00 | | | | | 11,665.00 = Ending Balance = | |
| **6330** | | | **Manager Salary** | | | | | 0.00 = Beginning Balance = | |
| 4010 | 4/19/2025 | 04-2025 | Noble Realty Advisors LLC (noble) | K-157774 | 117 | 217.55 | 0.00 | 217.55 | PR 013125 4010 |
| 4010 | 4/19/2025 | 04-2025 | Noble Realty Advisors LLC (noble) | K-157774 | 117 | 223.11 | 0.00 | 440.66 | PR 021425 4010 |
| | | | Net Change=440.66 | | | | | 440.66 = Ending Balance = | |
| **6390** | | | **Misc/Admin Expense** | | | | | 250.00 = Beginning Balance = | |
| | | | Net Change=0.00 | | | | | 250.00 = Ending Balance = | |
| **6451** | | | **Water/Sewer** | | | | | 0.00 = Beginning Balance = | |
| 4010 | 4/30/2025 | 04-2025 | DC Water and Sewer Authority (dc) | K-158031 | 430251 | 2,415.88 | 0.00 | 2,415.88 | Acct#2044083-0 4010 9th St SE Meter#1351023 |
| 4010 | 4/30/2025 | 04-2025 | DC Water and Sewer Authority (dc) | K-158031 | 430251 | 1,584.12 | 0.00 | 4,000.00 | Acct#2044083-0 4010 9th Street SE Meter#1351 |
| | | | Net Change=4,000.00 | | | | | 4,000.00 = Ending Balance = | |
| **6510** | | | **Maintenance/Cleaning Payroll** | | | | | 0.00 = Beginning Balance = | |
| 4010 | 4/19/2025 | 04-2025 | Noble Realty Advisors LLC (noble) | K-157774 | 117 | 278.77 | 0.00 | 278.77 | PR 013125 4010 |
| | | | Net Change=278.77 | | | | | 278.77 = Ending Balance = | |
| **6520** | | | **Maintenance Contracts** | | | | | 0.00 = Beginning Balance = | |
| 4010 | 4/19/2025 | 04-2025 | Jack Martinez (jmartinez) | K-157771 | 114 | 2,800.00 | 0.00 | 2,800.00 | Maintenance work at 4010 9th Street SE |
| | | | Net Change=2,800.00 | | | | | 2,800.00 = Ending Balance = | |
| **6521** | | | **Janitor & Cleaning Contract** | | | | | 2,916.00 = Beginning Balance = | |
| 4010 | 4/19/2025 | 04-2025 | White Glove Commercial Cleaning (whiteglove) | K-157775 | 118 | 972.00 | 0.00 | 3,888.00 | Monthly cleaning svc 02.2025 |
| 4010 | 4/19/2025 | 04-2025 | White Glove Commercial Cleaning (whiteglove) | K-157775 | 118 | 972.00 | 0.00 | 4,860.00 | Monthly cleaning svc 03.2025 |
| | | | Net Change=1,944.00 | | | | | 4,860.00 = Ending Balance = | |
| **6523** | | | **Landscape Maintenance** | | | | | 2,200.00 = Beginning Balance = | |
| | | | Net Change=0.00 | | | | | 2,200.00 = Ending Balance = | |
| **6525** | | | **Garbage and Trash Removal** | | | | | 4,219.82 = Beginning Balance = | |
| 4010 | 4/19/2025 | 04-2025 | D&K Trash Removal (dktrash) | K-157770 | 113 | 800.00 | 0.00 | 5,019.82 | Trash removal-Monthly service-2x's per week |

