# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Columbia

In re: 4010 9TH ST SE LLC   §   Case No.  24-00187
§
§   Lead Case No.  24-00180
§
Debtor(s)   §   ☒ Jointly Administered

## Post-confirmation Report    Chapter 11

Quarter Ending Date: 09/30/2025    Petition Date: 05/29/2024

Plan Confirmed Date: 05/08/2025    Plan Effective Date: 06/25/2025

This Post-confirmation Report relates to:  ⦿ Reorganized Debtor

○ Other Authorized Party or Entity: _____
Name of Authorized Party or Entity

/s/ Ruiqiao Wen    Ruiqiao Wen, Counsel for Trustee
Signature of Responsible Party    Printed Name of Responsible Party

10/24/2025    Stinson LLP
Date    1775 Pennsylvania Avenue NW #800
Washington, DC 20006
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name 4010 9TH ST SE LLC                                                                    Case No. 24-00187

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $477,647 | $672,236 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $477,647 | $672,236 |

## Part 2: Preconfirmation Professional Fees and Expenses

|  |  |  |  | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | | Aggregate Total | $455,601 | $774,869 | $330,834 | $650,101 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | The VerStandig Law Firm | Other | $0 | $2,341 | $0 | $2,341 |
| | ii | Stinson | Lead Counsel | $197,866 | $487,863 | $143,680 | $433,677 |
| | iii | Marc Albert, Trustee | Other | $257,735 | $284,665 | $187,154 | $214,083 |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |

| Debtor's Name | 4010 9TH ST SE LLC | | | | | Case No. | 24-00187 |
|---|---|---|---|---|---|---|---|
| xxx | | | | | | | |
| xxxi | | | | | | | |
| xxxii | | | | | | | |
| xxxiii | | | | | | | |
| xxxiv | | | | | | | |
| xxxv | | | | | | | |
| xxxvi | | | | | | | |
| xxxvii | | | | | | | |
| xxxviii | | | | | | | |
| xxxix | | | | | | | |
| xl | | | | | | | |
| xli | | | | | | | |
| xlii | | | | | | | |
| xliii | | | | | | | |
| xliv | | | | | | | |
| xlv | | | | | | | |
| xlvi | | | | | | | |
| xlvii | | | | | | | |
| xlviii | | | | | | | |
| xlix | | | | | | | |
| l | | | | | | | |
| li | | | | | | | |
| lii | | | | | | | |
| liii | | | | | | | |
| liv | | | | | | | |
| lv | | | | | | | |
| lvi | | | | | | | |
| lvii | | | | | | | |
| lviii | | | | | | | |
| lix | | | | | | | |
| lx | | | | | | | |
| lxi | | | | | | | |
| lxii | | | | | | | |
| lxiii | | | | | | | |
| lxiv | | | | | | | |
| lxv | | | | | | | |
| lxvi | | | | | | | |
| lxvii | | | | | | | |
| lxviii | | | | | | | |
| lxix | | | | | | | |
| lxx | | | | | | | |
| lxxi | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxvii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $6,999 | $61,403 | $17,007 | $66,745 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Noble Realty Advisors, LLC | Other | $6,999 | $29,163 | $17,007 | $34,505 |
| | ii | Marcus & Millichap | Other | $0 | $32,240 | $0 | $32,240 |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |

Debtor's Name 4010 9TH ST SE LLC                                                                 Case No.  24-00187

| | | | | | | |
|---|---|---|---|---|---|---|
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxviii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |

Debtor's Name 4010 9TH ST SE LLC                                        Case No.  24-00187

| | | | | | | |
|---|---|---|---|---|---|---|
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxvii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |

Debtor's Name 4010 9TH ST SE LLC                                                                                     Case No. 24-00187

|     |     |     |     |     |     |     |
| --- | --- | --- | --- | --- | --- | --- |
|     | xci |     |     |     |     |     |
|     | xcii |     |     |     |     |     |
|     | xciii |     |     |     |     |     |
|     | xciv |     |     |     |     |     |
|     | xcv |     |     |     |     |     |
|     | xcvi |     |     |     |     |     |
|     | xcvii |     |     |     |     |     |
|     | xcviii |     |     |     |     |     |
|     | xcix |     |     |     |     |     |
|     | c |     |     |     |     |     |
|     | ci |     |     |     |     |     |
| c.  | All professional fees and expenses (debtor & committees) |     |     | $0 | $0 | $0 | $0 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

|     | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
| --- | --- | --- | --- | --- | --- |
| a. Administrative claims | $121,218 | $33,932 | $117,285 | $121,218 | 97% |
| b. Secured claims | $707,922 | $413,949 | $589,624 | $2,827,367 | 21% |
| c. Priority claims | $0 | $0 | $0 | $139,107 | 0% |
| d. General unsecured claims | $0 | $0 | $0 | $16,206 | 0% |
| e. Equity interests | $0 | $0 | $0 |     |     |

**Part 4: Questionnaire**

a. Is this a final report?                                                                                                                    Yes ◯    No ⦿
   If yes, give date Final Decree was entered:  _____
   If no, give date when the application for Final Decree is anticipated:   11/13/2025
b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ⦿    No ◯

UST Form 11-PCR (12/01/2021)                                         7

Debtor's Name 4010 9TH ST SE LLC                                                                                         Case No. 24-00187

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Marc E. Albert                                                          Marc E. Albert, Trustee
Signature of Responsible Party                                              Printed Name of Responsible Party

Chapter 11 Trustee for 1416 Eastern Ave NE LLC, et al                       10/24/2025
Title                                                                       Date

UST Form 11-PCR (12/01/2021)                                  8

| Debtor's Name 4010 9TH ST SE LLC | Case No. 24-00187 |
|---|---|



Page 1



Other Page 1



Page 2 Minus Tables



Bankruptcy Table 1-50

| Debtor's Name 4010 9TH ST SE LLC | Case No. 24-00187 |
|---|---|



Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021)                 10