**4010 9th ST SE LLC**
**General Ledger (Cash)**
Month = Apr 2025

| Property | Date | Period | Description | Control | Reference | Debit | Credit | Balance | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 4010 | 4/19/2025 | 04-2025 | D&K Trash Removal (dktrash) | K-157770 | 113 | 900.00 | 0.00 | 5,919.82 | Bulk trash removal 4010#104 |
| 4010 | 4/19/2025 | 04-2025 | D&K Trash Removal (dktrash) | K-157770 | 113 | 150.00 | 0.00 | 6,069.82 | Bulk trash removal |
| | | | Net Change=1,850.00 | | | | | 6,069.82 | = Ending Balance = |
| | | | | | | | | | |
| 6545 | | | **Electrical Repairs** | | | | | 0.00 | = Beginning Balance = |
| 4010 | 4/19/2025 | 04-2025 | JW Right Electric (jwright) | K-157773 | 116 | 294.00 | 0.00 | 294.00 | Troubleshot no power for unit 303 |
| | | | Net Change=294.00 | | | | | 294.00 | = Ending Balance = |
| | | | | | | | | | |
| 6548 | | | **Snow Removal** | | | | | 0.00 | = Beginning Balance = |
| 4010 | 4/19/2025 | 04-2025 | JOMA Lawn Care & Tree Experts (joma) | K-157772 | 115 | 820.00 | 0.00 | 820.00 | treatment and removal 01/06/25 |
| 4010 | 4/19/2025 | 04-2025 | JOMA Lawn Care & Tree Experts (joma) | K-157772 | 115 | 615.00 | 0.00 | 1,435.00 | Snow removal and salt 2/11/25 |
| | | | Net Change=1,435.00 | | | | | 1,435.00 | = Ending Balance = |
| | | | | | | | | | |
| 6565 | | | **Painting & Decorating - Occupied** | | | | | 2,650.00 | = Beginning Balance = |
| | | | Net Change=0.00 | | | | | 2,650.00 | = Ending Balance = |
| | | | | | | | | | |
| 6710 | | | **Real Estate Taxes** | | | | | 3,767.88 | = Beginning Balance = |
| | | | Net Change=0.00 | | | | | 3,767.88 | = Ending Balance = |
| | | | | | | | | | |
| 6711 | | | **Payroll Taxes** | | | | | 0.00 | = Beginning Balance = |
| 4010 | 4/19/2025 | 04-2025 | Noble Realty Advisors LLC (noble) | K-157774 | 117 | 72.65 | 0.00 | 72.65 | PR 013125 4010 |
| 4010 | 4/19/2025 | 04-2025 | Noble Realty Advisors LLC (noble) | K-157774 | 117 | 41.05 | 0.00 | 113.70 | PR 021425 4010 |
| | | | Net Change=113.70 | | | | | 113.70 | = Ending Balance = |
| | | | | | | | | | |
| 6712 | | | **Payroll Expenses (Properties)** | | | | | 0.00 | = Beginning Balance = |
| 4010 | 4/19/2025 | 04-2025 | Noble Realty Advisors LLC (noble) | K-157774 | 117 | 19.99 | 0.00 | 19.99 | PR 013125 4010 |
| 4010 | 4/19/2025 | 04-2025 | Noble Realty Advisors LLC (noble) | K-157774 | 117 | 12.89 | 0.00 | 32.88 | PR 021425 4010 |
| | | | Net Change=32.88 | | | | | 32.88 | = Ending Balance = |
| | | | | | | | | | |
| 6720 | | | **Property & Liability Ins** | | | | | 158.19 | = Beginning Balance = |
| | | | Net Change=0.00 | | | | | 158.19 | = Ending Balance = |
| | | | | | | | | | |
| 6722 | | | **Worker's Compensation** | | | | | 0.00 | = Beginning Balance = |
| 4010 | 4/19/2025 | 04-2025 | Noble Realty Advisors LLC (noble) | K-157774 | 117 | 14.19 | 0.00 | 14.19 | PR 013125 4010 |
| 4010 | 4/19/2025 | 04-2025 | Noble Realty Advisors LLC (noble) | K-157774 | 117 | 5.79 | 0.00 | 19.98 | PR 021425 4010 |
| | | | Net Change=19.98 | | | | | 19.98 | = Ending Balance = |
| | | | | | | | | | |
| 6723 | | | **Health Ins/Other Emp Bene** | | | | | 0.00 | = Beginning Balance = |
| 4010 | 4/19/2025 | 04-2025 | Noble Realty Advisors LLC (noble) | K-157774 | 117 | 38.02 | 0.00 | 38.02 | 245541383467 4010 |
| | | | Net Change=38.02 | | | | | 38.02 | = Ending Balance = |
| | | | | | | | | | |
| 6790 | | | **Misc Taxes, Lic, Permits** | | | | | 245.00 | = Beginning Balance = |
| | | | Net Change=0.00 | | | | | 245.00 | = Ending Balance = |
| | | | | | | | | | |
| 7016 | | | **Exterior Doors** | | | | | 0.00 | = Beginning Balance = |

**4010 9th ST SE LLC**
**General Ledger (Cash)**
Month = Apr 2025

| Property | Date | Period | Description | Control | Reference | Debit | Credit | Balance | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 4010 | 4/23/2025 | 04-2025 | Noble Realty Advisors LLC (noble) | K-157835 | 119 | 207.00 | 0.00 | 207.00 | DAWGS security doors, 4010 - Basement |
| 4010 | 4/23/2025 | 04-2025 | Noble Realty Advisors LLC (noble) | K-157835 | 119 | 371.00 | 0.00 | 578.00 | DAWGS security doors, 4010 - 104 |
| 4010 | 4/23/2025 | 04-2025 | Noble Realty Advisors LLC (noble) | K-157835 | 119 | 330.00 | 0.00 | 908.00 | DAWGS security doors, 4010 - 203 |
| 4010 | 4/23/2025 | 04-2025 | Noble Realty Advisors LLC (noble) | K-157835 | 119 | 330.00 | 0.00 | 1,238.00 | DAWGS security doors, 4010 - 301 |
| 4010 | 4/23/2025 | 04-2025 | Noble Realty Advisors LLC (noble) | K-157835 | 119 | 330.00 | 0.00 | 1,568.00 | DAWGS security doors, 4010 - 302 |
| 4010 | 4/23/2025 | 04-2025 | Noble Realty Advisors LLC (noble) | K-157835 | 119 | 371.00 | 0.00 | 1,939.00 | DAWGS security doors, 4010 - 304 |
| | | **Net Change=1,939.00** | | | | | | **1,939.00 = Ending Balance =** | |
| | | **Grand Total** | | | | 20,167.91 | 0.00 | | |

**4010 9th ST SE LLC**
**Trial Balance (Cash)**
**Month = Apr 2025**

| Account Number | Account Title | Forward Balance | Debit | Credit | Ending Balance |
|---|---|---|---|---|---|
| 1010 | Operating Cash | 2,893.00 | 5,679.00 | 0.00 | 8,572.00 |
| 1016 | Owner's Account | 41,480.57 | 0.00 | 6,231.97 | 35,248.60 |
| 1020 | Cash-Surplus | 96.00 | 0.00 | 0.00 | 96.00 |
| 1021 | Operating Reserve | 17,500.00 | 6.43 | 0.00 | 17,506.43 |
| 1038 | Operating Account - 2 | 29.03 | 0.00 | 29.03 | 0.00 |
| 2090 | Other Current Liabilities | (43,467.45) | 0.00 | 0.00 | (43,467.45) |
| 3800 | Retained Earnings | (26,746.04) | 0.00 | 0.00 | (26,746.04) |
| 4125 | Open Prepaid | 0.00 | 0.00 | 0.00 | 0.00 |
| 5120 | Rent Income | (1,893.00) | 0.00 | 11,906.00 | (13,799.00) |
| 5121 | Housing Assist Payments | 0.00 | 0.00 | 5,679.00 | (5,679.00) |
| 5490 | Interest Income - Other | 0.00 | 0.00 | 18.34 | (18.34) |
| 5990 | Miscellaneous Income | (13,298.00) | 0.00 | 1,989.00 | (15,287.00) |
| 5991 | Owner Advance | 0.00 | 0.00 | 0.00 | 0.00 |
| 6310 | Office Salaries | 0.00 | 265.90 | 0.00 | 265.90 |
| 6311 | Office/Telephone Expense | 0.00 | 50.00 | 0.00 | 50.00 |
| 6320 | Management Fee | 6,999.00 | 4,666.00 | 0.00 | 11,665.00 |
| 6330 | Manager Salary | 0.00 | 440.66 | 0.00 | 440.66 |
| 6390 | Misc/Admin Expense | 250.00 | 0.00 | 0.00 | 250.00 |
| 6451 | Water/Sewer | 0.00 | 4,000.00 | 0.00 | 4,000.00 |
| 6510 | Maintenance/Cleaning Payroll | 0.00 | 278.77 | 0.00 | 278.77 |
| 6520 | Maintenance Contracts | 0.00 | 2,800.00 | 0.00 | 2,800.00 |
| 6521 | Janitor & Cleaning Contract | 2,916.00 | 1,944.00 | 0.00 | 4,860.00 |
| 6523 | Landscape Maintenance | 2,200.00 | 0.00 | 0.00 | 2,200.00 |
| 6525 | Garbage and Trash Removal | 4,219.82 | 1,850.00 | 0.00 | 6,069.82 |
| 6545 | Electrical Repairs | 0.00 | 294.00 | 0.00 | 294.00 |
| 6548 | Snow Removal | 0.00 | 1,435.00 | 0.00 | 1,435.00 |
| 6565 | Painting & Decorating - Occupied | 2,650.00 | 0.00 | 0.00 | 2,650.00 |
| 6710 | Real Estate Taxes | 3,767.88 | 0.00 | 0.00 | 3,767.88 |
| 6711 | Payroll Taxes | 0.00 | 113.70 | 0.00 | 113.70 |
| 6712 | Payroll Expenses (Properties) | 0.00 | 32.88 | 0.00 | 32.88 |
| 6720 | Property & Liability Ins | 158.19 | 0.00 | 0.00 | 158.19 |
| 6722 | Worker's Compensation | 0.00 | 19.98 | 0.00 | 19.98 |
| 6723 | Health Ins/Other Emp Bene | 0.00 | 38.02 | 0.00 | 38.02 |
| 6790 | Misc Taxes, Lic, Permits | 245.00 | 0.00 | 0.00 | 245.00 |
| 7016 | Exterior Doors | 0.00 | 1,939.00 | 0.00 | 1,939.00 |
| | **Grand Total** | **0.00** | **25,853.34** | **25,853.34** | **0.00** |

**4010 9th ST SE LLC**
**Balance Sheet**
**Books = Cash**
**For the Period Apr 2025**

| Account | Apr 2025 |
|---|---|
| **ASSETS** | |
| **CURRENT CASH** | |
| Operating Cash | 8,572.00 |
| Owner's Account | 35,248.60 |
| Cash-Surplus | 96.00 |
| Operating Reserve | 17,506.43 |
| **TOTAL CASH** | $ 61,423.03 |
| **CURRENT ASSETS** | |
| **TOTAL CURRENT ASSETS** | $ - |
| **FIXED ASSETS** | |
| **Total Fixed Assets** | $ - |
| **TOTAL ASSETS** | $ 61,423.03 |
| **LIABILITIES & EQUITY** | |
| **CURRENT LIABILITIES** | |
| Other Current Liabilities | 43,467.45 |
| **TOTAL CURRENT LIABILITIES** | $ 43,467.45 |
| **LONG TERM LIABILITIES** | |
| **TOTAL LIABILITIES** | $ - |
| **OWNER'S EQUITY** | |
| Retained Earnings | 17,955.58 |
| **TOTAL OWNER'S EQUITY** | $ 17,955.58 |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | $ 61,423.03 |

**4010 9th St SE LLC**
**Residential Rent Roll**
**As of Date 04/30/2025**

| Unit | Unit type | Unit Sq Ft | Resident | Name | Market Rent | Amount | Resident Deposit | Other Deposit | Move In | Lease Exp | Move-Out | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current/Notice Residents** | | | | | | | | | | | | |
| 101 | 2 | 0 | t0008223 | Delonya Boyd | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 9/1/2024 | | | 15,624.00 |
| 102 | 1-br | 0 | t0008224 | Ronnell Dawson | 1,279.00 | 1,279.00 | 0.00 | 0.00 | 9/1/2024 | | | 10,232.00 |
| 103 | 1-br | 0 | t0008225 | Charles Stroud | 948.00 | 948.00 | 0.00 | 0.00 | 9/1/2024 | | | 7,584.00 |
| 104 | 3-br | 0 | VACANT | VACANT | 1,893.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 201 | 3-br | 0 | t0008227 | Aunette Banks | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 9/1/2024 | | | 13,731.00 |
| 202 | 2 | 0 | t0008228 | Sharon Risper | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 9/1/2024 | | | 13,731.00 |
| 203 | 2 | 0 | VACANT | VACANT | 1,893.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 204 | 1-br | 0 | t0008230 | William Reed | 945.00 | 945.00 | 0.00 | 0.00 | 9/1/2024 | | | 4,725.00 |
| 301 | 2 | 0 | VACANT | VACANT | 1,893.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 302 | 2 | 0 | VACANT | VACANT | 866.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 303 | 2 | 0 | t0008233 | Tracy Davis | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 9/1/2024 | | | 13,731.00 |
| 304 | 2 | 0 | VACANT | VACANT | 2,030.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |

| | Square Footage | Market Rent | Lease Charges | Security Deposit | Other Deposit | # of Units | Occupancy | Balance |
|---|---|---|---|---|---|---|---|---|
| Current/Notice Res. | | | 10,984.00 | 0.00 | 0.00 | | | 79,358.00 |
| Future Residents/Applicants | | | 0.00 | 0.00 | 0.00 | | | 0.00 |
| Occupied Units | 0 | 10,984.00 | | | | 7 | 58.33% | |
| Vacant Units | 0 | 8,575.00 | | | | 5 | 41.67% | |
| Totals: | 0 | 19,559.00 | 10,984.00 | 0.00 | 0 | 12 | 100.00% | 79,358.00 |

## Aged Receivables Report

Detail by Resident
Property:  4010 9th ST SE LLC (4010)
Trans through :4/2025

| Unit | Resident | Charge Code | Total Unpaid Charges | 0 - 30 days | 31 - 60 days | 61 - 90 days | Over 90 days | Prepayments | Balance |
|------|----------|-------------|---------------------:|------------:|-------------:|-------------:|-------------:|------------:|--------:|
| **4010** | **- 4010 9th ST SE LLC** | | | | | | | | |
| 101 | t0008223 | Delonya Boyd | 15,624.00 | 1,953.00 | 1,953.00 | 1,953.00 | 9,765.00 | 0.00 | 15,624.00 |
| 102 | t0008224 | Ronnell Dawson | 10,232.00 | 1,279.00 | 1,279.00 | 1,279.00 | 6,395.00 | 0.00 | 10,232.00 |
| 103 | t0008225 | Charles Stroud | 7,584.00 | 948.00 | 948.00 | 948.00 | 4,740.00 | 0.00 | 7,584.00 |
| 201 | t0008227 | Aunette Banks | 13,731.00 | 60.00 | 1,953.00 | 1,953.00 | 9,765.00 | 0.00 | 13,731.00 |
| 202 | t0008228 | Sharon Risper | 13,731.00 | 60.00 | 1,953.00 | 1,953.00 | 9,765.00 | 0.00 | 13,731.00 |
| 204 | t0008230 | William Reed | 4,725.00 | 945.00 | 945.00 | 945.00 | 1,890.00 | 0.00 | 4,725.00 |
| 303 | t0008233 | Tracy Davis | 13,731.00 | 60.00 | 1,953.00 | 1,953.00 | 9,765.00 | 0.00 | 13,731.00 |
| **Total 4010** | | | **79,358.00** | **5,305.00** | **10,984.00** | **10,984.00** | **52,085.00** | **0.00** | **79,358.00** |
| **Total** | | | **79,358.00** | **5,305.00** | **10,984.00** | **10,984.00** | **52,085.00** | **0.00** | **79,358.00** |

**4010 9th ST SE LLC**
**Payable - Aging Summary**
**Age as of = 04/30/2025**

| Property Code - Name<br>Vendor Code - Name | Current<br>Owed | 0 - 30<br>Owed | 31 - 60<br>Owed | 61 - 90<br>Owed | Over 90<br>Owed |
|---|---|---|---|---|---|
| **4010 9th ST SE LLC  - 4010** | | | | | |
| 4400 - 4400 Hunt Place NE LLC | 316.38 | 0.00 | 158.19 | 158.19 | 0.00 |
| bernes - Bernardo Estiven | 510.00 | 0.00 | 510.00 | 0.00 | 0.00 |
| dc - DC Water and Sewer Authority | 19,532.57 | 0.00 | 2,497.86 | 0.00 | 17,034.71 |
| dktrash - D&K Trash Removal | 4,850.00 | 4,850.00 | 0.00 | 0.00 | 0.00 |
| erlock - Ernie's Lock Company | 799.90 | 0.00 | 799.90 | 0.00 | 0.00 |
| esplub - E&S Plumbing | 19,365.00 | 0.00 | 0.00 | 0.00 | 19,365.00 |
| wheeler - 4301-4313 Wheeler RD SE LLC | 1,989.00 | 1,989.00 | 0.00 | 0.00 | 0.00 |
| noble - Noble Realty Advisors LLC | 3,576.03 | 2,333.00 | 833.55 | 409.48 | 0.00 |
| whiteglove - White Glove Commercial Cleaning | 972.00 | 972.00 | 0.00 | 0.00 | 0.00 |
| **Total 4010 9th ST SE LLC** | **51,910.88** | **10,144.00** | **4,799.50** | **567.67** | **36,399.71** |
| **Grand Total** | **51,910.88** | **10,144.00** | **4,799.50** | **567.67** | **36,399.71** |

**4010 9th ST SE LLC**
**Payment Summary**
**Payment Date = 04/01/2025 - 04/30/2025**

| Bank | Check# | Vendor | Check Date | Post Month | Total Amount | Date Reconciled |
|------|--------|--------|-----------|-----------|-------------|-----------------|
| 401092 - 4010 9th Cash Disbursements | 113 | dktrash - D&K Trash Removal | 4/19/2025 | 04-2025 | 1,850.00 | 4/30/2025 |
| 401092 - 4010 9th Cash Disbursements | 114 | jmartinez - Jack Martinez | 4/19/2025 | 04-2025 | 2,800.00 | 4/30/2025 |
| 401092 - 4010 9th Cash Disbursements | 115 | joma - JOMA Lawn Care & Tree Experts | 4/19/2025 | 04-2025 | 1,435.00 | 4/30/2025 |
| 401092 - 4010 9th Cash Disbursements | 116 | jwright - JW Right Electric | 4/19/2025 | 04-2025 | 294.00 | |
| 401092 - 4010 9th Cash Disbursements | 117 | noble - Noble Realty Advisors LLC | 4/19/2025 | 04-2025 | 5,855.91 | 4/30/2025 |
| 401092 - 4010 9th Cash Disbursements | 118 | whiteglove - White Glove Commercial Cleaning | 4/19/2025 | 04-2025 | 1,944.00 | 4/30/2025 |
| 401092 - 4010 9th Cash Disbursements | 119 | noble - Noble Realty Advisors LLC | 4/23/2025 | 04-2025 | 1,939.00 | 4/30/2025 |
| 401092 - 4010 9th Cash Disbursements | 120 | savionr - Savion Rosales | 4/24/2025 | 04-2025 | 50.00 | |
| 401092 - 4010 9th Cash Disbursements | 430251 | dc - DC Water and Sewer Authority | 4/30/2025 | 04-2025 | 4,000.00 | |
| **Grand Total** | | | | | **20,167.91** | |

**4010 9th Cash Receipts**

**Bank Reconciliation Report**

**4/30/2025**

████4651

| | | |
|---|---|---:|
| **Balance Per Bank Statement as of 4/30/2025** | | **8,572.00** |
| **Reconciled Bank Balance** | | **8,572.00** |
| | | |
| **Balance per GL as of 4/30/2025** | | **8,572.00** |
| **Reconciled Balance Per G/L** | | **8,572.00** |
| | | |
| **Difference** | (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |

# Business Checking

PNC Bank

**PNC PRIVATE BANK**

PO Box 609
Pittsburgh, PA  15230-9738

**For the Period 04/01/2025 to 04/30/2025**

Primary Account Number: XX-XXXX-4651
Page 1 of 3
Number of enclosures: 0

4010 9TH STREET SE LLC #24-00180
MARC ALBERT, CH 11 TRUSTEE
STE 800
1775 PENNSYLVANIA AVE NW
WASHINGTON DC 20006-4760

☎ For 24-hour banking sign on to
🖥 PNC Bank Online Banking on pnc.com
   FREE Online Bill Pay

   For customer service call 1-877-BUS-BNKG

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?**  Please contact your local branch

🖨 Visit us at PNC.com/smallbusiness

IMPORTANT ACCOUNT INFORMATION

Between May 1, 2025, and September 30, 2025, PNC will be removing the option to print mini statements at PNC ATMs. Please use other channels and options such as Online Banking, Mobile Banking, Voice Banking and Branch Banking to access your account information.

IMPORTANT ACCOUNT INFORMATION

The information below amends certain information in our Business Checking Accounts and Related Charges, our Consumer Schedule of Service Charges and Fees, and our Virtual Wallet Features and Fees ("Schedules"). All other information in our Schedules continues to apply to your account. Please read this information and retain it with your records.

PNC Express Funds provides an option for immediate availability on approved checks deposited through Branch Banking, PNC ATM, or Mobile Banking, subject to cut off times. Effective June 22, 2025, the cost of utilizing PNC Express Funds will increase from 2.00% of the check amount over $100 to 2.50% of the check amount over $100. The cost of utilizing PNC Express Funds for each check amount between $25 and $100 will remain at $2.00.

If you have any questions, please feel free to visit your local PNC Branch or Solution Center or call the PNC Customer Care Center at 1-888-762-2265.

IMPORTANT ACCOUNT INFORMATION

Effective June 16, 2025, we are changing the "Large Dollar Deposits" and "Special Rules for New Account Holders" sections of the Funds Availability Policy for Business Accounts. This change increases the amount of availability of a deposit from $125 to $400 on the first business day after the business day of your deposit for large dollar deposits and new account holders. All other information in your Agreement continues to apply to your account. Please read this information and keep it with your records.

Large Dollar Deposits

If your total deposits of checks, excluding the items listed in the "Items Excluded from Large Dollar Deposit Calculation" section later in this Policy, on any one business day, prior to our cut-off time, equal or exceed $50,000, then, $100 of any deposit will be available on the evening of your deposit to pay checks or items that are presented to us that evening for posting, an additional $400 will be available the first business day after the business day of your deposit for all purposes, and any remaining funds will be available the second business day after the business day of deposit for all purposes.

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 04/01/2025 to 04/30/2025**
4010 9TH STREET SE LLC #24-00180
Primary Account Number: XX-XXXX-4651
Page 2 of 3

Business Checking Account Number: XX-XXXX-4651 - continued

Special Rules for New Account Holders

For purposes of this Funds Availability Policy, a "new account holder" is defined as a customer who does not have a PNC Bank checking account that has been open for more than 30 calendar days. If you are a new account holder, the following rules will apply when a deposit is made during the first 30 calendar days your account is open. All deposits not discussed in this section will be available as described elsewhere in this Policy.

A. Funds from traveler's checks deposited with a special deposit ticket, funds from deposits outlined as items "f" through "j" in the "Items Excluded from Large Dollar Deposit Calculation" section above, and $400 from deposited checks or items will be available on the first business day after the business day of your deposit for all purposes.

B. Funds from checks will be available on the second business day after the business day of your deposit for all purposes.

After the new account period has ended, funds from your deposits will be available according to our general policy.

## Business Checking Summary

4010 9TH STREET SE LLC #24-00180
MARC ALBERT, CH 11 TRUSTEE

Account number:   XX-XXXX-4651

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 2,893.00 | 17,585.00 | 11,906.00 | 8,572.00 |
| | | Average ledger balance | | Average collected balance |
| | | 8,583.63 | | 8,583.63 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| ACH Additions | 3 | 17,585.00 |
| Total | 3 | 17,585.00 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 2 | 11,906.00 |
| Total | 2 | 11,906.00 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 04/01 | 2,893.00 | 04/17 | 18,585.00 | 04/18 | 8,572.00 |
| 04/07 | 11,013.00 | | | | |

## Activity Detail

### Deposits and Other Additions

### ACH Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/07 | 8,120.00 | Corporate ACH Frsp Renta Greater Washingt V0007256 | 00025094009504146 |
| 04/07 | 1,893.00 | Corporate ACH Frsp Renta Greater Washingt V0007256 | 00025094009669011 |

ACH Additions continued on next page

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 04/01/2025 to 04/30/2025**
4010 9TH STREET SE LLC #24-00180
Primary Account Number: XX-XXXX-4651
Page 3 of 3

Business Checking Account Number: XX-XXXX-4651 - continued

## ACH Additions  *- continued*

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/17 | 7,572.00 | Corporate ACH Frsp Renta<br>Greater Washingt V0007256 | 00025107012511422 |

## Checks and Other Deductions

### Checks and Substitute Checks    * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|
| 04/07 | 1003 * | 1,893.00 | 016536145 | 04/18 | 1005 * | 10,013.00 | 012926844 |

### Detail of Services Used During Current Period

Note:  The total charge for the following services will be posted to your account on 05/01/2025 and will appear on your next statement as a single line item entitled Service Charge Period Ending 04/30/2025.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Monthly Account Maintenance Fee | | .00 | Requirements Met |
| Monthly Combined Transactions | 5 | .00 | Included in Account |
|    ACH Credits | 3 | .00 | |
|    Checks Paid | 2 | .00 | |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

Member FDIC          Equal Housing Lender

### 4010 9th Cash Disbursements

### Bank Reconciliation Report
### 4/30/2025

████████2836

| | | | |
|---|---|---|---:|
| **Balance Per Bank Statement as of 4/30/2025** | | | **5,027.97** |
| **Outstanding Checks** | | | |

| Check Date | Check Number | Payee | Amount |
|---|---|---|---:|
| 2/27/2025 | 227251 | wbwaste - WB Waste Solutions | 683.97 |
| 4/19/2025 | 116 | jwright - JW Right Electric | 294.00 |
| 4/24/2025 | 120 | savionr - Savion Rosales | 50.00 |
| 4/30/2025 | 430251 | dc - DC Water and Sewer Authority | 4,000.00 |
| **Less:** | **Outstanding Checks** | | **5,027.97** |
| | **Reconciled Bank Balance** | | **0.00** |
| | | | |
| **Balance per GL as of 4/30/2025** | | | **0.00** |
| | **Reconciled Balance Per G/L** | | **0.00** |
| | | | |
| **Difference** | (Reconciled Bank Balance And Reconciled Balance Per G/L) | | **0.00** |



Date   4/30/25          Page      1
Primary Account         ███████2836

4010 9TH ST SE LLC
4010 9th St SE LLC, Debtor Case
No. 24-00187-ELG Chapter 11
11000 BROKEN LAND PARKWAY STE. 410
COLUMBIA MD 21044

Account Title:          4010 9TH ST SE LLC
                        4010 9th St SE LLC, Debtor Case
                        No. 24-00187-ELG Chapter 11

| Commercial Checking | | Number of Enclosures | 7 |
|---|---|---|---|
| Account Number | ███████2836 | Statement Dates   4/01/25 thru  4/30/25 | |
| Previous Balance | 3,046.00 | Days in the statement period | 30 |
| 3 Deposits/Credits | 20,138.88 | Avg Daily Ledger | 6,332.02 |
| 7 Checks/Debits | 18,156.91 | Avg Daily Collected | 6,332.02 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 5,027.97 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 4/16 | MyDeposit | 14,149.88 |
| 4/25 | MyDeposit | 4,000.00 |
| 4/30 | From DDA *2794,To DDA *2836,Inter co transfer (Noble/S. Rosa les) | 1,989.00 |

## CHECKS IN SERIAL NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|
| 4/09 | 112 | 2,333.00 | 4/22 | 115 | 1,435.00 |
| 4/28 | 113 | 1,850.00 | 4/25 | 117* | 5,855.91 |
| 4/29 | 114 | 2,800.00 | 4/22 | 118 | 1,944.00 |

* Indicates Skip In Check Number Sequence



Date  4/30/25          Page      2
Primary Account      ██████2836

Commercial  Checking          ██████2836   (Continued)

## CHECKS IN SERIAL NUMBER ORDER

| Date | Check No | Amount |
|------|----------|--------|
| 4/25 | 119 | 1,939.00 |

* Indicates Skip In Check Number Sequence

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 4/01 | 3,046.00 | 4/22 | 11,483.88 | 4/29 | 3,038.97 |
| 4/09 | 713.00 | 4/25 | 7,688.97 | 4/30 | 5,027.97 |
| 4/16 | 14,862.88 | 4/28 | 5,838.97 | | |

***  END OF STATEMENT  ***



Check 112   Date: 04/09   Amount: $2,333.00

Check 113   Date: 04/28   Amount: $1,850.00

Check 114   Date: 04/29   Amount: $2,800.00

Check 115   Date: 04/22   Amount: $1,435.00

Check 117   Date: 04/25   Amount: $5,855.91

Check 118   Date: 04/22   Amount: $1,944.00

Check 119   Date: 04/25   Amount: $1,939.00

# IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

## In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.
- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES

We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)

MEMBER **FDIC**   **EQUAL HOUSING LENDER**

**Marc Albert Trustee A**

**Bank Reconciliation Report**

**4/30/2025**

**XXXX**

| | | |
|---|---|---:|
| **Balance Per Bank Statement as of 4/30/2025** | | 35,248.60 |
| | **Reconciled Bank Balance** | 35,248.60 |
| | | |
| **Balance per GL as of 4/30/2025** | | 35,248.60 |
| | **Reconciled Balance Per G/L** | 35,248.60 |
| | | |
| **Difference** | (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:  24-00187
Case Name:  4010 9TH ST SE LLC

Trustee Name:  Marc E. Albert DC Ch 11
Bank Name:  Axos Bank
Account Number/CD#:  XXXXXX0604
Checking

Taxpayer ID No:  XX-XXX4566
For Period Ending:  05/08/2025

Blanket Bond (per case limit):
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/10/24 | | 4010 9th Street SE LLC<br>Marc Albert, Ch 11 Trustee<br>1775 Pennsylvania Ave NW, Ste. 800<br>Washington, DC 20006 | Account Sweep | | $78,565.45 | | $78,565.45 |
| 12/12/24 | 2001 | 4010 9TH ST SE LLC<br>c/o Noble Realty Advisors, LLC<br>11000 Broken Land Parkway, Ste 410<br>Columbia, MD 21044 | Funding to Property Management for Operational Costs | 0000-000 | | $5,977.50 | $72,587.95 |
| 12/13/24 | 2002 | 4010 9TH ST SE LLC<br>c/o Noble Realty Advisors, LLC<br>11000 Broken Land Parkway, Ste 410<br>Columbia, MD 21044 | Funding to Property Management for Operational Costs | 0000-000 | | $4,520.00 | $68,067.95 |
| 01/13/25 | 2003 | Noble Realty Advisors, LLC<br>11000 Broken Land Parkway<br>Suite #410<br>Columbia, MD 21044 | Funding to Property Management for Operational Costs | 0000-000 | | $11,012.89 | $57,055.06 |
| 01/14/25 | | 4010 9th Street SE LLC<br>c/o Marc Albert Trustee<br>1775 Pennsylvania Ave NW<br>Ste. 800<br>Washington, DC 20006 | Account Sweep | | $5,494.39 | | $62,549.45 |
| 01/28/25 | 2004 | International Sureties, LTD<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Bond #612419723<br>Case No. 24-00187<br>Chapter 11 Bond re 4010 9th St SE, LLC | 0000-000 | | $245.00 | $62,304.45 |
| 02/06/25 | 2005 | United States Trustee<br>United States Trustee Payment Center<br>P.O. Box 6200-19<br>Portland, OR 97228-6200 | Account No. 9002400187<br>Q4 US Trustee Fees re 4010 9th St SE LLC - 9002400187 | 0000-000 | | $250.00 | $62,054.45 |
| 02/18/25 | | 4010 9th Street SE LLC #24-00180<br>c/o Marc Albert, Ch 11 Trustee<br>1775 Pennsylvania Ave NW, Ste. 800<br>Washington, DC 20006 | Trustee Account Sweep - Feb 2025 | | $7,619.00 | | $69,673.45 |

Page Subtotals:                                                 $91,678.84        $22,005.39

Case 24-00187-ELG   Doc 72-1   Filed 05/21/25   Entered 05/21/25 11:13:17   Desc
Supporting Documents   Page 27 of 29

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 24-00187

Case Name: 4010 9TH ST SE LLC

Taxpayer ID No: XX-XXX4566

For Period Ending: 05/08/2025

Trustee Name: Marc E. Albert DC Ch 11

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0604

Checking

Blanket Bond (per case limit):

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/19/25 | 2006 | 4010 9th St SE LLC c/o Noble Realty Advisors, LLC 11000 Broken Land Parkway, Ste 410 Columbia, MD 21044 | Funding to Property Management for Operational Costs | 0000-000 | | $6,925.00 | $62,748.45 |
| 03/05/25 | 2007 | Marc E. Albert, Chapter 11 Trustee 1775 Pennsylvania Avenue, NW Suite 800 Washington, DC 20006 | Transfer to Reserve Account | 0000-000 | | $17,500.00 | $45,248.45 |
| 03/26/25 | 2008 | DC Treasurer Office of Tax and Revenue DC Government Real Property Taxes PO Box 718095 Philadelphia, PA 19171-8095 | SQL 5924-0090 Real Property Tax re 4010 9TH ST SE LLC | 0000-000 | | $3,767.88 | $41,480.57 |
| 04/01/25 | | 4010 9th Street LLC Marc Albert, Ch 11 Trustee 1775 Pennsylvania Ave NW Ste 800 Washington, DC 20006 | Account Sweep March 2025 account sweep from PNC Bank | | $1,893.00 | | $43,373.57 |
| 04/09/25 | 2009 | 4010 9th St SE LLC c/o Noble Realty Advisors, LLC 11000 Broken Land Parkway, Ste 410 Columbia, MD 21044 | Funding to Property Management for Operational Costs | 0000-000 | | $14,149.88 | $29,223.69 |
| 04/15/25 | | 4010 9th Street SE LLC Marc Albert, Ch 11 Trustee 1775 Pennsylvanuia Ave NW Ste 800 Washington, DC 20006 | Account Sweep April 2025 Account Sweep | | $10,013.00 | | $39,236.69 |
| 04/23/25 | 2010 | Noble Realty Advisors, LLC 11000 Broken Land Parkway Suite #410 Columbia, MD 21044 | Funding to Property Management for Operational Costs | 0000-000 | | $4,000.00 | $35,236.69 |
| 04/30/25 | INT | Axos Bank | Interest Rate 0.015 | | $11.91 | | $35,248.60 |

|  |  |  |  | COLUMN TOTALS | $0.00 | $0.00 | |
|  |  |  |  | Less: Bank Transfers/CD's | $0.00 | $0.00 | |
|  |  |  |  | Page Subtotals: | $11,917.91 | $46,342.76 | |

| | | |
|---|---|---|
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals: $0.00 $0.00

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0604 - Checking | $0.00 | $0.00 | $35,248.60 |
| | $0.00 | $0.00 | $35,248.60 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $0.00 |
| Total Gross Receipts: | $0.00 |

Trustee Signature:    /s/ Marc E. Albert DC Ch 11    Date: 05/08/2025

Marc E. Albert DC Ch 11
1775 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006
(202) 785-9100

Page Subtotals:                                    $0.00          $0.00